File No.: 2472

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Cause No. |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| a Minnesota Corporation, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JIN MIN, by and through her attorneys, KENT M. LUCACCIONI, LTD., and for her Complaint at Law against the Defendant, LIFE TIME FITNESS, INC., a Minnesota Corporation, states as follows:

## THE PARTIES

1. Plaintiff JIN MIN (hereinafter "JIN") is a citizen of the United States of America and resident of the State of Illinois.

2. Defendant LIFE TIME FITNESS, INC. (hereinafter "LIFETIME") is a Minnesota corporation with its principal place of business in the State of Minnesota and is therefore a citizen of the State of Minnesota.

3. Defendant LIFETIME was a Minnesota Corporation which does and did business in its own capacity and/or through health club and spa affiliates in the State of Illinois.

## JURISDICTION

4. Plaintiff invokes the jurisdiction of this Court pursuant to 28 U.S.C. § 1332(a)(1) in that the parties are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

1

## VENUE

5.      Venue is appropriate in this District in that the subject occurrence complained of took place within the Northern District of Illinois.

## NEGLIGENCE v. LIFETIME

6.      On and prior to March 26, 2023 , Defendant LIFETIME was a Minnesota Corporation which does and did business in its own capacity and/or through health club and spa affiliates in the State of Illinois.

7.      On and prior to March 26, 2023, Defendant LIFETIME owned the health club and health club and locker rooms located at 1220 Lakeview Drive in Romeoville, Illinois.

8.      On and prior to March 26, 2023, Defendant LIFETIME controlled the health club and locker rooms located at located at 1220 Lakeview Drive in Romeoville, Illinois

9.      On and prior to March 26, 2023, Defendant LIFETIME managed the health club and locker rooms located at located at 1220 Lakeview Drive in Romeoville, Illinois.

10.     On and prior to March 26, 2023, Defendant LIFETIME maintained the health club and locker rooms located at 1220 Lakeview Drive in Romeoville, Illinois.

11.     On March 26, 2023 in the early evening, Lin was using the women's locker room in a reasonably foreseeable manner when she suddenly fell due to blow drier electrical cords hanging under the vanity counter top on or near the floor which tangled with her feet.

12.     At all times relevant hereto, Defendant LIFETIME as an the owner and/or occupier of the property in question, and had a duty to exercise ordinary care to see that the property was reasonably safe for the use of those lawfully on the property.

13.     At all times relevant hereto, Defendant LIFETIME knew, or reasonably should have known, by and through its agents and employees that there was a condition on the property which presented an unreasonable risk of harm to people on the property.

14.     At all times relevant hereto, Defendant LIFETIME knew or in the exercise of ordinary care should have known by and through its agents and employees of both the condition and the risk.

2

15. At all times relevant hereto, Defendant LIFETIME by and through its agents and employees could reasonably expect that people on the property would not discover or realize the danger and/or dangerous condition of the blow drier electrical cords hanging under the vanity counter top on or near the floor which tangled with her feet

16. Notwithstanding the aforementioned duty, on March 26, 2023, and prior thereto, the Defendant LIFETIME, by and through its agents and employees, was careless and negligent in one or more of the following respects:

a. Permitted hair dryer cords under the vanity counter top to hang down into the area where members of the health club would walk to enter and leave the locker room;

b. Failed to properly secure the hair dryer cords to prevent the cords from hanging down under the vanity counter top in an area where members were known to walk to enter and exit the locker room;

c. Actively created a dangerous condition when it permitted hair dryer cords to hang down into the area where members of the health club would walk to enter and leave the locker room;

d. Failed to take appropriate action to eliminate the dangerous condition when it had actual knowledge of prior similar occurrences.

17. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of the Defendant LIFETIME, the Plaintiff JIN sustained injuries of a personal and pecuniary nature, incurred medical expenses, sustained wage loss, and has experienced and continues to experience pain, suffering, disfigurement and loss of a normal life.

WHEREFORE the Plaintiff, JIN MIN, demands judgment against the Defendant LIFETIME FITNESS, INC., in an amount in excess of Seventy-Five Thousand ($75,000.00) Dollars, plus the cost of this suit and post-judgment interest.

Respectfully submitted,

KENT M. LUCACCIONI, LTD.

By: /s/ Kent M. Lucaccioni
Attorney for Plaintiff

Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
Email: KENT@kmlltdlaw.com
        TEAM@kmlltdlaw.com
ARDC No. 6197689

4