# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jin Min

                Plaintiff,

v.                                    Case No.: 1:25−cv−01668
                                                      Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: This matter has been referred to Judge McLaughlin for discovery supervision and a settlement [13][14]. The parties are to file an agreed proposed discovery schedule by 5/20/25. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.