IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

## JOINT PROPOSED DISCOVERY SCHEDULE

Pursuant to the Court's order of May 12, 2025 (ECF No. 16), the parties propose the following discovery schedule for this matter:

| Event | Completion date |
|---|---|
| Rule 26(a)(1) Disclosures | June 20, 2025 |
| Written Discovery to Issue | July 11, 2025 |
| Deadline to Amend Pleadings | December 29, 2025 |
| Fact Discovery Closes | May 1, 2026 |
| All Discovery Closes | August 1, 2026 |
| Dispositive Motions Due | December 1, 2026 |

Dated: May 20, 2025

Respectfully submitted by:

/s/ Kent M. Lucaccioni
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
F: (312) 263-0128
E: team@kmlltdlaw.com
*Counsel for Plaintiff Jin Min*

/s/ *Michael L. Hahn*
Michael L. Hahn
Zachery G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Sillman)
Fax: (312) 781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com
*Counsel for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)*