## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jin Min
                      Plaintiff,

v.                                                         Case No.: 1:25−cv−01668
                                                               Honorable Robert W. Gettleman

Life Time Fitness, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 21, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' proposed discovery schedule [17], but does not adopt it. The Court directs the parties to complete Rule 26(a)(1) disclosures by 5/30/25; issue initial written discovery by 6/6/25; and, complete all fact discovery by (including depositions and discovery related to treating physicians) by 1/15/26. The deadline for amending pleadings should be set by the District Judge. The Court will set an expert discovery schedule at a later date. The parties are directed to file a joint status report by 6/24/25. That report should update the Court about the progress of discovery and indicate whether the parties have mutual interest in an early settlement conference. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.