**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.) (hereafter, "LTF" or "Defendant"), by and through its attorneys Litchfield Cavo LLP, and pursuant to Rule 56 of the Federal Rules Of Civil Procedure, moves for summary judgment on Plaintiff Jin Min's (hereafter, "Plaintiff") Complaint at Law in its entirety, as well as on its Counterclaim, in its favor and against Plaintiff.

Plaintiff's Complaint at Law seeks to recover damages based on claims of negligence. Plaintiff alleges that on March 26, 2023, while at a LTF fitness facility located at 1220 Lakeview Drive, Romeoville, Illinois (the "Club"), she tripped on blow dryer electrical cords hanging from the vanity counter in the women's locker room as a result of LTF's negligence.

LTF is entitled to summary judgment on Plaintiff's Complaint at Law in its entirety because her claims are barred by the exculpatory clauses contained in the Member Usage Agreement that she signed on December 2, 2021.

Defendant LTF's Counterclaim seeks to recover its fees, costs, and expenses from this action, as defined by the Member Usage Agreement. LTF asserts that Plaintiff breached the terms

of the Member Usage Agreement when she brought the instant lawsuit alleging negligence in violation of the agreement.

LTF is entitled to summary judgment on its breach of contract Counterclaim because Plaintiff violated the terms of the Member Usage Agreement that she signed on December 2, 2021, in bringing the instant lawsuit under a negligence cause of action against LTF.

The grounds for this *Motion* are stated in Defendant's *Statement of Facts* and *Memorandum in Support of Motion for Summary Judgment,* filed simultaneously and adopted and incorporated herein.

WHEREFORE, Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.), respectfully requests that this Court grant its *Motion for Summary Judgment* and enter judgment in its favor and against the Plaintiff as to her Complaint at Law in its entirety, as well as to its Counterclaim.

                                                Respectfully submitted,
                                                **Life Time, Inc. (f/k/a Life Time Fitness, Inc.)**

                                                */s/ Michael L. Hahn*
                                                Michael L. Hahn

Michael L. Hahn
Zachary G. Stillman
**Litchfield Cavo LLP**
303 W. Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax: 312-781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com