**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.) (hereafter, "LTF" or "Defendant"), by and through its attorneys Litchfield Cavo LLP, for its Statement of Undisputed Material Facts, pursuant to Local Rule 56.1(a), states as follows:

1. Plaintiff, Jin Min (hereafter, "Plaintiff"), became a member of Life Time at a fitness center operated by LTF located at 1220 Lakeview Drive, Romeoville, Illinois (the "Club"), on December 2, 2021, when she signed a Member Usage Agreement ("MUA"). The MUA is attached hereto as **Exhibit A**. See Affidavit of Brad Idelkope, **Exhibit C.**

2. On February 18, 2025, Plaintiff filed her Complaint at Law against LTF alleging negligence claims. (ECF No. 1) Plaintiff's Complaint at Law is attached hereto as **Exhibit B.**

3. Plaintiff's Complaint alleges that on March 26, 2023, she injured herself when she tripped on blow dryer electrical cords hanging from the vanity county in the women's locker room of the Club. **Ex. B** at ¶ 11.

4. Defendant LTF answered Plaintiff's Complaint on April 18, 2025, and included in its Answer and Affirmative Defenses a Counterclaim for Breach of Contract against Plaintiff,

pursuant to the terms of the MUA. See Defendant LTF's Answer, Affirmative Defenses, and Counterclaim, attached hereto as **Exhibit D**.

          Respectfully submitted,
          **Life Time, Inc. (f/k/a Life Time Fitness, Inc.)**

          */s/ Michael L. Hahn*
          Michael L. Hahn

Michael L. Hahn
Zachary G. Stillman
**Litchfield Cavo LLP**
303 W. Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax: 312-781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com