# Exhibit C

*Jin Min v. Life Time Fitness, Inc.*
25-CV-01668
Exhibits to Defendant's Statement of Material Facts In Support of its Motion for Summary Judgement

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIN MIN, | ) |
|     Plaintiff, | ) |
| v. | ) Cause No. 1:25-CV-01668 |
| LIFE TIME FITNESS, INC., a Minnesota Corporation, | ) Judge Robert Gettleman |
| | ) Magistrate Judge Daniel McLaughlin |
|     Defendant. | ) |

### AFFIDAVIT

I, Brad Idelkope, having been duly sworn, state and depose that the statements set forth below are true, based upon my personal knowledge, and that I am competent to and would testify in accord with the statements if called to do so.

1. My name is Brad Idelkope and I am Associate General Counsel for LTF Club Operations Company Inc. ("LTF").

2. The following documents are true and correct copies of documents maintained in the regular course of business of LTF:

    A. Member Usage Agreement (attached to Defendant's Statement of Material Facts in Support of its Motion for Summary Judgment as **Exhibit B**);

*Affiant Further Sayeth Not*

_____
Brad Idelkope

Subscribed and sworn to before me this 9th day of June, 2025

_____
Notary Public



NISSA A. MUNGER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2030