## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jin Min

                Plaintiff,

v.                                            Case No.: 1:25−cv−01668
                                                      Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The parties did not file a joint status report by 6/24/25 as ordered [18]. The parties are to file the previously−ordered joint status report by 6/30/25. The Court is aware that Defendant moved for summary judgment [19], but still requires a status report about the progress of discovery. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.