**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

## JOINT STATUS REPORT

1. The parties have issued written discovery requests and are working on their responses at this time.

2. Defendant filed its Motion for Summary Judgment on June 24, 2025. (ECF Nos. 19-21.)

3. Plaintiff has requested that Defendant tender responses to her written discovery prior to her deadline for responding to the Motion for Summary Judgment. Defendant's Responses are currently due June 30, 2025.

4. There is not currently a mutual interest in an early settlement conference.

Dated: June 26, 2025

                                         Respectfully submitted by:

                                         /s/ Kent M. Lucaccioni
                                         Kent M. Lucaccioni, Ltd.
                                         20 South Clark Street, Suite 1700
                                         Chicago, Illinois 60603
                                         T: (312) 425-0401
                                         F: (312) 263-0128
                                         E: team@kmlltdlaw.com
                                         *Counsel for Plaintiff Jin Min*

/s/ *Zachary G. Stillman*
Michael L. Hahn
Zachery G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Sillman)
Fax: (312) 781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com
*Counsel for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)*

## CERTIFICATE OF SERVICE

I certify that on June 17, 2025, a true and correct copy of the foregoing **JOINT STATUS REPORT** was filed electronically with the Court and served upon counsel of record via the Court's ECF filing system.

                                                                         By: /s/ *Alan I. Becker*
                                                                             Attorney for Plaintiff, Derrick Twardoski