# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jin Min

        Plaintiff,

v.                                        Case No.: 1:25−cv−01668

                                               Honorable Robert W. Gettleman

Life Time Fitness, Inc.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [23]. Defendant will provide Plaintiff with additional discovery before Plaintiff's summary judgment response is due (that filing is due 7/23/25 [24], and not on the 6/30/25 date listed in the joint status report). The parties are not interested in a settlement conference. The parties are directed to file a joint status report by 8/29/25. That report should detail any discovery issues or change in position regarding settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.