IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

### AGREED MOTION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant LIFE TIME, INC. (f/k/a Life Time Fitness, Inc.) ("LTF" or "Defendant"), by and through its attorneys, Michael J. Hahn and Zachary G. Stillman, of LITCHFIELD CAVO LLP, for its Agreed Motion for Extension of Briefing Schedule on Defendant's Motion for Summary Judgment (ECF Nos. 19-21), states as follows:

1. Defendant LTF filed its Motion for Summary Judgment with the Court on June 24, 2025. (ECF Nos. 19-21.)

2. Pursuant to the Court's ordered briefing schedule, Plaintiff's Response in Opposition to Defendant's Motion is presently due on July 23, 2025, with Defendant's Reply in Support then being due on August 6, 2025. (ECF No. 24.)

3. The parties have been in communication and are still exchanging discovery responses at this time, which Plaintiff would like to have for use in drafting her Response.

4. Accordingly, the parties jointly respectfully request a 28 (twenty-eight) day extension to the existing summary judgment briefing schedule deadlines, with Plaintiff's Response in Opposition being due on August 20, 2025, and Defendant's Reply in Support being

due on September 3, 2025.

5. This extension will allow for the parties to complete their written discovery responses and to use same in the preparation of their briefs.

6. This request is not made for purposes of delay, and no party will suffer prejudice if the extension is granted.

7. The parties have been in communication and this Motion is agreed.

WHEREFORE Defendant LIFE TIME, INC. (f/k/a Life Time Fitness, Inc.), by and through its attorneys, Michael J. Hahn and Zachary G. Stillman, of LITCHFIELD CAVO LLP, respectfully requests that this Court grant its Agreed Motion for Extension of Time, and enter an order setting August 20, 2025, as the deadline for Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, and September 3, 2025, as the deadline for Defendant's Reply in Support of its Motion for Summary Judgment.

                                                      Respectfully submitted,

By: */s/ Michael J. Hahn*
      Attorney for Defendant
      Life Time, Inc.

Michael L. Hahn
Zachery G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax: (312) 781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com
*Counsel for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)*

## CERTIFICATE OF SERVICE

    I, Michael J. Hahn, an attorney, being first duly sworn upon oath, deposes, and states that I caused to be served the foregoing Motion for Extension of Time, by electronically filing the same with Northern District of Illinois a copy of which was then forwarded to each attorney of record on the 9 day of July, 2025.

                                    /s/ Michael J. Hahn

Michael L. Hahn
Zachery G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax: (312) 781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com
*Counsel for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)*