## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jin Min
                  Plaintiff,

v.                                      Case No.: 1:25−cv−01668
                                             Honorable Robert W. Gettleman

Life Time Fitness, Inc.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Upon review of for Defendant's Agreed Motion for Extension of Briefing Schedule on Defendant's Motion for Summary Judgment [26], it is outside the scope of the referral [13] and was incorrectly marked for presentment to the Magistrate Judge. The motion is deferred for the District Judge's consideration. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.