# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jin Min

                Plaintiff,

v.                                      Case No.: 1:25−cv−01668
                                              Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 9, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Agreed Motion For Extension Of Briefing Schedule On Defendant's Motion For Summary Judgment [26] is granted. The briefing schedule set on 6/26/2025 [24] is modified as follows: plaintiff's response due 8/20/2025; defendant's reply due 9/3/2025. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.