IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

**PLAINTIFF'S LOCAL RULE 56.1(b)(3) ADDITIONAL STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff, JIN MIN, and as her Local Rule 56.1(b)(3) *Additional Statement of Material Facts in Opposition to Defendant's Motion for Summary Judgment*, states as follows:

1. Plaintiff Jin Min's native language is Korean, and she speaks and reads limited English. (*See* Affidavit of Jin Min and Certification of Translation Accuracy, attached hereto as Group Exhibit 1, ¶2; *see also* Affidavit of Kent M. Luccioni, Esq., attached hereto as Exhibit 2, ¶¶1-6).

2. When Plaintiff enquired about joining Life Time Fitness, Inc. ("Lifetime") on December 2, 2021, an unidentified Lifetime employee or representative asked her to sign her name on an electronic pad, and she signed the pad. (*See* Ex. 1, ¶3).

3. Plaintiff was not informed of, or provided any information or explanation concerning the terms and conditions of the Member Usage Agreement (MUA) when she joined Life Time Fitness. (*See* Ex. 1, ¶4).

4. Plaintiff was not given an opportunity to review the Member Usage Agreement (MUA) before signing the electronic pad. (*See* Ex. 1, ¶5; *see also* Plaintiff's *Response to Defendant's First Set of Requests to Admit to Plaintiff*, attached hereto as Exhibit 3, ¶¶3, 6; *see also* Exhibit 2, ¶7).

5. Plaintiff was not informed the Member Usage Agreement (MUA) included assumption of risk and waiver of liability provisions. (*See* Ex. 1, ¶6).

6. Plaintiff was not informed the Member Usage Agreement (MUA) contained an alleged waiver of her right to sue Lifetime for negligence and allegedly required her to pay all of Life Time Fitness' attorney fees, costs and expenses. (*See* Ex. 1, ¶7).

7. Plaintiff was not provided a copy of the Member Usage Agreement (MUA) when she joined Life Time Fitness. (*See* Ex. 1, ¶8; *see also* Ex. 3, ¶¶2, 6).

8. Having not been provided an opportunity to review the MUA, an explanation of the contents of the MUA, or a copy of the MUA, Plaintiff could not have agreed to the waiver of her right to sue Life Time Fitness for negligence and any provisions which allegedly required her to pay all of Life Time Fitness' fees, costs and expenses. (*See* Ex. 1, ¶9 *see also* Ex. 3, ¶5).

Respectfully submitted,

By: s/ *Kent M. Lucaccioni*

Kent M. Lucaccioni
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
T: (312) 425-0401
Email: TEAM@kmlltdlaw.com
ARDC No.: 6197689