## INDEX OF EXHIBITS TO

**PLAINTIFF'S LOCAL RULE 56.1(b)(3) ADDITIONAL STATEMENT OF MATERIAL FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Group Exhibit 1 - Affidavit of Jin Min and Certification of Translation Accuracy

Exhibit 2 - Affidavit of Kent M. Luccioni, Esq.

Exhibit 3 - Plaintiff's Response to Defendant's First Set of Requests to Admit to Plaintiff