# GROUP EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JIN MIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:25-CV-01668 |
| ) | |
| LIFE TIME FITNESS, INC., ) | Judge Robert Gettleman |
| a Minnesota Corporation, ) | |
| ) | Magistrate Judge Daniel McLaughlin |
| Defendant. ) | |

**AFFIDAVIT OF JIN MIN**

I, JIN MIN, having been duly sworn, state and depose that the statements set forth below are true and correct based upon my personal knowledge, and that I am competent to and would testify in accord with the statements if called to do so.

1. My name is Jin Min and I am the Plaintiff in this case.

2. My native language is Korean and I speak and read limited English.

3. I signed up for a membership at Life Time Fitness on December 2, 2021. At that time, an unidentified Lifetime employee or representative asked me to sign my name on an electronic pad and I did sign the pad.

4. I was not informed of, or provided any information or explanation concerning the terms and conditions of the Member Usage Agreement (MUA) when I joined Life Time Fitness.

5. I was not given an opportunity to review the Member Usage Agreement (MUA) before signing the electronic pad.

6. I was not informed the Member Usage Agreement (MUA) included an assumption of risk and waiver of liability provisions.

1

7. I was not informed the Member Usage Agreement (MUA) contained an alleged waiver of my right to sue Lifetime for negligence and allegedly required me to pay all of Life Time Fitness' attorney fees, costs and expenses.

8. I was never provided a copy of the Member Usage Agreement (MUA) when I joined Life Time Fitness.

9. Having not been provided an opportunity to review the MUA, provided an explanation of the contents of the MUA, or a copy of the MUA, I could not have agreed to the contents of the MUA including the terms and conditions, assumption of risk and waiver of liability provisions.

10. Having not been provided an opportunity to review the MUA, provided an explanation of the contents of the MUA, or a copy of the MUA, I could not have agreed to the waiver of my right to sue Life Time Fitness for negligence and any provisions which allegedly required me to pay all of Life Time Fitness' fees, costs and expenses.

11. The contents of this affidavit have been transleted for me from English to Korean.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Jin Min

Subscribed and sworn to
before me this 30 day of July, 2025

_____
NOTART PUBLIC

Notary Public, State of Illinois
Official Seal
Wendy A Chasteen
Commission # 514364
My Commission Expires 5/15/2029

2

 

# Certification of Translation Accuracy

Translation of **Affidavit** from **English** to **Korean**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

_Don Bott_
Don Bott
Authorized Representative
Order Date: July 10, 2025

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

State of Kentucky
County of Jefferson

I, a Notary Public, hereby certify that Don Bott, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, has executed the same voluntarily on the day the same bears date.

Given under my hand on July 11, 2025.

_Jackie Isaacs_
Signature of Notary Public

Order #11027-6200115

Page 1 of 3

 

**미국 연방 지방법원**
**일리노이주 북부**
**동부지원**

| | |
|---|---|
| 진 민 (JIN MIN), | ) |
|     원고, | ) |
| | ) |
| 대 | ) |
| | ) 사건 번호: 1:25-CV-01668 |
| 라이프 타임 피트니스 주식회사 | ) |
| (LIFE TIME FITNESS, INC.), | ) 판사 로버트 게틀먼 (Robert Gettleman) |
| 미네소타주 법인, | ) |
| | ) 치안 판사 대니얼 맥러플린 (Daniel McLaughlin) |
|     피고. | ) |

**진 민의 선서진술서**

본인 진 민은 적법하게 선서하였으며, 아래에 기재된 진술이 본인이 직접적으로 알고 있는 바에 근거하여 사실이며 정확함을 진술하고, 본인은 이에 대해 증언할 능력이 있으며, 요청 시 진술 내용에 따라 증언할 것임을 선서합니다.

1. 제 이름은 진 민이며, 본 사건의 원고입니다.

2. 제 모국어는 한국어이며, 영어는 제한적으로 말하고 읽을 수 있습니다.

3. 저는 2021년 12월 2일에 라이프 타임에서 회원 가입을 하였습니다. 그 당시, 신원이 확인되지 않은 라이프 타임 직원 또는 대표가 저에게 전자 서명 패드에 서명할 것을 요청하였고, 저는 해당 패드에 서명하였습니다.

4. 저는 라이프 타임 피트니스에 가입할 당시 회원 이용 약관(MUA)의 조건에 대해 어떠한 정보나 설명도 제공받지 못하였으며, 이에 관하여 안내를 받지 못하였습니다.

5. 제가 전자 서명 패드에 서명하기 전에 저에게 회원 이용 약관(MUA)을 검토할 기회가 주어지지 않았습니다.

6. 저는 회원 이용 약관(MUA)에 위험 부담 및 책임 면제 조항이 포함되어 있다는 사실에 대해 안내 받지 못하였습니다.

1




7. 저는 회원 이용 약관(MUA)에 라이프 타임에 대한 과실로 인한 소송 제기 권리를 포기한다는 내용의 조항이 포함되어 있거나, 본인이 라이프 타임의 모든 변호사 비용, 소송비용 및 경비를 부담해야 한다는 내용이 포함되어 있다는 사실에 대해 안내 받지 못하였습니다.

8. 저는 라이프 타임 피트니스에 가입할 당시 회원 이용 약관(MUA)의 사본을 제공받은 적이 없습니다.

9. 저는 회원 이용 약관(MUA)을 검토할 기회도, 그 내용에 대한 설명도, 해당 약관의 사본도 제공받지 못하였으므로, 해당 약관의 내용, 조건, 위험 부담 및 책임 면제 조항을 포함한 어떠한 사항에도 동의할 수가 없었습니다.

10. 저는 회원 이용 약관(MUA)을 검토할 기회도, 그 내용에 대한 설명도, 해당 약관의 사본도 제공받지 못하였으므로, 라이프 타임 피트니스에 대한 과실로 인한 소송 제기 권리의 포기나, 본인이 라이프 타임 피트니스의 모든 소송비용 및 경비를 부담해야 한다는 조항에 동의할 수가 없었습니다.

11. 본 선서진술서의 내용은 영어에서 한국어(한글)로 번역되었습니다.

**진술인은 이에 더 이상 진술할 내용이 없습니다.**

_____
진 민

2025 년 7 월____일에 본인 앞에서
선서하고 서명하였습니다.

_____
공증인

2