# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 1:25-CV-01668 |
| LIFETIME FITNESS, INC., a Minnesota Corporation, | ) ) ) ) | Judge Robert Gettleman |
|     Defendant. | ) ) | Magistrate Judge Daniel McLaughlin |

### AFFIDAVIT OF KENT M. LUCACCIONI

I, KENT M. LUCACCIONI, having been duly sworn, state and depose that the statements set forth below are true, based upon my personal knowledge, and that I am competent to and would testify in accord with the statements if called to do so;

1. I am lead counsel for the Plaintiff Jin Min.
2. The certified translation of Plaintiff's affidavit attached to the response to Defendant's motion for summary judgment is a true and accurate copy of that document.
3. The document was obtained from a translation service.
4. Prior to submission of the affidavit for translation, the affidavit was read to Jin Min in Korean by her adult son John Min and thereafter, Jin Min approved the content of the affidavit.
5. The affidavit was then provided to the translation service for translation from English to Korean as reflected in the certified translation.
6. The translated affidavit was then read by Jin Min and the content was again approved by Jin Min.
7. Attached to Plaintiff's Statement of Facts are true and correct copies of Plaintiff's Responses to Defendant's First Set of Requests to Admit to Plaintiff and Certificate of Service reflecting service of that document on June 25, 2025.

*Affiant Further Sayeth Naught*

## VERIFICATION

I, Kent M. Lucaccioni, verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Kent M. Lucaccioni

Subscribed and sworn to before
me this 20th day of August 2025

_____
Notary Public

```
Notary Public, State of Illinois
        Official Seal
      Wendy A Chasteen
    Commission # 514364
My Commission Expires 5/15/2029
```

Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
T: (312) 425-0401
Email: TEAMt@kmlltdlaw.com
ARDC No.: 6197689