# EXHIBIT 3

File No.: 2472

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIN MIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2025-cv-01668 |
| | ) |
| LIFE TIME FITNESS, INC., | ) |
| a Minnesota Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 25, 2025, **Plaintiff Jin Min's Response to Defendant's First Set of Requests to Admit to Plaintiff** was served electronically via email upon the following parties:

Michael L. Hahn
Zachary G. Stillman
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6569
Fax: (312) 781-6630
hahn@litchfieldcavo.com
stillman@litchfieldcavo.com
Attorney for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)

/s/ Kent M. Lucaccioni

Kent M. Lucaccioni, Ltd.
20 South Clark Street
Suite 1700
Chicago, Illinois 60603
(312) 425-0401
TEAM@KMLLTDLAW.COM

File No.: 2472

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIN MIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:25-CV-01668 |
| ) | |
| LIFE TIME FITNESS, INC., ) | |
| a Minnesota Corporation, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF JIN MIN'S RESPONSE TO DEFENDANT'S
FIRST SET OF REQUESTS TO ADMIT TO PLAINTIFF**

NOW COMES the Plaintiff JIN MIN, by and through her attorneys, KENT M. LUCACCIONI, LTD., and for her response to Defendant's First set of requests to admit states as follow pursuant to Fed. R. Civ. P. 26(a)(1)(A)(I-iv) states as follows:

1. Admit that you signed an agreement with Lifetime Time Fitness when you joined, on or about December 2, 2021.

**RESPONSE:** Admitted.

2. Admit that you received a copy of the Member Usage Agreement ("MUA") attached hereto as Exhibit 1 to these Requests to admit when you joined Life Time.

**RESPONSE:** Denied

3. Admit that you had the opportunity to review the MUA before signing it.

**RESPONSE:** Denied

4. Admit that your signature appears on page 5 of the MUA. See Exhibit 1.

1

**RESPONSE:** Admitted

    5.    Admit that in signing the MUA, you agreed to the terms and conditions stated therein, including the assumption of risk and waiver of liability provisions.

**RESPONSE:** Denied

    6.    Admit that the MUA was in effect on March 26, 2023.

**RESPONSE:** I cannot truthfully admit or deny this request to admit because I was never provided with a copy of the MUA and cannot truthfully attest that the MUA was in effect on the date of my injury.

    7.    Admit that you have paid, or caused to be paid, dues for your Life Time membership from December 2021 through March 2023.

**RESPONSE:** Denied.

    8.    Admit that you tripped on a blow dryer cord and fell in the women's locker room at the Premises.

**RESPONSE:** Admitted.

    9.    Admit that you did not lose consciousness as a result of your fall.

**RESPONSE:** Admitted.

    10.    Admit that you did not request emergency medical assistance while at the facility on March 26, 2023.

**RESPONSE:** Admitted.

    11.    Admit that no Life Time employee was physically present in the locker room at the time you fell.

**RESPONSE:** Denied.

    12.    Admit that you do not know who, if anyone, left the blow dryer cord in the position you claim caused your fall.

**RESPONSE:** Admitted.

13. Admit that you did not complain to Life Time about any blow dryer cords prior to March 26, 2023.

**RESPONSE:** Admitted.

14. Admit that you had used the women's locker room at the Premises before March 26, 2023.

**RESPONSE:** Admitted.

15. Admit that you did not report any dangerous condition in the locker room before the incident.

**RESPONSE:** Admitted.

16. Admit that the lighting in the women's locker room was on and operational at the time of the occurrence.

**RESPONSE:** Admitted.

17. Admit that you were not using the blow dryer at the time of the incident.

**RESPONSE:** Admitted.

18. Admit that you were not touching the blow dryer cord at the time you fell.

**RESPONSE:** Denied.

19. Admit that your Complaint alleges negligence by Life Time.

**RESPONSE:** Admitted.

Respectfully submitted,

By: /s/ Kent M. Lucaccioni
Kent M. Lucaccioni

Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
T: (312) 425-0401
Email: KENT@KMLLTDLAW.COM; TEAM@KMLLTDLAW.COM
ARDC No.: 6197689

3