**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| a Minnesota Corporation, | ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Further to the Court's minute order of June 27, 2025 [ECF #25] the parties hereby provide the court with this Joint Status Report:

The parties have exchanged written discovery. Given the pending motion for summary judgment, they have not proceeded with oral discovery.

Defendant's Reply in support of its Motion for Summary Judgment will be filed on or before September 3, 2025.

There has been no change in the parties' positions respecting settlement.

Respectfully submitted this 29th day of August 2025 by:

/s/ Kent M. Lucaccioni
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
F: (312) 263-0128
team@kmlltdlaw.com
*Counsel for Plaintiff Jin Min*

/s/ *Michael L. Hahn*
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
T: (312) 781-6569
F: (312) 781-6630
hahn@litchfieldcavo.com
*Counsel for Defendant, Life Time, Inc.*