## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jin Min

                Plaintiff,

v.                                   Case No.: 1:25−cv−01668

                                            Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [32], which reports that the parties have exchanged written discovery, but are not proceeding with oral discovery since their summary judgment motions are pending. The parties further report that they are not interested in a settlement conference at this time. The parties are directed to file a joint status report by 11/5/25; that report should update the Court about the parties' interest in settlement and alert the Court to any discovery issues. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.