IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

**DEFENDANT'S STATEMENT OF ADDITIONAL UNDISPUTED MATERIAL FACTS**

Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.) (hereafter, "LTF" or "Defendant"), by and through its attorneys Litchfield Cavo LLP, for its Statement of Additional Undisputed Material Facts, pursuant to Local Rule 56.1(a), states as follows:

1. Life Time's practice is to explain the terms of the Member Usage Agreement ("MUA") to all new members. See Affidavit of Brad Idelkope, **Exhibit A.**

2. Life Time's practice is to provide an interpreter to prospective members who indicate they do not understand the membership process. *Id.*

3. Life Time's practice is to send all new members a copy of their signed MUA on or near the date they join Life Time in a format capable of retention by the member. *Id.*

4. Plaintiff signed her MUA at 6:19 p.m. on December 2, 2021. *Id.*

5. At 6:20 p.m. on December 2, 2021 Plaintiff was sent a copy of the MUA, in a format capable of retention, by email at the email address she provided when she joined Life Time. *Id.*

6. According to Life Time's email records, Plaintiff opened that email the following day, on December 3, 2021. *Id.*

      7.      Life Time's practice is to make the MUA available to members through their online member portal in a format capable of retention by the member. *Id.*

      8.      On December 7, 20921 LTF sent Plaintiff and email proving an internet link through which she could access Life Time's portal. *Id.*

      9.      According to Life Time's email records, Plaintiff opened that email and opened the link to Life Time's member portal the following day, on December 8, 2021. *Id.*

Respectfully submitted,

**Life Time, Inc. (f/k/a Life Time Fitness, Inc.)**

*/s/ Michael L. Hahn*
Michael L. Hahn

Michael L. Hahn
Zachary G. Stillman
**Litchfield Cavo LLP**
303 W. Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax:   312-781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com