# Exhibit A

*Jin Min v. Life Time Fitness, Inc.*
25-CV-01668
Exhibits to Defendant's Statement of Additional Material Facts In Support of its Motion for Summary Judgement

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIN MIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:25-CV-01668 |
| | ) |
| LIFE TIME FITNESS, INC., | ) Judge Robert Gettleman |
| a Minnesota Corporation, | ) |
| | ) Magistrate Judge Daniel McLaughlin |
| Defendant. | ) |

## AFFIDAVIT

I, Brad Idelkope, having been duly sworn, state and depose that the statements set forth below are true, based upon my personal knowledge, and that I am competent to and would testify in accord with the statements if called to do so.

1. My name is Brad Idelkope and I am Associate General Counsel for LTF Club Operations Company Inc., the entity that operates the Life Time facility at issue in the captioned matter.

2. Life Time's practice is to explain the terms of the Member Usage Agreement (the "MUA") to all new members.

3. Life Time's practice is to provide an interpreter to prospective members who indicate they do not understand the process for joining Life Time.

4. Life Time's practice is to send all new members a copy of their signed MUA on or near the date they join Life Time in a format capable of retention by the member.

5. The date and time that appear on Plaintiff's MUA (attached to LTF's first Statement of Facts [ECF#21-1]) are for Central Time – that is, the document was signed by Plaintiff at 6:19 p.m. on December 2, 2021.

6.  At 6:20 p.m. on December 2, 2021, Plaintiff was sent a copy of the MUA, in a format capable of retention, by email to the email address she provided when she joined Life Time. See line item dated "12/2/2021 18:20" on the spreadsheet attached hereto, which truly and accurately reflects the data which is kept, in native format, is the normal course of business by LTF.

7.  According to Life Time's records, Plaintiff opened that email the following day, on December 3, 2021. *Id.*

8.  Life Time's practice is to also make the MUA available to members through their online member portal in a format capable of retention by the member.

9.  On December 7, 2021, LTF sent Plaintiff and email proving an internet link through which she could access Life Time's portal. See line item dated "12/7/2021 17:05" on the spreadsheet attached hereto, which truly and accurately reflects the data which is kept, in native format, is the normal course of business by LTF.

10.  According to Life Time's email records, Plaintiff opened that email and opened the link to Life Time's member portal the following day, on December 8, 2021. *Id.*

*Affiant Further Sayeth Not*

_____
Brad Idelkope

Subscribed and sworn to before
me this 3rd day of September, 2025

_____
Notary Public



NISSA A. MUNGER
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2030

Prepared By:

Michael L. Hahn
Zachary G. Stillman
**Litchfield Cavo LLP**
303 W. Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax: 312-781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com

