IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S LOCAL RULE 56.1**
**STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.) (hereafter, "LTF" or "Defendant"), by and through its attorneys Litchfield Cavo LLP, for its Response to Plaintiff's Statement of Undisputed Material Facts, states as follows:

1. Plaintiff Jin Min's native language is Korean, and she speaks and reads limited English. (See Affidavit of Jin Min and Certification of Translation Accuracy, attached hereto as Group Exhibit 1, ¶2; see also Affidavit of Kent M. Luccioni, Esq., attached hereto as Exhibit 2, ¶¶1-6).

**Response: Admitted.**

2. When Plaintiff enquired about joining Life Time Fitness, Inc. ("Lifetime") on December 2, 2021, an unidentified Lifetime employee or representative asked her to sign her name on an electronic pad, and she signed the pad. (See Ex. 1, ¶3).

**Response: Admitted.**

3. Plaintiff was not informed of, or provided any information or explanation concerning the terms and conditions of the Member Usage Agreement (MUA) when she joined Life Time Fitness. (See Ex. 1, ¶4).

**Response: Denied. The terms of the MUA are explained to members when they join Life Time. See** *Affidavit in Support of Defendant's Additional Statement of Material Facts* **filed in conjunction with its** *Reply to Plaintiff's Response to Defendant's Motion for Summary Judgement* **on September 3, 2025. Furthermore, Plaintiff was emailed a copy of the MUA on December 2, 2021 and she opened that email on December 2, 2021.** *Id.* **Additionally, the MUA was available to Plaintiff on the Life Time member portal.** *Id.* **Plaintiff was provided with an email instructing her on how to access Life Time's member website portal on December 7, 2021 and she accessed that portal on December 8, 2021.** *Id.*

4. Plaintiff was not given an opportunity to review the Member Usage Agreement (MUA) before signing the electronic pad. (See Ex. 1, ¶5; see also Plaintiff's Response to Defendant's First Set of Requests to Admit to Plaintiff attached hereto as Exhibit 3, ¶¶3, 6; see also Exhibit 2, ¶7).

**Response: Denied. See Response to Plaintiffs SOAMF 3.**

5. Plaintiff was not informed the Member Usage Agreement (MUA) included assumption of risk and waiver of liability provisions. (See Ex. 1, ¶6).

**Response: Denied. See Response to Plaintiffs SOAMF 3.**

6. Plaintiff was not informed the Member Usage Agreement (MUA) contained an alleged waiver of her right to sue Lifetime for negligence and allegedly required her to pay all of Life Time Fitness' attorney fees, costs and expenses. (See Ex. 1, ¶7).

**Response: Denied. See Response to Plaintiffs SOAMF 3.**

7. Plaintiff was not provided a copy of the Member Usage Agreement (MUA) when she joined Life Time Fitness. (See Ex. 1, ¶8; see also Ex. 3, ¶¶2, 6)

**Response: Denied. See Response to Plaintiffs SOAMF 3.**

8. Having not been provided an opportunity to review the MUA, an explanation of the contents of the MUA, or a copy of the MUA, Plaintiff could not have agreed to the waiver of her right to sue Life Time Fitness for negligence and any provisions which allegedly required her to pay all of Life Time Fitness' fees, costs and expenses. (See Ex. 1, ¶9 see also Ex. 3, ¶5).

**Response: Denied. See Response to Plaintiffs SOAMF 3**

                                                Respectfully submitted,
                                                **Life Time, Inc. (f/k/a Life Time Fitness, Inc.)**

                                                */s/ Michael L. Hahn*
                                                Michael L. Hahn

Michael L. Hahn
Zachary G. Stillman
**Litchfield Cavo LLP**
303 W. Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax:  312-781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com