**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JIN MIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:25-CV-01668 |
| ) | |
| LIFE TIME FITNESS, INC., ) | |
| a Minnesota Corporation, ) | Judge Robert W. Gettleman |
| ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. ) | |

**JOINT STATUS REPORT**

Further to the Court's minute order of September 3, 2025 [ECF #33] the parties hereby provide the court with this Joint Status Report:

The parties have exchanged written discovery.

The District Court, Judge Gettleman presiding, recently denied Defendant's Motion for Summary Judgment. Defendant intends on filing a motion to reconsider that ruling.

In the meantime, the parties intend on proceeding with depositions and suggest that another status report be filed by the parties on or before January 6, 2026.

There has been no change in the parties' positions respecting settlement.

Respectfully submitted this 5th day of November 2025 by:

/s/ *Kent M. Lucaccioni*
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
F: (312) 263-0128
team@kmlltdlaw.com
*Counsel for Plaintiff Jin Min*

/s/ *Michael L. Hahn*
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
T: (312) 781-6569
F: (312) 781-6630
hahn@litchfieldcavo.com
*Counsel for Defendant, Life Time, Inc.*