## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Jin Min

                Plaintiff,

v.                                   Case No.: 1:25−cv−01668
                                                        Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 17, 2025:

        MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [41]. The Court construes section K as a Motion for Extension of the Fact Discovery Close, which is granted. Fact discovery is extended to 4/1/26. The Court will set an expert discovery schedule closer to the end of fact discovery. The parties are directed to file a further joint status report by 1/28/26 updating the Court on the status of discovery, specifically detailing what has been completed since the prior status report and detailing what discovery remains. If the parties become interested in a settlement conference with the Court in advance of the 1/28/26 joint status report, they may contact the Court at any time. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.