IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| a Minnesota Corporation, | ) | Judge Robert Gettelman |
| | ) | |
| Defendant. | ) | |

**THIRD JOINT STATUS REPORT**

A.    This case does not currently have a set status date.

B.    The attorneys for each party of record are:

Kent M. Lucaccioni
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
F: (312) 263-0128
E: team@kmlltdlaw.com
    kent@kmlltdlaw.com
*Counsel for Plaintiff Jin Min*
Admitted to the US District Court Northern District of Illinois

Michael L. Hahn
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6569
Fax: (312) 781-6630
E:hahn@litchfieldcavo.com
*Counsel for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)*
Admitted to the US District Court Northern District of Illinois

C.    The basis for federal jurisdiction is Diversity §1332

D.    Plaintiff has requested a jury trial.

1

E.      This case is based on premises liability/negligence. Jin Min alleges she was injured in the women's locker room at Lifetime Fitness when she allegedly fell and fractured her patella as a result a blow drier cord hanging down near the floor. The Defendant has filed a counterclaim for breach of contract based upon a member usage agreement.

F.      Plaintiff seeks recovery of medical expenses incurred (to date in excess of $100,000) and compensation for her pain, suffering, disfigurement and associated conditions due to the injury. Defendant seeks its attorney fees, costs, and expenses.

G.      Service of process is complete.

H.      The principal legal issues relate to premises liability, negligence, and application of a contractual waiver and agreement to pay attorney fees, costs, and expenses.

I.      Plaintiff claims Defendant was negligent relative to the maintenance of the women's locker room and as a result Plaintiff fell and fractured her patella. Defendant denies those allegations and claims application of a waiver, breach of an agreement not to sue, and recovery of its attorney fees, costs, and expenses.

J.      Defendants' Motion for Summary Judgment was denied on 10/16/2025. Fact and oral discovery did not proceed during the pendency of the Motion for Summary Judgment.

K.      Discovery Update:

Fact and Oral Discovery  - the parties are scheduling discovery depositions in February and March 2026 but may require additional time to complete oral fact discovery. The delay was due to trial schedules of all counsel in December 2025 and January 2026. The parties would request until 5/01/2026 to complete oral fact discovery.

L.      The parties can be ready for a 4-5 day trial in December 2026.

M.      A settlement conference may be appropriate after oral discovery is complete.

N.      The parties do not unanimously consent to jurisdiction and trial before a magistrate judge.

Respectfully submitted this 28th day of January, 2026.

/s/ Kent M. Lucaccioni
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
F: (312) 263-0128

E: team@kmlltdlaw.com
*Counsel for Plaintiff Jin Min*


/s/  Michael L. Hahn
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6569
Fax: (312) 781-6630
E:hahn@litchfieldcavo.com
*Counsel for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)*