# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jin Min

                Plaintiff,

v.                                        Case No.: 1:25−cv−01668
                                                      Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2026:

    MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [44]. The parties did not update the Court on "what discovery has been completed since the prior status report" as ordered in November 2025 [42]. The parties did update the Court on the status of remaining discovery, indicating that they need to take depositions in February and March. Given that the parties did not articulate for the Court what discovery has been completed between November 2025 and January 2026, the parties' request to extend fact discovery an additional month is denied without prejudice. As the parties proceed through oral discovery in the coming months, if they determine that an extension of fact discovery remains necessary, they may file a Motion for Extension of Time; the parties should be sure to articulate good cause for an extension, which requires diligence in discovery. A further joint status report updating the Court on the status of discovery is due 3/16/26; the status report should articulate what fact discovery has been conducted since the prior joint status report and should also articulate what fact discovery remains. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.