**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| a Minnesota Corporation, | ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 29, 2026, Minute Order (ECF No. 45), the parties hereby provide the court with the following Joint Status Report on the progress of discovery:

1. The parties have exchanged and responded to written discovery.

2. Defendant has deposed Plaintiff on March 10 and 11, 2026. Plaintiff has had additional therapy treatment since answering written discovery and counsel for Plaintiff has made requests for the therapy records.

3. The parties are currently coordinating dates for the depositions of Defendant's employees. Abigail Bandemer's deposition is scheduled for March 25, 2026. The parties are scheduling the deposition of Thomas Thacker for a date in late March or by the third week in April. After parties had several discovery consultations, the parties will proceed with the deposition(s) of a Rule 30(b)(6) witness (or witnesses) on topics outlined in Plaintiff's Rule 30(b)(6) notice to try and avoid deposing numerous employees/former employees identified as being at the subject Life Time Fitness, Inc., on the date of the subject occurrence but were not witnesses to the subject incident in the women's Locker room.

4. Defendant intends to file a motion to reconsider the Court's ruling on Defendant's Motion for Summary Judgment (ECF No. 38), after the completion of oral fact discovery.

Respectfully submitted this 16th day of March, 2026, by:

| | |
|---|---|
| /s/*Kent M. Lucaccioni* | /s/ *Michael L. Hahn* |
| Kent M. Lucaccioni, Ltd. | Litchfield Cavo LLP |
| 20 South Clark Street, Suite 1700 | 303 West Madison Street, Suite 300 |
| Chicago, Illinois 60603 | Chicago, IL 60606 |
| T: (312) 425-0401 | T: (312) 781-6569 |
| F: (312) 263-0128 | F: (312) 781-6630 |
| team@kmlltdlaw.com | Hahn@LitchfieldCavo.com |
| *Counsel for Plaintiff Jin Min* | *Counsel for Defendant, Life Time, Inc.* |