## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jin Min

                Plaintiff,

v.

                                                     Case No.: 1:25−cv−01668

                                                     Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

        MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [46]. The parties seem to indicate that at least one deposition may need to be scheduled after the fact discovery close date. The parties are reminded that fact discovery is set to close on 4/1/26 [42] and that they must file a Motion for Extension of Time by that date if they require additional time to complete fact discovery. If no Motion for Extension of Time related to the fact discovery close is filed by 4/1/26, then the Court will consider fact discovery closed and will expect that the parties file an additional joint status report by 4/8/26 proposing an expert discovery schedule (if expert discovery is needed) and providing a final update on any interest in a settlement conference with the Court. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.