**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| a Minnesota Corporation, | ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION
FOR EXTENSION OF FACT DISCOVERY EXTENSION**

Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.) (hereafter, "LTF" or "Defendant"), by and through its attorneys, Litchfield Cavo LLP, for its Agreed Motion for a Sixty (60) Day Extension of Fact Discovery, up to and including May 31, 2026, states as follows:

1.  Fact discovery is currently set to close on April 1, 2026. (ECF No. 42.)

2.  The parties have completed the deposition of Plaintiff and one defense witness.

3.  At least two additional defense depositions remain, including one currently scheduled for April 23, 2026.

4.  Plaintiff has also served a Rule 30(b)(6) notice, and Defendant is in the process of identifying and preparing an appropriate corporate representative for deposition.

5.  Despite diligent efforts, the parties have been unable to complete these depositions within the current discovery period.

6.  The Court's March 17, 2026, Minute Order (ECF No. 47) contemplated the need for additional time to complete fact discovery, including these depositions.

7. Accordingly, the parties jointly request a sixty (60) day extension of the fact discovery deadline.

8. The requested extension will allow completion of the remaining depositions in an orderly and efficient manner.

9. This request is limited, made in good faith, and will not unduly delay the case.

10. Plaintiff has been consulted and has agreed to this request.

WHEREFORE, the parties respectfully request that this Court extend the deadline for closure of fact discovery by sixty (60) days, up to and including, May 31, 2026.

Respectfully submitted,

By: /s/ *Zachary G. Stillman*
Zachary G. Stillman
LITCHFIELD CAVO LLP

Michael L. Hahn
Zachary G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison, Suite 300
Chicago, Illinois 60606
(312)781-6569/6672
(312)781-6630 facsimile
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on March 31, 2026, I electronically filed the foregoing Motion for Extension of Fact Discovery with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system.

*/s/Zachary G. Stillman*
Zachary G. Stillman
**LITCHFIELD CAVO LLP**
303 West Madison, Suite 300
Chicago, Illinois 60606
(312)781-6569/6672
(312)781-6630 facsimile

2

3

Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com