## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Jin Min

                Plaintiff,

v.                                      Case No.: 1:25−cv−01668

                                      Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 1, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Defendant's Agreed Motion for Extension of Fact Discovery [48] is granted for the reasons stated in the motion. Fact discovery is extended to 5/31/26. Joint status report due 5/13/26 confirming that the parties are on track for the new fact discovery close and proposing next steps for the case (expert discovery, settlement conference, etc.). Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.