IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| a Minnesota Corporation, | ) | Judge Robert Gettelman |
| | ) | |
| Defendant. | ) | |

**PARTIES FIFTH JOINT STATUS REPORT**

A. The parties have exchanged and responded to written discovery.

B. Plaintiff's deposition proceeded on March 10th and 11th , 2026.

C. The deposition of Defendant's employee Abigail Bandemer proceeded on March 25, 2026. The deposition of Defendant's employee Thomas Thacker proceeded on April 23, 2026.

D. During the deposition of Thomas Thacker, counsel for Plaintiff questioned the witness regarding the identity of the Operations Team Member who investigated the subject occurrence. This individual(s) was not identified in Defendants written discovery responses. Witness Thomas Thacker could not identify the specific individual. Counsel for Defendant is to advise if they are able to determine who that person was, and make her/him available for deposition. The identity of this individual has yet to be determined or disclosed.

E. Pursuant to Counsel for Plaintiff's discovery request regarding emails concerning the subject occurrence referenced during Thomas Thacker's deposition, Counsel for Defendant recently advised that Thomas Thacker did not send any emails to the Concierge Manager, Doreen Holit or the General Manager about this incident.

F. Counsel for Defendant recently produced Life Time, Inc., Training Materials.

G. Counsel for plaintiff has requested the depositions of the Life Time, Inc., Facility Engineer at the time of the subject occurrence Carl Elmer and, the identity and deposition of the General Manager at the time of the subject occurrence – possibly a Jason Fox.

1

H.   The parties have engaged in ongoing conferences regarding these matters to complete fact discovery. If the depositions cannot be completed, counsel for Plaintiff will schedule a Rule 37.2 conference and if necessary, file a motion to extend and compel.

I.   Defendant intends to file a motion to reconsider the Court's ruling on Defendant's Motion for Summary Judgment (ECF No. 38), after the completion of oral fact discovery.

Respectfully submitted this 13th day of May, 2026.

/s/ Kent M. Lucaccioni
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
F: (312) 263-0128
E: team@kmlltdlaw.com
*Counsel for Plaintiff Jin Min*

/s/ Michael L. Hahn
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
(312) 781-6569
Fax: (312) 781-6630
E:hahn@litchfieldcavo.com
*Counsel for Defendant, Life Time, Inc. (f/k/a Life Time Fitness, Inc.)*