**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Jin Min

                Plaintiff,

v.

Life Time Fitness, Inc.

                Defendant.

Case No.: 1:25−cv−01668
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [50]. The parties report that discovery has progressed further, but Plaintiff may file a motion to extend the fact discovery close date. Any such motion to extend the fact discovery close date must be filed by 5/29/26. If no motion to extend the fact discovery close is filed by that date, the parties are directed to file a joint status report by 6/3/26 proposing next steps for the case (expert discovery, settlement conference, dispositive motions, etc.). Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.