**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jin Min

                  Plaintiff,

v.                                        Case No.: 1:25−cv−01668
                                        Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 1, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Agreed Motion for Extension of Time [52] is granted for the reasons stated in the motion. All fact discovery (written and oral) must be completed by 7/31/26. The parties are directed to file a joint status report by 7/8/36 confirming whether the parties are on track for the fact discovery close and proposing next steps for the case (expert discovery, settlement conference, dispositive motions, etc.). No joint status report need be filed on 6/3/26. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.