**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| a Minnesota Corporation, | ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's June 1, 2026, Minute Order (ECF No. 53), the parties hereby provide the court with the following Joint Status Report on the progress of discovery:

1.      The parties have completed written discovery and are on track to complete all remaining fact discovery by the July 31, 2026, discovery deadline.

2.      Defendant has produced its employees, Abigail Bandemer and Thomas Thacker, for deposition. Ms. Bandemer's deposition was completed on March 25, 2026, and Mr. Thacker's deposition was completed on April 23, 2026.

3.      Plaintiff has indicated that it intends to depose Defendant's Facility Operations Assistant Lead at the time of the incident, Taylor Young, and General Manager at the time of the incident, Jason Fox. Defendant is currently attempting to contact both individuals to determine whether they will voluntarily appear for deposition. If Defendant is unable to confirm their voluntary appearance by July 13, 2026, Defendant will provide Plaintiff with their last known contact information so that Plaintiff may issue subpoenas for their depositions.

4.      The parties anticipate completing the remaining fact discovery within the Court's deadline. Assuming fact discovery is completed as scheduled, the next phase of the case will be expert discovery.

5.      Defendant would be amenable to participating in a settlement conference before the Court. However, Defendant believes that such a conference would be most productive after Plaintiff provides a settlement demand, which Defendant has repeatedly requested but has not yet received.

Respectfully submitted this 8th day of July, 2026, by:

| | |
|---|---|
| /s/ Kent M. Lucaccioni | /s/ *Zachary G. Stillman* |
| Kent M. Lucaccioni, Ltd. | Litchfield Cavo LLP |
| 20 South Clark Street, Suite 1700 | 303 West Madison Street, Suite 300 |
| Chicago, Illinois 60603 | Chicago, IL 60606 |
| T: (312) 425-0401 | T: (312) 781-6569 |
| F: (312) 263-0128 | F: (312) 781-6630 |
| team@kmlltdlaw.com | Hahn@LitchfieldCavo.com; |
| *Counsel for Plaintiff Jin Min* | Stillman@LitchfieldCavo.com |
| | *Counsel for Defendant Life Time, Inc.* |