## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jin Min

           Plaintiff,

v.

Life Time Fitness, Inc.

           Defendant.

Case No.: 1:25−cv−01668
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [54]. The parties report that fact discovery is on track to close and indicate that expert discovery is anticipated. The parties also suggest some settlement interests. Accordingly, by 7/24/26, the parties are directed to meet and confer (in person or by videoconference) on the possibility of a settlement conference; Plaintiff is encouraged to provide Defendant with a settlement demand in advance of the meet and confer. The parties are then directed to file a further joint status report by 7/31/26 (a) confirming that fact discovery is completed, (b) proposing an expert discovery schedule, and (c) reporting on the outcome of the meet and confer, indicating whether settlement figures were exchanged and whether the parties are mutually interested in a settlement conference. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.