**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | |
| a Minnesota Corporation, | ) | Judge Robert W. Gettleman |
| | ) | Magistrate Judge Daniel P. McLaughlin |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's July 8, 2026, Minute Order (ECF No. 54), the parties hereby provide the court with the following Joint Status Report on the progress of discovery:

1. The parties have completed written discovery and are requesting until August 4, 2026 to complete all remaining oral fact discovery due to having to reset the deposition of Taylor Young. The deposition of Taylor Young was originally scheduled for July 27, 2026, but had to be reset to August 4, 2026, due to the witness being unavailable.

2. Defendant has now produced for deposition the following employees: Abigail Bandemer, Thomas Thacker, Jason Fox and Carl Elmer. Abigail Bandemer's deposition was completed on March 25, 2026; Thomas Thacker's deposition was completed on April 23, 2026; Jason Fox's deposition was completed on July 24, 2026; Carl Elmer's deposition was completed on July 28, 2026.

3. The parties anticipate completing the remaining fact discovery on August 4, 2026.

4. Defendant previously indicated it would be amenable to participating in a settlement conference before the Court. Per the Court's July 8, 2026, Minute Order, Plaintiff has provided a settlement demand and the parties are mutually interested and agreeable in scheduling a settlement conference before the Court.

5. The parties further request that the setting of an expert schedule be held in abeyance until after the parties participate in a settlement conference.

Respectfully submitted this 30th day of July, 2026, by:

/s/ Kent M. Lucaccioni
Kent M. Lucaccioni, Ltd.
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
T: (312) 425-0401
F: (312) 263-0128
team@kmlltdlaw.com
*Counsel for Plaintiff Jin Min*

/s/ *Zachary G. Stillman*
Litchfield Cavo LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
T: (312) 781-6569
F: (312) 781-6630
Hahn@LitchfieldCavo.com;
Stillman@LitchfieldCavo.com
*Counsel for Defendant Life Time, Inc.*