**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jin Min

                          Plaintiff,

v.                                                          Case No.: 1:25−cv−01668
                                                            Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 31, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status Report [56]. Fact discovery is extended to 8/4/26 for the sole purpose of the Young deposition. Additionally, the parties reported that they met and conferred on a settlement conference, with Plaintiff providing a demand, and that the parties are mutually interested in a settlement conference with the Court. Accordingly, the Court will wait to enter an expert discovery schedule pending a settlement conference with the Court. The Court will email the parties for the purposes of settlement conference scheduling. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.