**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Jin Min

                Plaintiff,

v.                                        Case No.: 1:25−cv−01668
                                        Honorable Robert W. Gettleman

Life Time Fitness, Inc.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**



This docket entry was made by the Clerk on Monday, August 3, 2026:


      MINUTE entry before the Honorable Daniel P. McLaughlin: In−person settlement conference is set for 10/29/26 at 12:30 p.m. in Courtroom 1350. Defendant's client representative is permitted to participate in the conference via video; all other participants must appear in−person. Plaintiff is to submit a settlement statement to Defendant no later than 10/15/26, and Defendant must respond with a settlement statement by 10/22/26. The settlement statements must comply with Judge McLaughlin';s Standing Order for Settlement Conferences, and counsel are directed to review the Standing Order with their clients. On the same day the settlement statements are sent to opposing counsel, the parties are to electronically submit them to the Court at Settlement_Correspondence_McLaughlin@ilnd.usc ourts.gov. Counsel must provide a copy of the opposing party's settlement statement to their clients at least 5 days in advance of the settlement conference. The Court will conduct ex parte telephone calls with counsel in advance of the settlement conference. The Court will hold ex parte attorneys−only calls on 10/28/26. The call with Plaintiff's counsel will take place at 1:00 p.m. and the call with Defendant's counsel will take place at 1:30 p.m. When the parties submit their respective settlement statements, they are to include direct telephone numbers where they can be reached for the ex parte calls. The ex parte calls will be noted on the docket. The fact that the settlement conference has been scheduled does not mean that the parties should stop engaging in settlement discussions amongst themselves. The Court expects that the parties will have multiple discussions about settlement between now and the date of the conference. If the parties reach a settlement prior to the settlement conference, they shall promptly notify the Court. Mailed notice(maf)



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.