| EMAIL_ADDRESS | SUBSCRIBER_KEY | EMAIL_NAME | TRIGGERED_SEND_EXTERNAL_KEY | SUBJECT | SENT_DATE | FIRST_OPEN_DATE | FIRST_CLICK_DATE | CLICKED_URL | ENGAGEMENT_STATUS | HOURS_TO_OPEN | HOURS_TO_CLICK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | Member_Holiday_Week_6_HTML_J | Your Life Time Club Connection 2023 called. Here's the plan. | 12/28/2022 18:22 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 12/26/2022 18:07 | 12/26/2022 20:03 | | | Opened | 2 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 12/26/2022 10:03 | 12/31/2022 4:07 | | | Opened | 114 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 12/23/2022 8:17 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 12/22/2022 20:15 | 12/24/2022 16:46 | | | Opened | 44 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your Life Time Club Connection | 12/22/2022 10:50 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_Elevated_Experience_Text | | Preserving your experience in | 12/21/2022 18:23 | 12/26/2022 9:12 | | | Opened | 111 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 12/19/2022 9:08 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 12/18/2022 10:04 | 12/19/2022 4:31 | | | Opened | 18 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 12/17/2022 12:50 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 12/17/2022 9:47 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 12/15/2022 7:16 | 3/13/2023 9:50 | | | Opened | 2114 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 12/15/2022 7:16 | 3/13/2023 9:50 | | | Opened | 2114 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | What's new in nutrition? | 12/14/2022 18:28 | 12/25/2022 19:27 | | | Opened | 265 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_1-2-12_HTML_SL_1213 | | ARORA News and Tips | 12/13/2022 18:07 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | =?UTF- | 12/11/2022 10:02 | 12/14/2022 19:16 | | | Opened | 81 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | %%=v(@subject)=%% | 12/10/2022 11:38 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Member Exclusives: Self-care | 12/7/2022 18:20 | 12/7/2022 19:23 | | | Opened | 1 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_Exclusives_HTML_SL_120 | | ARORA News and Tips | 12/6/2022 18:06 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | You're invited: Complimentary | 12/4/2022 10:03 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_Holiday Hustle_Text_12_01 | | express workouts + seasonal | 12/1/2022 11:06 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 11/30/2022 18:20 | 12/2/2022 16:48 | | | Opened | 46 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_Giving_Tuesday_JD_1129 | | Support the Life Time | 11/29/2022 18:06 | 11/29/2022 21:01 | | | Opened | 3 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 11/27/2022 10:02 | 11/28/2022 0:47 | | | Opened | 14 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_BA_Gratitude_CW_1124_FI | | Wherever your travels take you | 11/24/2022 17:07 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 11/23/2022 18:17 | 11/24/2022 11:11 | | | Opened | 17 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_Gratitude_CW_1122 | | A message of gratitude | 11/22/2022 18:07 | 11/23/2022 15:11 | | | Opened | 21 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 11/20/2022 10:02 | 11/20/2022 13:15 | | | Opened | 3 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 11/16/2022 18:21 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_Work_CompWeekXRN_Tex | | Complimentary week at Life | 11/14/2022 11:02 | 11/22/2022 9:09 | | | Opened | 190 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 11/13/2022 10:04 | 11/17/2022 11:50 | | | Opened | 97 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 11/9/2022 18:20 | 11/12/2022 8:07 | | | Opened | 62 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 11/8/2022 23:14 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 11/6/2022 10:31 | 11/6/2022 16:05 | | | Opened | 6 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 11/2/2022 18:29 | 11/2/2022 19:39 | 11/12/2022 4:04 | https://youtu.be/lc5q.freVVXM?utm_source=smc&utm_medium=email&utm_campaign=289700588&et_cid=28970058&et_rid=63332034141&et_attr1=recommendations_offers | Opened | 1 | 474 |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 10/26/2022 18:27 | 11/2/2022 1:42 | | | Opened | 151 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_DPT_ART_HTML_JD_1025 | | The future of personal training | 10/25/2022 18:03 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_1023 | | ARORA News and Tips | 10/23/2022 10:32 | 11/3/2022 0:21 | | | Opened | 254 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 10/19/2022 18:28 | 10/21/2022 7:16 | | | Opened | 37 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 10/12/2022 18:25 | 10/13/2022 0:45 | | | Opened | 6 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_KW | | ARORA News and Tips | 10/9/2022 10:31 | 10/9/2022 20:37 | | | Opened | 10 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | %%=v(@subject)=%% | 10/5/2022 18:30 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 9/28/2022 18:25 | 9/30/2022 10:50 | | | Opened | 40 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 9/26/2022 10:16 | 9/26/2022 18:58 | | | Opened | 8 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_KW | | ARORA News and Tips | 9/25/2022 14:01 | 9/25/2022 19:38 | | | Opened | 5 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 9/21/2022 18:33 | 9/22/2022 15:56 | | | Opened | 21 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_KW | | ARORA News and Tips | 9/18/2022 10:31 | 9/20/2022 20:17 | | | Opened | 58 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 9/14/2022 18:26 | 9/15/2022 11:22 | | | Opened | 17 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_KW | | ARORA News and Tips | 9/11/2022 10:31 | 9/14/2022 19:36 | | | Opened | 81 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 9/7/2022 18:27 | 9/9/2022 6:31 | | | Opened | 36 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | =?UTF- | 8/31/2022 18:25 | 9/1/2022 8:05 | | | Opened | 14 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 8/28/2022 10:32 | 8/31/2022 15:15 | | | Opened | 77 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 8/24/2022 18:25 | 8/24/2022 20:40 | | | Opened | 2 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 8/22/2022 11:25 | 8/22/2022 12:51 | | | Opened | 1 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 8/21/2022 10:32 | 8/23/2022 12:49 | | | Opened | 50 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 8/17/2022 19:09 | 8/27/2022 17:10 | | | Opened | 238 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 8/14/2022 10:31 | 8/16/2022 14:04 | | | Opened | 52 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 8/10/2022 18:27 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_KW | | ARORA News and Tips | 8/7/2022 10:31 | 8/8/2022 21:56 | | | Opened | 35 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 8/3/2022 18:30 | 8/4/2022 0:36 | | | Opened | 6 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 8/3/2022 16:16 | 8/4/2022 1:03 | | | Opened | 9 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 7/31/2022 10:32 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 7/27/2022 18:29 | 7/28/2022 21:50 | | | Opened | 27 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_KW | | ARORA News and Tips | 7/24/2022 10:31 | 7/24/2022 21:27 | | | Opened | 11 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 7/20/2022 18:25 | 7/26/2022 18:21 | | | Opened | 144 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_KW | | ARORA News and Tips | 7/17/2022 10:32 | 7/17/2022 21:12 | | | Opened | 11 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 7/13/2022 18:17 | 7/15/2022 7:32 | | | Opened | 37 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 7/10/2022 10:32 | | | | Sent Only | | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 7/6/2022 18:28 | 7/7/2022 11:11 | | | Opened | 17 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 7/3/2022 10:31 | 7/4/2022 17:29 | | | Opened | 31 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_LT Insider- | | Your | 6/29/2022 18:56 | 6/30/2022 0:37 | | | Opened | 6 | |
| estherdmin@gmail.com | estherdmin@gmail.com | myLT_ClubNotifications | | =?UTF- | 6/28/2022 6:56 | 6/30/2022 0:47 | | | Opened | 42 | |
| estherdmin@gmail.com | estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | | ARORA News and Tips | 6/26/2022 10:31 | 6/26/2022 21:33 | | | Opened | 11 | |

| Email | Template | Subject | Sent Date | Opened Date | Status | Count |
|---|---|---|---|---|---|---|
| estherdmin@gmail.com | Member_LT Insider- | Your | 6/22/2022 18:27 | 6/23/2022 19:19 | Opened | 25 |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 6/22/2022 16:18 | 6/23/2022 2:05 | Opened | 10 |
| estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | ARORA News and Tips for | 6/19/2022 10:32 | 6/23/2022 22:31 | Opened | 108 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 6/15/2022 19:24 | 6/16/2022 20:14 | Opened | 25 |
| estherdmin@gmail.com | Member_ARORA_Weekly_Text_SL_ | ARORA News and Tips | 6/12/2022 10:32 | 6/13/2022 8:29 | Opened | 22 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 6/8/2022 18:31 | 6/14/2022 12:07 | Opened | 138 |
| estherdmin@gmail.com | Member_LT Insider- | Welcome to summer at Life | 6/1/2022 18:26 | | Sent Only | |
| estherdmin@gmail.com | Member_BeachClub_Clarification_Te | =?UTF- | 5/27/2022 10:08 | 5/27/2022 11:35 | Opened | 1 |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 5/26/2022 17:36 | 5/26/2022 18:15 | Opened | 1 |
| estherdmin@gmail.com | myLT_ClubNotifications | Your | 5/26/2022 17:25 | 5/26/2022 19:21 | Opened | 2 |
| estherdmin@gmail.com | Member_LT Insider- | Thank you for an epic Ride of a | 5/25/2022 18:38 | | Sent Only | |
| estherdmin@gmail.com | Member_ROALT_ThankYou_Text_K | Celebrating strong relationships | 5/23/2022 18:07 | 5/24/2022 0:47 | Opened | 6 |
| estherdmin@gmail.com | Member_Non- | Your | 5/19/2022 17:13 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Outdoor pool updates at | 5/18/2022 18:24 | | Sent Only | |
| estherdmin@gmail.com | Member_PoolUpdate_BeachClub_Te | Checking In | 5/16/2022 18:04 | 5/16/2022 23:35 | Opened | 5 |
| estherdmin@gmail.com | Member_PT_Outreach_Usage_EKC | Your | 5/16/2022 9:32 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Your | 5/11/2022 18:26 | 5/12/2022 0:18 | Opened | 6 |
| estherdmin@gmail.com | Member_LT Insider- | =?UTF- | 5/4/2022 18:29 | | Sent Only | |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 5/3/2022 12:25 | 5/5/2022 8:19 | Opened | 44 |
| estherdmin@gmail.com | myLT_ClubNotifications | Discover our unique approach | 4/29/2022 13:54 | 4/29/2022 16:09 | Opened | 3 |
| estherdmin@gmail.com | Member_EarthDay_HTML_SL_0422 | Your | 4/27/2022 18:21 | 5/8/2022 9:20 | Opened | 255 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 4/22/2022 12:57 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Your | 4/20/2022 18:27 | | Sent Only | |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 4/13/2022 18:28 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Your | 4/13/2022 14:15 | | Sent Only | |
| estherdmin@gmail.com | Member_RideofaLT_NonParticipants | Join the cycling event of the | 4/6/2022 18:30 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Your | 4/5/2022 18:08 | | Sent Only | |
| estherdmin@gmail.com | Member_SummerSeasonalHiring_SL | Building Our Great Team For | 3/30/2022 18:26 | 3/31/2022 6:48 | Opened | 12 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 3/29/2022 10:08 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Your | 3/23/2022 18:25 | 3/24/2022 0:04 | Opened | 6 |
| estherdmin@gmail.com | Member_ARORA_Newsletter_Text_K | What's New with ARORA | 3/16/2022 18:28 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Your | 3/10/2022 18:23 | 3/10/2022 19:38 | Opened | 1 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 3/9/2022 18:42 | | Sent Only | |
| estherdmin@gmail.com | Member_Sunday_Newsletter_KS_02 | Healthy-Living Inspiration and | 3/2/2022 18:28 | 3/8/2022 9:26 | Opened | 135 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 2/27/2022 18:11 | 2/28/2022 7:17 | Opened | 13 |
| estherdmin@gmail.com | Member_Sunday_Newsletter_KS_02 | Healthy-Living Inspiration and | 2/23/2022 18:28 | | Sent Only | |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 2/20/2022 18:11 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Your | 2/17/2022 17:21 | 2/19/2022 11:19 | Opened | 42 |
| estherdmin@gmail.com | Member_Sunday_Newsletter_KS_02 | Healthy-Living Inspiration and | 2/16/2022 18:20 | 2/17/2022 6:10 | Opened | 12 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 2/13/2022 12:17 | | Sent Only | |
| estherdmin@gmail.com | Member_Sunday_Newsletter_KS_02 | Healthy-Living Inspiration and | 2/10/2022 18:36 | 2/10/2022 18:53 | Opened | 0 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 2/6/2022 18:04 | | Sent Only | |
| estherdmin@gmail.com | Member_Sunday_Newsletter_KS_02 | Healthy-Living Inspiration and | 2/3/2022 10:31 | 2/3/2022 11:12 | Opened | 1 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 2/2/2022 12:28 | 2/3/2022 0:18 | Opened | 12 |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 2/1/2022 18:07 | | Sent Only | |
| estherdmin@gmail.com | Member_LivingUpdate_SL_0201 | Summer Camp ?? registration begins soon! | 1/30/2022 18:04 | 1/31/2022 18:10 | Opened | 24 |
| estherdmin@gmail.com | Member_Sunday_Newsletter_KS_01 | Healthy-Living Inspiration and | 1/26/2022 19:28 | 1/26/2022 23:31 | Opened | 4 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 1/23/2022 18:04 | 1/24/2022 0:18 | Opened | 6 |
| estherdmin@gmail.com | Member_Sunday_Newsletter_KS_01 | Healthy-Living Inspiration and | 1/19/2022 18:24 | 1/24/2022 8:20 | Opened | 110 |
| estherdmin@gmail.com | Member_AuroraLaunch_Text_SL_01 | Life Time: The Best Destination Introducing ARORA — a new | 1/16/2022 18:24 | 1/17/2022 9:17 | Opened | 15 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 1/14/2022 18:08 | | Sent Only | |
| estherdmin@gmail.com | Member_SundayNewsletter_KS_202 | Healthy-Living Inspiration and See how we're improving your | 1/14/2022 12:02 | | Sent Only | |
| estherdmin@gmail.com | Member_2022NewYear- | Be part of something new | 1/12/2022 18:25 | | Sent Only | |
| estherdmin@gmail.com | Member_ARORA_HTML_SL_0113 | Your | | | | |
| estherdmin@gmail.com | Member_LT Insider- | Your | | | | |
| estherdmin@gmail.com | Member_Access_NOJuniors_KidsSu mmerCamp_HTML_KS_0111 | Enjoy a fully customizable | 1/11/2022 17:06 | | Sent Only | 17 |
| estherdmin@gmail.com | Member_SundayNewsletter_KS_202 | Healthy-Living Inspiration and | 1/9/2022 18:08 | 1/10/2022 11:43 | Opened | 5 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 1/6/2022 18:20 | 1/6/2022 23:11 | Opened | 148 |
| estherdmin@gmail.com | Member_Pickleball-Courts- | Healthy-Living Inspiration and | 1/6/2022 11:51 | 1/12/2022 15:43 | Opened | 0 |
| estherdmin@gmail.com | Member_AuroraLaunch_Text_SL_01 | =?UTF- | 1/4/2022 12:06 | 1/4/2022 12:42 | Opened | 2 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 1/2/2022 18:08 | 1/2/2022 20:47 | Opened | 9 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 12/29/2021 18:30 | 12/30/2021 3:36 | Opened | 0 |
| estherdmin@gmail.com | NMOJ_FourthTuesday_SpaWelcome | Enjoy a fully customizable | 12/28/2021 17:02 | 12/28/2021 17:08 | Opened | 0 |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 12/27/2021 14:14 | 12/27/2021 14:03 | Sent Only | 4 |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 12/27/2021 10:44 | 12/23/2021 0:20 | Opened | 6 |
| estherdmin@gmail.com | Member_LT Insider- | Your | 12/22/2021 18:32 | 12/19/2021 20:14 | Opened | 2 |
| estherdmin@gmail.com | Member_SundayNewsletter_KS_202 | Healthy-Living Inspiration and | 12/19/2021 18:08 | | Sent Only | |
| estherdmin@gmail.com | myLT_ClubNotifications | =?UTF- | 12/16/2021 10:45 | | Sent Only | |
| estherdmin@gmail.com | Member_LT Insider- | Your | 12/15/2021 18:41 | 12/21/2021 20:10 | Opened | 146 |
| estherdmin@gmail.com | Member_Automated_Onboarding_PT | Your complimentary session is | 12/14/2021 17:01 | | Sent Only | |
| estherdmin@gmail.com | Member_UltraFit_AllClubs_Text_KS_ | Complimentary access to GTX | 12/13/2021 9:07 | | Sent Only | |
| estherdmin@gmail.com | NMOJ_FirstSunday | Everything you need to know | 12/12/2021 19:01 | 12/12/2021 20:40 | Opened | 1 |
| | | | 13339_24782 | | | |
| estherdmin@gmail.com | NMOJ_First_Tuesday_Get_Connecte d_NonAppUser | Connect to the club, anytime and anywhere | 12/7/2021 17:05 | 12/8/2021 7:51 | Opened | 14 |
| estherdmin@gmail.com | NMOJ_GMWelcome_Day3_NEW | Welcome to %%=v(@FormalClubName)=% | 12/5/2021 17:03 | | Sent Only | |
| estherdmin@gmail.com | MMA_NMO_Survey | Get the most from your | 12/4/2021 12:01 | | Sent Only | |
| estherdmin@gmail.com | Member_Onboarding_ExploreClub_C | Explore your new | 12/3/2021 12:02 | | Sent Only | |
| estherdmin@gmail.com | OPS_AgreementLinks | Your Membership Agreements | 12/2/2021 18:20 | 12/3/2021 10:12 | Opened | 16 |

https://my.lifetime.life/login.html
?utm_source=smc&utm_mediu
m=email&utm_campaign=2420
7608&et_cid=24207608&et_rid
=6333203441&et_attr1=