# Exhibit D

*Jin Min v. Life Time Fitness, Inc.*
25-CV-01668
Exhibits to Defendant's Statement of Material Facts In Support of its Renewed Motion for Summary Judgment and Motion to Revise the Court's October 16, 2025 Interlocutory Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., a | ) | |
| Minnesota Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Zoom deposition of JIN MIN (Part 1) taken before REGINA E. GEBERT, CSR and Notary Public, and through Korean Interpreter, MICHELLE HAMILTON, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions. The deposition commenced at 1:00 o'clock p.m. on the 10th day of March, A.D. 2026.

Page 2

There were present at the taking of this deposition the following counsel:

THE LAW OFFICE OF KENT M. LUCACCIONI by
MR. CRAIG GALASSO,
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
team@kmlltdlaw.com,

on behalf of the Plaintiff;

LITCHFIELD CAVO by
MR. ZACHARY STILLMAN,
303 West Madison Street, Suite 300
Chicago, Illinois 60606
stillman@litchfieldcavo.com,

on behalf of the Defendant.

- - - - -

Page 3

DEPOSITION OF
Jin Min (Part 1)

March 10, 2026


| EXAMINATION BY: | PAGE |
|---|---|
| Mr. Zachary Stillman | 4 |

* * * * * *

EXHIBITS

| | |
|---|---|
| Deposition Exhibit 1 (membership agreement) | PAGE 35 |

* * * * * *

CERTIFIED QUESTION
Page 9
* * * * * *


Page 4

MICHELLE HAMILTON,

called as an interpreter herein, was sworn to interpret all of the questions from English to Korean and all of the answers from Korean to English:

JIN MIN,

called as a witness herein, having been first duly sworn, was examined upon oral interrogatories and testified as follows:

EXAMINATION

by Mr. Stillman:

Q All right. So good afternoon, Mrs. Min. My name is Zachary Stillman. I'm counsel for the defendants in this case. So let's -- if you could please just state and spell your full name for the record before we start.

A So my name is Jin Min. First name is J -- spelling is J-I-N, last name M-I-N.

MR. STILLMAN: Let the record reflect that this is the discovery deposition of plaintiff, Jin Min, taken in this matter pursuant to the Federal Rules of Civil Procedure and all other applicable local rules.

Q Ms. Min, have you ever had your deposition taken before?

Page 5

A No, never.

Q Okay. So I'm going to go over a couple of ground rules with you before we start just so you understand, you know, how to handle all this and how to make sure the record is as clear as possible.

A Yes.

Q Okay. So first, if at any point you don't understand a question, please let me know and I can rephrase it. I know there's going to be some issue with translation but it should still apply. If the question is confusing, just let me know and I will ask it differently. And if you do understand the question and you answer it -- or I'll understood you -- strike that. Sorry. Let me just redo the whole thing.

If at any point you don't understand a question I've asked, please just let me know and I can rephrase it and then I can ask it differently.

A Thank you.

Q And if you do answer a question, I will understand that as meaning that you did understand the question.

A Yes.

Q And whenever you answer a question, please make sure to answer it verbally so the court reporter can

Page 6

take everything down. You're doing a great job already but, you know, it's going to be a typed record so any like uh-huhs or mm-hms, things like that, with infliction in your voice where I might be able to understand now what you're saying won't be clear on the record.
A Yes.
Q And then because -- or strike that.
If you need a break at any point, also just let me know and we can take one as long as there's no question pending.
A Thank you.
Q And then because we have the court reporter here today typing every word we say, we'll need to avoid talking over one another. I'll wait for you to finish any answers you're giving before starting my next question and I would ask that you do the same for me with my question before answering even if you think you might know where I'm going. That might not apply with the translation but still --
THE INTERPRETER: Okay. I think that there's some hearing issue. Okay. Let me adjust the volume. I think there's some hearing issue. Just one second. Okay. She said much better.

Page 7

MR. STILLMAN: Q Okay. So -- and I want you to make sure you understand that you're here today under oath so anything that your testimony -- anything that you testify about has the same force and effect as if you were testifying in court. Do you understand that?
A Yes, I do.
Q And if you realize at any point during this deposition later on that an answer you gave earlier was incorrect or incomplete, just let me know and we can try to bring it back up and correct the record.
A Okay. Thank you.
Q Okay. And then are you currently today taking any medication that you -- that would affect your ability to understand my questions or give truthful answers at all?
A No. I think I will be okay.
Q So first, did you meet with your attorney today before the deposition?
A You mean the gentleman sitting next to me?
Q Yes.
A I was here -- I was told to be here in this office so, yes, I met him.
Q What time did you get to his office?
MR. GALASSO: Relevance, but go ahead.

Page 8

THE WITNESS: So I didn't check time but I came a little earlier because it was the first time I was coming so to make sure so that I won't be late.
MR. STILLMAN: Q Okay. And before the deposition did you speak with your attorney about the deposition and what to expect?
MR. GALASSO: Form, foundation, attorney/client privilege.
MR. STILLMAN: I haven't asked her what you talked about. I just asked --
MR. GALASSO: That is the definition of the attorney/client privilege.
MR. STILLMAN: Could you -- Regina, could you read back my question?
(question read)
I didn't ask anything about the content of what you met about so she can answer.
MR. GALASSO: You were asking -- your question specifically addressed what the content of our conversation was. You asked if we were speaking about what to expect in a deposition. That is exactly --
MR. STILLMAN: I'm entitled to ask that. I'm not asking anything about the actual content of your conversation. I can ask if you met with her, if you

Page 9

discussed what to expect in the deposition, if you reviewed any documents. I can ask all that.
MR. GALASSO: You can ask her what she reviewed.
MR. STILLMAN: And I can ask her if the extent of the discussion was about what to expect in the deposition.
MR. GALASSO: We can agree to disagree. Certify the question.
MR. STILLMAN: All right, yeah. Certify the question. That's fine.
(question certified)
I'll ask her if she met with her attorney.
Q Did you meet with your attorney before today's deposition?
MR. GALASSO: Go ahead.
THE WITNESS: Okay. You mean like I met him in person? I met him for the first time.
MR. STILLMAN: Go ahead.
THE INTERPRETER: Can I interject? If the witness does not understand my interpretation, should I literally interpret so that you, Mr. Stillman, could repeat the question or would you like me to interpret just to repeat the question because I'll try to speak slowly and more clearly to help, but Interpreter feels

Page 10

that I have to -- we might have to repeat the same questions. So it is your call, do you know what I'm saying, because she has a little trouble catching on, I think.
MR. STILLMAN: Yeah. If it's something like she doesn't understand the question or needs it repeated, you don't have to directly interpret. You can just let me know.
THE INTERPRETER: Okay. All right. Thank you.
MR. STILLMAN: If that's easier for you. Whatever is easier for you.
THE INTERPRETER: It's -- I can do it either way. I appreciate that. So some attorneys want us to speak at the same time. I'll just be happy to repeat the question and work with the witness. Some cases are more strict and prefer me to just strictly literally repeat what she says, just to repeat, although I do know what the question is.
MR. STILLMAN: Okay. That's fine. Just let us know.
Q All right. So moving on, did you review any documents with your attorney before this deposition?
A Not together in person, but we met via Zoom once.

Page 11

Q And when was that?
A Last week.
MR. GALASSO: If you don't remember, tell him you don't remember.
THE WITNESS: I don't remember exact date.
MR. STILLMAN: Q Did you discuss with anyone else that you were having your deposition taken today?
A No, not at all.
Q And you understand why we're here today for your deposition, right?
A I do, although in legal sense I don't know exactly.
Q Okay. So moving on now, I'll just start asking you some questions about your background.
A Yes.
Q Have you ever used any other names?
A I go by Esther. It's my Christian name.
Q And would that just be used like in church or is that -- do you use that name in daily life?
A So the -- I still use it on a regular basis because Americans in general I feel that it would be easier for them to remember my name.
Q And what is your current home address?
A So the -- I am having some back pain but -- so

Page 12

I'm going to readjust myself but the address is 2580 Biltmore Circle, B-I-L-T-M-O-R-E, Circle, Aurora is the name of the city, so Aurora, Illinois, 60503.
Q And how long have you lived at that address?
A 2020, around that time.
Q And where did you live before that?
A 29W359 Crabtree Lane, C-R-A-B-T-R-E-E, Lane, Warrenville, W-A-R-R-E-N-V-I-L-L-E, Illinois, 60555.
Q And how long did you live there?
A I think since 1997.
Q And are you married?
A Yes.
Q What is your partner's name?
A So he's not around anymore. He had some mental problem and he left and he's not around.
Q So do you live alone?
A So I am living with my son.
Q When did your partner go away because of his mental issues?
A 2007.
Q And are you still legally married?
A Probably.
Q Do you have one son or do you have more than that?

Page 13

A I have a daughter living nearby. She oftentimes comes by.
Q And how old are each of your son and daughter?
A So my daughter was born in 1977, my son was born in 1982.
Q And who is -- is it -- or strike that.
Is it just you and your son in the house you're currently living in or is there anyone else?
A Just with my son.
Q And what city does your daughter currently live in?
A Warrenville, my previous address, the same city.
Q And what do your son and daughter do for work?
A So my daughter works for airline -- for an airline and my son works in the IT field, computer IT job.
Q And where were your children born?
A Here in the States.
Q And where were you born?
A South Korea.
Q And what year did you come to the U.S.?
A 1975.
Q What age were you when you came over to the

Page 14

U.S.?
A Korean age I was 27.
Q So that would be 26 then like American age, right?
A Probably.
Q Okay. Did your husband -- or strike that.
Was your husband from South Korea as well?
A Yes.
Q And were you married in South Korea or in the U.S.?
A In Korea.
Q So you guys came to the U.S. together?
A So the -- I arrived a little later to make arrangements to get here.
Q And what schools did you attend growing up?
A In Korea or in the States?
Q In Korea.
A I attended college.
Q In Korea you attended college?
A Yes.
Q What college would that have been?
THE INTERPRETER: Okay. Interpreter will look for it.
THE WITNESS: Seoul College of Public Health.

Page 15

MR. STILLMAN: Q And was that the highest level of education in Korea you completed?
A Yes.
Q And did you obtain a degree?
A Yes.
Q And what would that degree have been?
A Undergraduate Bachelor's degree.
Q And then you also completed some education in the U.S., correct?
A Yes.
Q And what would that have been?
A The School of Art Institute of Chicago. So I also attended a seminary, Northern Baptist Theological Seminary, and also McCormick Theological Seminary. This is my diploma, School of Art Institute (indicating).
Q Okay. We'll move on.
A Okay. Thank you.
Q And did you obtain a degree from the School of Art Institute of Chicago?
A Yes, undergraduate.
Q Did you obtain degrees from Northern Baptist Theological Seminary and McCormick Theological Seminary?
A So yes, I did. So I received a Master's degree

Page 16

from Northern Baptist Theological Seminary and from McCormick Theological Seminary I received a Doctor of Ministry degree.
THE INTERPRETER: And also Interpreter will interject. I forgot to interpret. She said something about -- it was Korean department just to literally interpret. I don't know what that meant.
MR. STILLMAN: Q And are you currently employed?
A So I am a missionary so I am trying to do the work of God, it's the way I received the calling, but since the incident, my injury, I haven't been able to do anything.
Q And what church specifically do you do missionary work for?
A So currently I'm not able to do it but the Art Institute of Chicago that I attended, I graduated from, has about over 200 students from Korea so I worked as a missionary to reach out to them.
Q And how far back have you -- or strike that.
When did you start doing missionary work?
A So I don't remember exact date but 1996 but -- and the year I started the campus ministry was 1998, I think, because I was -- on Friday I was praying

Page 17

overnight, and this may sound strange, but all of a sudden I heard like the Holy Spirit speaking to me. That was ten years after I graduated from the school that I felt a call to go back to the school where I graduated from so I was surprised and just went to school, went to this Korean student, and the person asked me why are you -- what brought you here, so I didn't know myself, I felt called upon to be there but I didn't want to appear to be some strange, crazy person.
THE INTERPRETER: That's where the Interpreter stopped the witness to interpret.
MR. STILLMAN: Q Did you ever have any jobs that were not missionary work?
A So after graduating from the art school I worked as a designer for a few years.
Q And where did you work as a designer?
A So that -- that was when I was living in Chicago and I don't -- it's been a long time so I don't remember the name of the company but it was a company and at that time the computer wasn't available so I was using Keyline pay stub so because the computer was not available yet at that time, I had to do everything manually while sitting at the designer's desk.
Q And so that would have been the last time you





Exhibit D

Page 18

were employed not as a missionary?
A Yes. Yes, that is correct.
Q And when you would sit there at the designer's desk, was there electronic equipment plugged in at all like, you know, scissors or cutters -- maybe not scissors but the hot glue gun, something like that into the wall that you would use?
A No, no other devices but the desk, the designer desk, was higher than the usual desk so I had to sit in a highchair but I was doing everything manually by hand.
Q Was there like a light over the desk that may have been plugged in?
A So I never really thought about it so I guess there was some sort of a light in the room to illuminate but I don't know -- I don't remember the exact setup.
Q Okay. And as, you know, we can see from this deposition here we have a Korean translator, your native language is Korean, right?
A Yes. Yes, I am much more fluent in Korean.
Q Do you speak any English?
A So I speak a little bit of English and I could understand a little but from my experience I know that people came and while they are in their teens couldn't speak English well but people like me who came here when

Page 19

they are almost 30 years old have trouble speaking English well because, you know, at home you speak Korean because, you know, my husband was Korean and you attend a Korean church and even the School of Theological Seminary I attended they have a separate department for Koreans so I haven't had much chance to interact and speak in English so I'm not able to speak English well.
Q Would you be able to, you know, for example, interact with a cashier at a store or order at a restaurant in English?
A Most of the times I am able to interact in English because, you know, you have to use English. Most of the times people don't speak Korean.
Q Can you read English?
A So I'm not very good at, you know, reading English, either.
Q Can you write in English?
A I'm sorry. My body has weakened a lot so whenever I speak a lot, my body tends to react. I apologize.
Q Okay. Take your time. If you need a break, we can take a five-minute break.
A So the -- I am okay but I'm having like throat problem and since the incident with my leg I had to

Page 20

undergo a surgery under full anesthesia so my body is basically very weak because I had to have surgery at my age, in my old age, so I've suffered a heart attack and pneumonia so my body is very weak at this point.
Q Has any doctor ever told you that your throat problems and general weakness are because of your surgery?
A I am -- I know my body. So the -- before the surgery I used to -- I did not have any physical problem. I was doing exercise every day. I also did -- was able to do my artwork and was -- if you look at my art pieces, they are very heavy. I didn't have any problem carrying them. Also was preaching at the church and teaching students, I had to do all that and without any problems, but since the surgery that -- after 70 years old, since the surgery my body -- you know, whenever I go outside or exert myself and come home, not only my legs but my body's not normal, though, something's wrong, and I feel my body's not working well, I'm not feeling well, so I watched some YouTube Korean doctors, I saw several different channels, programs, doctors talking about surgery after 70 years old, then if you have a full surgery and the general anesthesia, after that you don't expect to live long.

Page 21

That's what I heard and that's what I also have been told by my friends.
Can I add one more thing? Before the incident all of my artwork I was using nails. So I was using electric machine -- machinery to nail -- to work with the nails and I got the grand prize and all of my artwork I was using nails. That's how I did my work.
MR. GALASSO: So just let the record reflect that she held up a photo -- two of the photos that I sent you this morning. One is the art with Jesus on the Cross made all of nails and then her placed medal.
THE WITNESS: So now I cannot bend my knees, my legs are disabled, I cannot sit on the floor and, you know, I'm walking around with a cane so how could you do any kind of artwork in this state?
MR. STILLMAN: Q All right. So returning to my original question, though, you mentioned that you had throat problems now and your general weakness in your body and you believe they are related to the surgery you had. Has any of your treating physicians ever told you that that's the case?
A So the -- I never asked the doctors about it but I know for sure that it's totally different before and after surgery, like the heart. I never had a heart

Page 22

problem but after surgery I suffered from heart failure so the doctor told me that even if it's in a good condition, your heart status is only about two, and even I was told that I am going to die.

Q You believe your heart failure condition is related to your injury at Life Time?

A Of course, a hundred percent, because I did not have any heart problem before that and never had a problem of water accumulation in my lungs. It all has happened within one year and I am close to near death, so yes.

Q Your incident at Life Time was in March of 2023, correct?

A March 26 in the evening to be exact.

Q And you didn't have any issues with your heart that you were hospitalized for until April of 2024, correct?

A Correct. So during the -- during the about one-year period I wasn't able to exercise, could not even walk well, could not eat well, so I think that's when my body and my health deteriorated.

Q And that April 2024 hospitalization for your heart was cardiac treatment, not anything related to your knee, correct?

Page 23

MR. GALASSO: Form.

THE WITNESS: So correct, but -- but I know my body and in my opinion the -- after the incident my body deteriorated. Again, I was having suffering, my body was suffering, and since the leg surgery that I haven't been able to do any exercise, I haven't been able to eat well and then I was ill and so I think they are related.

MR. STILLMAN: Q At that hospitalization in April of 2024 did any of those treating doctors that you interacted with tell you it was related to your leg surgery?

A I did not ask doctors about it but it was completely different. My body felt completely different. Prior to that incident I did not have any health issues, I was not taking any medicine, I did not have any high blood pressure or diabetes. Although I may not -- was not as strong as men, I was healthy. The art piece I showed you, Jesus Christ art, I did it in 2019 so in 2020, because of pandemic, I could not be active for my art career. I did not have any problem, but since the last surgery, the general anesthesia did something to my body and then my body became abnormal after that. Even from the anesthesia, unlike other people I had trouble waking up from the anesthesia and I

Page 24

had some hemoglobin level issues perhaps because of that.

Q All right. So I'd like an answer to my question, though. It's a yes or no answer. Did any doctor ever tell you that your health has deteriorated, your throat issues are related, your heart condition is related to this knee procedure you got and the anesthesia you were put under?

A The doctor that I was -- that saw me when I was taken to the ER was the same doctor -- happened to be the same doctor for my heart failure so the -- although the doctor did not specifically say it, they must have known, because again, I was very active until that time with my artwork, my ministry and then church activities. I was very active. I may not be as strong as men but I was active. So after the surgery that's when I could not function, physically function. Even at home I could not do household work and then I ended up having this heart failure. So why would they not be related? They are definitely related.

Q Okay. And I'm going to ask this again. I need a yes or no answer. Has the doctor told you -- it doesn't matter if they must have known; that's your opinion. Did any doctor tell you they were related?

Page 25

A So the -- I don't want to lie about things so I'm saying that doctor did not specifically say that it all happened because of my leg problem but doctors must have saw the body and they knew, although they may not have spoken about it, and hundred percent in my case I know that they are related because it all happened -- never had any health problem and all these health issues. Something happened to me after that. I never had to take any medications before that.

Q Okay. When you say they must have known about it or thought about it, that's just your opinion. You don't have any evidence from them or records that show that, right?

MR. GALASSO: Form.

THE WITNESS: So there is no evidence but the same doctor who was there for my leg surgery happened to be the doctor I saw at the emergency room later, so the doctor must have known, that's what I'm saying, because I never had to take any medication but then, you know, within one year I started to have a heart problem, water accumulation in my lungs. You know, before that I was -- had to climb the ladder to work on my artwork with the nails so -- and then now I was told that because my heart status is -- my heart condition was

Page 26

that -- it's like graded two or something, my heart was not moving well, doctor told me that I'm going to die from it. You know, that's such a drastic change. How come there is not any relationship between the two? So after the surgery I was -- other people wake up quickly but in my case I could not wake up, had trouble. So I didn't know about this but my children told me that there was a chaplain at the hospital came by several times, Seventh-day Adventist pastor, I believe that's what they said, that mom, before you woke up after the surgery the pastor came by and prayed over you several times. I didn't know about that.

MR. STILLMAN: Q Okay. Look, we are at this rate not very far in the deposition. I'm asking questions that are not too complex, you're giving very long answers, and I really don't want to keep you here all day but at this rate it's going to have to be like many hours of this. And I understand that you're trying to get your message out about what happened to you and how you feel, but if I'm asking you certain questions, I need you to try to answer them more specifically than what I'm asking. Do you think you can do that?

A I am sorry about that.

Q It's okay. I don't want to take up your entire

Page 27

day. I mean at this rate we'll be going till 6:00, 7:00 o'clock, so I'd like to prevent that.

If this goes past 4:00 o'clock -- let's put it out there -- we're going to have to continue this and start back up another day.

A I understand. I thought that it was okay for me to explain.

Q It is okay for you to explain and there's going to be a time where you can give longer answers but just to try to speed things up, if I'm asking kind of simple questions that require yes or no answers, let's keep it to that.

A Thank you. I understand.

Q Okay. So -- and just returning on this subject of the relation between the heart and later issues with the leg surgery, that's fully just related, you believe, because the ER doctor in the April 2024 visit and the doctor who's there for your leg surgery were the same so they must have known, correct?

A Yes.

Q Did you ever file any kind of medical malpractice claims against the doctors involved with your leg surgery for the anesthesia if that was something that you think they shouldn't have done?

Page 28

A You know, the doctor's a Korean doctor, although he does not speak any Korean, he's also church Elder so I tried to be understanding. He did his best and just it still happened to me. That's what I'm trying to convince myself.

Q Has any doctor ever told you that he should not have put you under anesthesia for that procedure?

A So the -- no, no, but I did ask that -- I tried to say that don't use any strong anesthesia because we are different from Americans, maybe more sensitive to strong medication, plus I am a woman and also, you know, because of my age, so I tried to ask for not so strong anesthesia but perhaps it was not related -- related clearly.

Q You mentioned about your artwork before. Did you at any point derive an income from your artwork?

A So the -- I did not want to make money out of this. Through my artwork I wanted to give glory to God so the -- but I do have a smaller art piece that was a downtown bid of tens of thousands of dollars, but again, for me it's glory of God, give glory to God, and I did not want to make it as something to do with money.

Q Have you ever sold any artwork, though?

A So the -- although I don't have much money, I

Page 29

did not want to make money so I started -- from 1997 until 2019 I had an annual exhibit in the hall of Christian missionary exhibit, it's a Hallelujah Art Mission Association, something like that, so annually I did not even skip one year, had annual exhibit along with our members, but again, the purpose is the glory of God and I did not -- I never -- although I may starve, I never wanted to make money out of it. It was all for the glory of God.

Q Okay. When you were at like medical appointments -- or strike that. We're going to return now just back to my outline. We'd kind of gotten away from things.

Have you -- or do you require an interpreter when you go to medical appointments?

A Yes. You know, nowadays they have some machine -- interpreter machine so because I don't know much about medical terminology, they always prepare that interpretation machine for me.

Q Do you use a Smartphone?

A Yes (indicating).

MR. STILLMAN: Let the record reflect that she held up her phone.

Q Do you ever receive or send text messages in





Exhibit D

English?
A With whom?
Q With anyone.
A Listen to me, I also again developed pneumonia so I took some antibiotics. So --
MR. GALASSO: She uses a Google translator app apparently.
THE WITNESS: So the -- so there is a Korean text SNS app called Kakao and I use it to communicate with my children because my children cannot read even Korean well, although I don't write in English well, I use this Google translator app to -- and then transfer -- that translates the message into Kakao talk app to send a text to my children so that they could read. So the -- although I cannot -- I am able to type up in English a little bit. Because it's not perfect I tend to use this app and lately it's become very much better than before so I've been able to use -- I've been able to use it.
MR. STILLMAN: Q Are you able to fill out forms in English?
A So the -- again, I use a translation app for words that I don't understand. For example, this form I had to fill out last night I had to prepare, like looking up the app, and on this form I had to do some



preparation to be able to fill it out.
Q So, for example, the form like a written agreement or contract for your Life Time membership, would you have used the Google translator app on that?
MR. GALASSO: Form.
THE WITNESS: No, on that I did not do it.
MR. STILLMAN: Q But on other forms and documents you would use that.
A So only lately I started to use it, not in the past.
Q But you've signed contracts and agreements and other things in English before, right?
A So what kind of a contract are you referring to? I cannot think of any. I don't have much occasions to sign any contracts.
Q You know, any kind of agreement or contract or written form. Say you go to the doctor and they have you sign your name on something, you know, consent form, anything like that.
A So the -- I cannot possibly read a lot of text, and especially us Koreans at my age cannot possibly read everything before signing documents like that, but lately when I was, I think, discharged for my heart failure I was so thankful because they printed



instructions in Korean, so I was very happy about that.
Q Okay. So you were a member of Life Time Fitness at the time of this incident, right?
A Yes.
Q And when did you first become a member of Life Time?
A I used to live in Warrenville and then Life Time was close to where I used to live so my entire family were members, we had a family membership at that time, and almost from the very beginning when the Life Time Fitness opened that we started to go there.
Q I mean if you could estimate, would that be --
THE INTERPRETER: I'm sorry. Interpreter correcting to say almost 20 years.
THE WITNESS: It's been a long time. I'm sorry. Over 20 years.
MR. STILLMAN: Q And that membership at Life Time at the Warrenville Location would have been a separate membership from the one you had for the Romeoville location, right?
A So I'm sorry. You are asking was it under separate membership you're asking? Could you repeat the question?
Q Yeah. So the Life Time membership she was under



with her family for over 20 years or however long at the Warrenville location would have been different than the membership she had at the Romeoville location, right?
MR. GALASSO: Foundation.
THE WITNESS: Okay. That is correct, separate membership.
MR. STILLMAN: Q And your membership at the Romeoville location, does it sound right that it would have started in December of 2021?
A Yes, I think so.
Q And when you started that -- or strike that.
For the Romeoville location membership, was that paid for by you or by someone else?
A The insurance company did.
Q And that would have been, like we're discussing now, the Romeoville location that you would have gone to then, right?
A Correct.
Q And how often would you go to that location before your March 2023 incident?
A You said that I joined the Romeoville location in December of 2021 so then from that time until that date of the incident I went there and I was healthy so I was going there.

Page 34

Q Okay. How often would you go to this location at Life Time?
A So I was -- I don't recall how often I went there but I went there quite often until the date of the incident but after the injury I never went back because it was -- gave me a trauma so I don't want to even look at the building anymore.
Q Would you say you would go multiple times a week?
A I think so.
Q And have you ever used the Life Time phone app?
A No. I just used the card (indicating).
MR. GALASSO: Let the record reflect she's holding up her membership card. You've got to hold it up a little higher so they can see it.
MR. STILLMAN: I saw it.
Q And when you joined Life Time in December of 2021, did you do so at the Life Time facility?
A Yes, yes. I went to their office.
Q And who did you meet with in the office?
A It was a man but I don't recall his name.
Q Can you remember any details about him? His hair color, his height?
A So I don't have good memory. He was a very

Page 35

polite and a very cheerful man. He appeared to be a foreigner. I don't know which country he came from.
Q And at that meeting do you remember there being like an iPad or electronic tablet of some kind that you were shown?
A I don't remember. Since the surgery my memory has become very poor. Actually it turned into a four or something. I'm not able to remember.
Q Do you remember if they presented with you any kind of documents or if there was anything you needed to sign at that meeting?
A So either a tablet or something he told me to sign so I signed it.
Q Now I'm going to put on the screen real quick what we will call Exhibit 1. And this -- do you recognize this document at all?
A No.
Q Also I'd like to reflect that on the screen I have the Membership Usage Agreement and also included in this document is the General Terms Agreement. Do you recognize the General Terms Agreement at all?
A No.
Q Okay. So on page 32 of this document there is a signature. It says signed by member Jin Min. Is that

Page 36

your signature?
MR. GALASSO: Form and foundation. Are you talking about -- as she said, she testified she signed it on a tablet, not a document. Are you asking her simply is that her signature?
MR. STILLMAN: Yes, I'm asking if that's her signature.
MR. GALASSO: Very good.
THE WITNESS: Yes.
MR. STILLMAN: Q And on page 37 of this document, in the Membership Usage Agreement there is another signature that appears. It says signed by member Jin Min. Is that also your signature?
MR. GALASSO: Form.
THE WITNESS: Yes.
MR. STILLMAN: Q And when they had you sign the tablet or something there, is it possible you could have been signing these documents?
MR. GALASSO: Form, foundation.
THE WITNESS: So that was several years ago so I'm not hundred percent able to remember it. How could I possibly remember? And also prior to this one I was going to Life Time Fitness in Warrenville for several decades so I did not pay a lot of attention for that

Page 37

reason because I was already going there for a long time.
MR. STILLMAN: Q And I know --
THE INTERPRETER: I'm sorry. When is a good time -- could we take a five-minute break?
MR. STILLMAN: Yeah. Let me -- let me ask one more question and then we can take a five-minute break.
THE INTERPRETER: Thank you.
MR. STILLMAN: Q And I know it was a long time ago, you know, 15-plus years that you signed up for the Warrenville location, but do you remember signing anything for that one when you signed up there?
A I don't remember. That was a long time ago. We were going there as a family. I enjoyed going there until this incident but I don't remember, but because we were a member, I'm sure of the -- we signed something. I just don't remember.
Q All right. Let's do a five-minute break.
THE INTERPRETER: Thank you.
(break)
MR. STILLMAN: All right. Let's go back on the record.
Q So you remember, Mrs. Min, that we were talking before the break about that meeting at the Romeoville

Page 38

location to sign up, right?
A Yes.
Q And what did you understand that meeting to be?
A Which meeting?
Q In the office at the Romeoville Life Time.
A So the -- I went there to join, rejoin, because after, you know, going there for several decades in Warrenville location there was a break because we moved and also some financial situation but then when I was informed that the insurance company was going to cover it because I was at the age to become eligible so went there to join them.
Q And at that time when you were joining you understood that you were signing up for a membership at the club, right?
A Yes.
Q And when they pointed you to sign your name on the tablet there, did you not understand that -- or strike that. I'm not going to do a double negative.
And when they pointed you to sign your name on the tablet there, did you understand that to be related to the purpose of the meeting, to sign up for the membership?
A Because of the membership I went there and when

Page 39

they told me to sign it, I signed it.
Q My question was if you understood the purpose of the meeting to be for the membership and they pointed you to sign something on the tablet, wouldn't you have understood that to mean it was related to the membership?
A Yes, only if I sign it that I will receive the card and could go there so I knew that by signing it I was going to join it.
Q So when you would go to the Life Time in Romeoville, what would you -- what types of activities would you do there?
A So I mainly went there to swim. I also enjoyed the hot tub and we're Asians, we like hot sauna, so I especially liked the Romeoville location because where they heat up the place, they have two of them.
THE INTERPRETER: Interpreter's not quite sure. The way the witness described it is where you -- it's like a sauna, that they heat up the sauna room, and in Romeoville location there are two of them.
THE WITNESS: Now Warrenville location also has two, they added one, but when I was going to Warrenville location, they had only one -- one of them so because the Romeoville location was hotter, their sauna -- the

Page 40

temperature was hotter, I especially liked that location.
MR. STILLMAN: Q And so before March 26, 2023, the date of your accident, you had used that Romeoville Life Time facility many times since signing up in December of '21, correct?
A Yes.
Q And on each of those occasions that you would go there would you swim, use the hot tub, and use the sauna?
A Yes.
Q And would you usually use the locker room on those occasions when you would visit?
A Yes.
Q And that would be the women's locker room.
A Yes.
Q So you were familiar with the layout of the women's locker room before that visit, correct?
THE INTERPRETER: Before that visit, do you mean the day of the accident?
MR. STILLMAN: Yes.
THE INTERPRETER: Okay.
THE WITNESS: So yes, of course. You know, I had been going there for several decades and also the

Page 41

location must have the same layout.
MR. STILLMAN: Q But you knew like where the lockers were located, where the sinks and the vanity area were located, right?
A Yes, of course. They have, again, same layout that I'm used to. I was going there for several decades.
Q And you would have known then where the hair dryers were located in that locker room as well, correct?
A Yes, they were all lined up, but it was not in the locker room.
Q Where were the hair dryers if not in the locker room?
A So I cannot -- I misheard you, so it is correct that hair dryers were located in the locker room.
Q So the women's locker room, as we've just discussed, has a vanity area with those sinks and mirrors, correct?
A Yes.
Q And there are hair dryers available in that vanity area for women -- for female members to use, correct?
A Yes.

Page 42

Q And you had seen those hair dryers in the -- or strike that.
Those hair dryers are attached by electrical cords to the wall, correct?
A Yes.
Q And you had seen those hair dryers and the electric cords attaching them to the wall during prior visits to that locker room, right?
A Yes. They were of the same stuff so I saw them and usually I also saw them like dropped and people pick them up and put them -- put them on it.
Q What do you mean when you say dropped?
A So the -- so that's what I was thinking because the electrical cord was hanging down low so perhaps they were worried that -- something like that happened to me could have happened and people get hurt so I've seen employees oftentimes put them back -- put them back up.
Q And when you say put them back up, by them do you mean the cords or the hair dryers themselves?
A So the -- I meant the hair dryer. The employees, I've seen them -- there's a hook to hang the dryer and they would like to tidy them up and hang the dryer so it wasn't -- in my own thinking I thought that they are doing a good job putting up the dryers, tidying

Page 43

them up and putting them up because of the concern over the cords hanging down. That's what I was thinking.
Q Did any employee ever tell you that they were picking up the hair dryers because of safety issues or avoid anyone falling on them?
A So no, never. It was just my own thinking that oh, perhaps they are doing it because someone could easily get hurt and maybe that's why they are doing it.
Q Had you ever used those hair dryers during any of your visits?
A I always did to dry my hair.
Q And on the day of your accident had you used the hair dryer?
A No, I didn't have a chance because what I usually do is after taking a shower I moved to the locker room to change and dry my hair is the last thing I do before going home so because there was a wall, I did not see the cord and I got hurt so I didn't have a chance to dry my hair.
Q So on other occasions -- sorry. Is someone saying something?
So on other occasions that you had been in the locker room visiting the Romeoville Life Time you had walked through that vanity area and used those hair

Page 44

dryers without issue, correct?
A So the -- I cannot -- the reason -- so after it happened I started thinking in my head, I was doing some research, because after the incident I went back to the Warrenville location. Because I had a trauma, I could not go to the Romeoville location anymore. When I went to Warrenville location, I saw that they had a big trash can sitting there so that -- preventing people from going through. They had to go around the trash can so that prevented people from getting caught and getting hurt. So when I saw that, I realized that it was a big mistake not to have the trash can there.
Q And on any occasion that you had -- or strike that.
So that trash can as far as the Romeoville location, you never saw a trash can there?
A No.
Q And did any Life Time employee ever tell you that that trash can was there or is there at least at the Warrenville location for the purposes of stopping patrons to the locker room from walking directly through?
A No, because I never asked anybody about it and it was just my own thinking that I thought it was a good

Page 45

idea to do it.
Q All right. So then returning back to my question because, you know, your answer was not really -- did not answer what I'd asked, you had previously walked through that vanity area where the mirrors and the hair dryers are in the women's locker room in the Romeoville location on prior occasions, right?
A Yes, of course.
Q And on those occasions you never previously had a problem, right?
A So the -- that is correct, but the thing is depending on where your locker is located that sometimes it could be way in the back, sometimes you did not have to go through it, so it all depends on where your assigned locker is on any given day. So on the day of the incident -- sometimes I had to go through -- go around to get to the locker but on this occasion that the cord was hanging down in such a way that my -- I did not notice it and that's how I ended up getting injured.
Q So prior to March 26, 2023, you had never complained to any Life Time employee or to Life Time itself about the hair dryer cords in the locker room or how they laid on the floor, right?

A No.
Q And you had never reported any dangerous condition involving any hair dryer cords to Life Time before this incident, right?
A No, I never told them.
Q And had you ever seen anyone else trip on the hair dryer cords or become tangled in any way on those hair dryer cords?
A No, no. So the -- one thing I'd like to mention is that, you know, because I am an older person, then from the internet and other people I heard all the time that when you are old and break your bone, slip and fall injury, if you are hospitalized for that, you would die in one year. That's what I heard, so I've been always careful. When I went to Life Time, I've seen in the pool area the floor -- I've seen the floor always -- like there are a lot of areas that are wet with pool water, so the way I walked, I was always very careful and I was -- so I walked like someone who's -- something is wrong with the person, very, very carefully. In spite of that I ended up getting injured because when I turned, because of the structure of the area, I could not possibly see the cord being there. So I ended up getting injured anyway.



Q Okay. And I just want to preface my next few questions. Again, you know, like what I said earlier about, you know, trying to keep your answers more concise, you know, you mentioned things like if you're old and you slip and fall and you break a bone, you've been told you could die in a year, I have to ask you questions about that so it just keeps things going longer. Do you understand?
A I understand. Sorry.
Q All right. So you don't have any medical training yourself, right?
A I obtained a dietitian license that I obtained in Korea.
Q And do you think your dietitian license qualifies you to speak or opine on whether it's possible you could die within a year of having a slip and fall injury?
A No, not myself. I heard about it from the doctors -- YouTube doctors.
Q Do you know if those YouTube doctors are even actually qualified licensed doctors?
A How do I know? I don't know for sure. So I -- you know, when they introduced themselves, they have to say I am so and so, work at such and such a hospital or



clinic, so that's how I know. I could not possibly, you know, verify that.
Q Do you know the names of these doctors?
A I just want to clarify. I am sorry. To clarify my previous answer, what I meant to say is that I was not referring to like regular fracture. I was referring to those people who had like suffered from pelvic fracture and they had to -- they could not -- they are bedridden from the injury and staying at the hospital, so I wanted to clarify I was referring to those kind of patients.
Q Did you suffer a pelvic fracture?
A No. Only my knee, knee bone, knee fracture.
Q So would that statement about, you know, slip and fall injury, you would die within a year, it's only applicable to a pelvic fracture from those doctors you heard but that wouldn't apply to you, would it?
A Thankfully -- I thank God that, correct, that I did not have to be bedridden because it was a knee injury.
Q And none of your physicians treating you for your knee injury ever told you that you would die within a year because of that injury, right?
A Correct, no.



Q So I'm going to return back to my question before because I don't know if you ever answered it. Did you ever see anyone else trip or become tangled in the hair dryer cords?
A No, I don't know, and after the incident I never went back there so I don't know.
Q On those previous occasions you had been there at the Romeoville location did anyone ever tell you that they had had issues with those hair dryer cords, that they had tripped or become tangled?
A Okay. I don't know anybody. I just go there. I don't interact because I'm a Korean and, you know, everybody else is -- they are foreigners. After the accident I was curious myself about that because I had been very super careful and still ended up getting hurt so I was wondering whether other people had the same problem so I want to ask myself, I'm going to ask people whether anybody got hurt.
Q Do you have any knowledge of who left the cord in that position, the cord that you fell on?
A No, I never knew.
Q Do you have any idea how long the cord had been in that position before you fell?
A No, I did not pay attention because I was

Page 50

just -- after I'm done I would just go directly to the shower area.
Q Did you see any Life Time employee interact or move that cord before you tripped on it?
THE INTERPRETER: Could you repeat the question?
MR. STILLMAN: Yeah.
Q Did you see any Life Time employee interact with or move that cord or place it where it was when you fell?
A No, I don't remember.
Q Do you know if any other Life Time member had been using that dryer before you arrived?
A Use what?
Q The hair dryer.
A Which hair dryer? After shower everybody using the dryer, hair dryer, I think.
Q I mean the hair dryer that you fell on.
A I never know. I don't know.
Q All right. So let's talk about the day of the incident now, March 26, 2023, specifically.
A Yes.
Q So you went to Life Time that day in Romeoville, right?
A Yes.

Page 51

Q Do you remember approximately what time it would have been that you arrived at the facility?
A I don't remember but it was evening time.
Q Was it light out, was it dark out?
A So I don't know, I don't remember, but when I was taken to the hospital, it was dark outside.
Q You were there alone, right?
A Yes.
Q And you were planning to use the pool for swimming, the hot tub and the sauna while you were there?
A Correct.
Q Do you know if you did anything else that day?
A So the -- that is my course, like I always do hot tub and also sauna and the pool, that's my regular course, so I don't remember all of the details but that's what I must have done.
Q Okay. Do you remember how long you were there before you went to the locker room?
A When I checked the time, usually it takes about two to two and a half hours.
MR. STILLMAN: Okay. So I think that's all of our time that we have today, I don't want to hold up Regina too much, so I think let's go off the record shortly and

Page 52

we'll discuss dates to continue this to. Are we in agreement, Craig?
MR. GALASSO: Yeah, as we said earlier.
(discussion had off the record)
(WHEREUPON the deposition was continued on another date)
- - - - -

Page 53

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

The within and foregoing deposition of the aforementioned witness was taken before REGINA E. GEBERT, CSR and Notary Public, and through Korean Interpreter, MICHELLE HAMILTON, at the place, date and time aforementioned.

There were present during the taking of the deposition the previously named counsel.

The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer and Notary Public; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness, at the time and place hereinabove referred to.

The signature of the witness was waived by counsel for the plaintiff.

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

Witness my official signature and seal as Notary Public in and for Cook County, Illinois, on this 24th day of March, A.D. 2026.

Regina E Gebert

REGINA E. GEBERT, CSR
Notary Public
License No. 084-002972
One North Franklin Street,
Suite 2100
Chicago, Illinois 60606
(312) 442-9087

**0**

**01668** 1:5
**084-002972** 54:7

**1**

**1** 1:10 3:1,8 35:15
**10** 3:2
**10th** 1:16
**15** 37:10
**1700** 2:4
**1975** 13:23
**1977** 13:4
**1982** 13:5
**1996** 16:22
**1997** 12:10 29:1
**1998** 16:23
**1:00** 1:15
**1:25** 1:5

**2**

**20** 2:4 32:14,16 33:1
**200** 16:18
**2007** 12:20
**2019** 23:19 29:2
**2020** 12:5 23:19
**2021** 33:9,22 34:18
**2023** 22:12 33:20 40:3 45:21 50:20
**2024** 22:16,22 23:9 27:17
**2026** 1:16 3:2 54:3
**20649** 54:5
**21** 40:6
**2100** 54:8
**24th** 54:3
**2580** 12:1
**26** 14:3 22:14 40:3 45:21 50:20
**27** 14:2
**29w359** 12:7

**3**

**30** 19:1
**300** 2:9
**303** 2:9
**312** 54:9
**32** 35:23
**35** 3:8
**37** 36:10

**4**

**4** 3:5
**442-9087** 54:9
**4:00** 27:3

**6**

**60503** 12:3
**60555** 12:8
**60603** 2:4
**60606** 2:9 54:8
**6:00** 27:1

**7**

**70** 20:15,22
**7:00** 27:2

**9**

**9** 3:12

**a**

**a.d.** 1:16 54:3
**ability** 7:14
**able** 6:4 16:12 16:16 19:7,8 19:11 20:11 22:19 23:6,6 30:15,18,18,19 31:1 35:8 36:21
**abnormal** 23:22
**accident** 40:4 40:20 43:12 49:14
**accumulation** 22:9 25:21
**accurate** 53:15
**acting** 53:14
**active** 23:20 24:13,15,16
**activities** 24:14 39:11
**actual** 8:23
**actually** 35:7 47:21
**add** 21:3
**added** 39:22
**address** 11:23 12:1,4 13:12
**addressed** 8:19
**adjust** 6:22
**adventist** 26:9
**affect** 7:13
**aforemention...** 53:5,8,17
**afternoon** 4:12
**age** 13:24 14:2 14:3 20:3,3 28:12 31:21 38:11
**ago** 36:20 37:10,13
**agree** 9:7
**agreement** 3:8 31:3,16 35:19 35:20,21 36:11 52:2
**agreements** 31:11
**ahead** 7:24 9:15,18
**airline** 13:15,16
**american** 14:3
**americans** 11:21 28:10

**anesthesia** 20:1 20:24 23:21,23 23:24 24:8 27:23 28:7,9 28:13
**annual** 29:2,5
**annually** 29:4
**answer** 5:13,19 5:23,24 7:8 8:17 24:3,4,22 26:21 45:3,4 48:5
**answered** 49:2
**answering** 6:18
**answers** 4:4 6:16 7:15 26:16 27:9,11 47:3 53:13,17
**antibiotics** 30:5
**anybody** 44:23 49:11,18
**anymore** 12:14 34:7 44:6
**anyway** 46:24
**apologize** 19:20
**app** 30:6,9,12 30:13,17,21,24 31:4 34:11
**apparently** 30:7
**appear** 17:9
**appeared** 35:1
**appears** 36:12
**applicable** 4:22 48:16
**apply** 5:10 6:19 48:17
**appointments** 29:11,15
**appreciate** 10:13
**approximately** 51:1
**april** 22:16,22 23:8 27:17
**area** 41:4,18,22 43:24 45:5 46:16,22 50:2
**areas** 46:17
**arrangements** 14:14
**arrived** 14:13 50:12 51:2
**art** 15:12,15,19 16:16 17:14 20:12 21:10 23:18,18,20 28:19 29:3
**artwork** 20:11 21:4,7,15 24:14 25:22 28:15,16,18,23
**asians** 39:14
**asked** 5:16 8:9 8:10,20 17:7 21:22 44:23 45:4 53:16
**asking** 8:18,23 11:13 26:14,20 26:22 27:10 32:21,22 36:4 36:6
**assigned** 45:16
**association** 29:4
**attached** 42:3
**attaching** 42:7
**attack** 20:3
**attend** 14:15 19:3
**attended** 14:18 14:19 15:13 16:17 19:5
**attention** 36:24 49:24
**attorney** 7:17 8:5,7,12 9:12 9:13 10:22
**attorneys** 10:13
**aurora** 12:2,3
**available** 17:20 17:22 41:21
**avoid** 6:14 43:5

**b**

**b** 12:2,7
**bachelor's** 15:7
**back** 7:10 8:14 11:24 16:20 17:4 27:5 29:12 34:5 37:21 42:17,17 42:18 44:4 45:2,14 49:1,6
**background** 11:14
**baptist** 15:13 15:21 16:1
**basically** 20:2
**basis** 11:20
**bedridden** 48:9 48:19
**beginning** 32:10
**behalf** 2:7,11
**believe** 21:19 22:5 26:9 27:16
**bend** 21:12
**best** 28:3
**better** 6:24 30:17
**bid** 28:20
**big** 44:7,11
**biltmore** 12:2
**bit** 18:21 30:16
**blood** 23:16
**body** 19:18,19 20:1,4,8,16 21:19 22:21 23:2,3,4,13,22 23:22 25:4
**body's** 20:18 20:19

**bone** 46:12 47:5 48:13
**born** 13:4,4,18 13:20
**break** 6:9 19:21 19:22 37:5,7 37:18,20,24 38:8 46:12 47:5
**bring** 7:10
**brought** 17:7
**building** 34:7

**c**

**c** 12:7
**call** 10:2 17:4 35:15
**called** 4:2,7 17:8 30:9
**calling** 16:11
**campus** 16:23
**cane** 21:14
**card** 34:12,14 39:8
**cardiac** 22:23
**career** 23:20
**careful** 46:15 46:18 49:15
**carefully** 46:20
**carrying** 20:13
**case** 4:14 21:21 25:5 26:6 53:22
**cases** 10:15
**cashier** 19:9
**catching** 10:3
**caught** 44:10
**cavo** 2:8
**certain** 26:20
**certified** 3:11 9:11
**certify** 9:7,9
**chance** 19:6 43:14,19
**change** 26:3 43:16
**channels** 20:21
**chaplain** 26:8
**check** 8:1
**checked** 51:20
**cheerful** 35:1
**chicago** 2:4,9 15:12,19 16:17 17:17 54:8
**children** 13:18 26:7 30:10,10 30:14
**christ** 23:18
**christian** 11:17 29:3
**church** 11:18 16:14 19:4 20:13 24:14 28:2
**circle** 12:2,2
**city** 12:3 13:10 13:13
**civil** 1:13 4:21
**claims** 27:22
**clarify** 48:4,4 48:10
**clark** 2:4
**clear** 5:5 6:5
**clearly** 9:24 28:14
**client** 8:7,12
**climb** 25:22
**clinic** 48:1
**close** 22:10 32:8
**club** 38:15
**college** 14:18 14:19,21,24
**color** 34:23
**come** 13:22 20:17 26:4
**comes** 13:2
**coming** 8:3
**commenced** 1:15
**communicate** 30:9
**company** 17:19 17:19 33:14 38:10
**complained** 45:22
**complete** 53:16
**completed** 15:2 15:8
**completely** 23:13,13
**complex** 26:15
**computer** 13:16 17:20,21
**concern** 43:1
**concise** 47:4
**condition** 22:3 22:5 24:6 25:24 46:3
**confusing** 5:11
**consent** 31:18
**content** 8:16,19 8:23
**continue** 27:4 52:1
**continued** 52:5
**contract** 31:3 31:13,16
**contracts** 31:11 31:15
**conversation** 8:20,24
**convince** 28:5
**cook** 53:2 54:2
**cord** 42:14 43:18 45:19 46:23 49:19,20 49:22 50:4,8
**cords** 42:4,7,19 43:2 45:23 46:3,7,8 49:4,9
**corporation** 1:7

**correct** 7:10 15:9 18:2 22:13,17,18,24 23:2 27:19 33:5,18 40:6 40:18 41:10,15 41:19,23 42:4 44:1 45:12 48:18,24 51:12
**correcting** 32:13
**counsel** 2:2 4:13 53:10,20 53:22
**country** 35:2
**county** 53:2 54:2
**couple** 5:2
**course** 22:7 40:23 41:5 45:9 51:14,16
**court** 1:1 5:24 6:13 7:5
**courts** 1:14
**cover** 38:10
**crabtree** 12:7
**craig** 2:3 52:2
**crazy** 17:9
**cross** 21:10
**csr** 1:11 53:6 54:6
**curious** 49:14
**current** 11:23
**currently** 7:12 13:8,10 16:8 16:16
**cutters** 18:5
**cv** 1:5

**d**

**daily** 11:19
**dangerous** 46:2
**dark** 51:4,6
**date** 11:5 16:22 33:23 34:4 40:4 52:5 53:7
**dates** 52:1
**daughter** 13:1 13:3,4,10,14,15
**day** 1:16 20:10 26:9,17 27:1,5 40:20 43:12 45:16,16 50:19 50:22 51:13 54:3
**death** 22:10
**decades** 36:24 38:7 40:24 41:7
**december** 33:9 33:22 34:17 40:5
**defendant** 1:8 2:11
**defendants** 4:14
**definitely** 24:20
**definition** 8:11
**degree** 15:4,6,7 15:18,24 16:3
**degrees** 15:21
**department** 16:6 19:5
**depending** 45:13
**depends** 45:15
**deposition** 1:10 1:15 2:2 3:1,8 4:20,23 7:8,18 8:4,5,21 9:1,6 9:14 10:22 11:7,10 18:17 26:14 52:5 53:4,10
**depositions** 1:15
**derive** 28:16
**described** 39:18
**designer** 17:15 17:16 18:8
**designer's** 17:23 18:3
**desk** 17:23 18:4 18:8,9,9,11
**details** 34:22 51:16
**deteriorated** 22:21 23:4 24:5
**developed** 30:4
**devices** 18:8
**diabetes** 23:16
**die** 22:4 26:2 46:13 47:6,16 48:15,22
**dietitian** 47:12 47:14
**different** 20:21 21:23 23:13,14 28:10 33:2
**differently** 5:12 5:17
**diploma** 15:15
**directly** 10:7 44:21 50:1
**disabled** 21:13
**disagree** 9:7
**discharged** 31:23
**discovery** 4:20
**discuss** 11:6 52:1
**discussed** 9:1 41:18
**discussing** 33:15
**discussion** 9:5 52:4
**district** 1:1,1 1:14
**division** 1:2
**doctor** 16:2 20:5 22:2 24:5

24:9,10,11,12 24:22,24 25:2 25:16,17,18 26:2 27:17,18 28:1,6 31:17
**doctor's** 28:1
**doctors** 20:21 20:22 21:22 23:9,12 25:3 27:22 47:19,19 47:20,21 48:3 48:16
**document** 35:16,20,23 36:4,10
**documents** 9:2 10:22 31:7,22 35:10 36:18
**doing** 6:1 16:21 18:10 20:10 42:24 43:7,8 44:3
**dollars** 28:20
**double** 38:19
**downtown** 28:20
**drastic** 26:3
**dropped** 42:10 42:12
**dry** 43:11,16,19
**dryer** 42:20,22 42:23 43:13 45:23 46:3,7,8 49:4,9 50:12 50:14,15,16,16 50:17
**dryers** 41:9,13 41:16,21 42:1 42:3,6,19,24 43:4,9 44:1 45:6
**duly** 4:7 53:11

**e**

**e** 1:11 12:2,7,7 12:8,8 53:5 54:6
**earlier** 7:8 8:2 47:2 52:3
**easier** 10:10,11 11:22
**easily** 43:8
**eastern** 1:2
**eat** 22:20 23:6
**education** 15:2 15:8
**effect** 7:4
**either** 10:12 19:16 35:12
**elder** 28:2
**electric** 21:5 42:7
**electrical** 42:3 42:14
**electronic** 18:4 35:4
**eligible** 38:11
**emergency** 25:17
**employed** 16:9 18:1
**employee** 43:3 44:18 45:22 50:3,7
**employees** 42:17,21
**ended** 24:18 45:20 46:21,23 49:15
**english** 4:3,4 18:20,21,24 19:2,7,7,10,12 19:12,14,16,17 30:1,11,15,20 31:12
**enjoyed** 37:14 39:13
**entire** 26:24 32:8
**entitled** 8:22
**equipment** 18:4
**er** 24:10 27:17
**especially** 31:21 39:15 40:1
**esther** 11:17
**estimate** 32:12
**evening** 22:14 51:3
**everybody** 49:13 50:15
**evidence** 25:12 25:15
**exact** 11:5 16:22 18:15 22:14
**exactly** 8:21 11:12
**examination** 3:4 4:10
**examined** 4:8 53:12
**example** 19:8 30:22 31:2
**exercise** 20:10 22:19 23:6
**exert** 20:17
**exhibit** 3:8 29:2 29:3,5 35:15
**exhibits** 3:7
**expect** 8:6,21 9:1,5 20:24
**experience** 18:22
**explain** 27:7,8
**extent** 9:4

**f**

**facility** 34:18 40:5 51:2
**failure** 22:1,5 24:11,19 31:24

**fall** 46:12 47:5 47:16 48:15
**falling** 43:5
**familiar** 40:17
**family** 32:8,9 33:1 37:14
**far** 16:20 26:14 44:15
**federal** 1:13 4:21
**feel** 11:21 20:19 26:20
**feeling** 20:20
**feels** 9:24
**fell** 49:20,23 50:9,17
**felt** 17:4,8 23:13
**female** 41:22
**field** 13:16
**file** 27:21
**fill** 30:19,23 31:1
**financial** 38:9
**fine** 9:10 10:19
**finish** 6:15
**first** 4:7,17 5:7 7:17 8:2 9:17 32:5 53:11
**fitness** 1:6 32:2 32:11 36:23
**five** 19:22 37:5 37:7,18
**floor** 21:13 45:24 46:16,16
**fluent** 18:19
**following** 2:2
**follows** 4:9
**force** 7:4
**foregoing** 53:4 53:15
**foreigner** 35:2
**foreigners** 49:13
**forgot** 16:5
**form** 8:7 23:1 25:14 30:22,24 31:2,5,17,18 36:2,14,19
**forms** 30:19 31:7
**foundation** 8:7 33:4 36:2,19
**four** 35:7
**fracture** 48:6,8 48:12,13,16
**franklin** 54:7
**friday** 16:24
**friends** 21:2
**full** 4:15 20:1 20:23
**fully** 27:16
**function** 24:17 24:17

**g**

**galasso** 2:3 7:24 8:7,11,18 9:3,7,15 11:3 21:8 23:1 25:14 30:6 31:5 33:4 34:13 36:2,8 36:14,19 52:3
**gebert** 1:11 53:6 54:6
**general** 11:21 20:6,23 21:18 23:21 35:20,21
**gentleman** 7:19
**getting** 44:10 44:10 45:20 46:21,24 49:15
**give** 7:14 27:9 28:18,21
**given** 45:16
**giving** 6:16 26:15
**glory** 28:18,21 28:21 29:6,9
**glue** 18:6
**go** 5:2 7:24 9:15,18 11:17 12:18 17:4 20:17 29:15 31:17 32:11 33:19 34:1,8 37:21 39:8,10 40:8 44:6,9 45:15,17,17 49:11 50:1 51:24
**god** 16:11 28:18,21,21 29:7,9 48:18
**goes** 27:3
**going** 5:2,9 6:2 6:19 12:1 22:4 24:21 26:2,17 27:1,4,8 29:11 33:24 35:14 36:23 37:1,14 37:14 38:7,10 38:19 39:9,22 40:24 41:6 43:17 44:9 47:7 49:1,17
**good** 4:12 19:15 22:2 34:24 36:8 37:4 42:24 44:24
**google** 30:6,12 31:4
**gotten** 29:12
**graded** 26:1
**graduated** 16:17 17:3,5
**graduating** 17:14
**grand** 21:6

**great** 6:1
**ground** 5:3
**growing** 14:15
**guess** 18:13
**gun** 18:6
**guys** 14:12

**h**

**hair** 34:23 41:8 41:13,16,21 42:1,3,6,19,20 43:4,9,11,13,16 43:19,24 45:6 45:23 46:3,7,8 49:4,9 50:14 50:15,16,17
**half** 51:21
**hall** 29:2
**hallelujah** 29:3
**hamilton** 1:12 4:1 53:7
**hand** 18:10
**handle** 5:4
**hang** 42:21,22
**hanging** 42:14 43:2 45:19
**happened** 22:10 24:10 25:3,6,8,16 26:19 28:4 42:15,16 44:3
**happy** 10:14 32:1
**head** 44:3
**health** 14:24 22:21 23:15 24:5 25:7,7
**healthy** 23:17 33:23
**heard** 17:2 21:1 46:11,14 47:18 48:17
**hearing** 6:22,23
**heart** 20:3 21:24,24 22:1 22:3,5,8,15,23 24:6,11,19 25:20,24,24 26:1 27:15 31:23
**heat** 39:16,19
**heavy** 20:12
**height** 34:23
**held** 21:9 29:22
**help** 9:24
**hemoglobin** 24:1
**hereinabove** 53:18
**high** 23:16
**highchair** 18:10
**higher** 18:9 34:15
**highest** 15:1
**hms** 6:3
**hold** 34:14 51:23
**holding** 34:13
**holy** 17:2
**home** 11:23 19:2 20:17 24:17 43:17
**hook** 42:21
**hospital** 26:8 47:24 48:9 51:6
**hospitalization** 22:22 23:8
**hospitalized** 22:16 46:13
**hot** 18:6 39:14 39:14 40:9 51:10,15
**hotter** 39:24 40:1
**hours** 26:18 51:21
**house** 13:7
**household** 24:18
**huhs** 6:3
**hundred** 22:7 25:5 36:21
**hurt** 42:16 43:8 43:18 44:11 49:15,18
**husband** 14:6,7 19:3

**i**

**idea** 45:1 49:22
**illinois** 1:1 2:4 2:9 12:3,8 53:1 54:2,8
**illuminate** 18:14
**incident** 16:12 19:24 21:3 22:12 23:3,14 32:3 33:20,23 34:5 37:15 44:4 45:17 46:4 49:5 50:20
**included** 35:19
**income** 28:16
**incomplete** 7:9
**incorrect** 7:9
**indicating** 15:15 29:21 34:12
**infliction** 6:4
**informed** 38:10
**injured** 45:20 46:21,24
**injury** 16:12 22:6 34:5 46:13 47:17 48:9,15,20,22 48:23
**institute** 15:12 15:15,19 16:17

**instructions** 32:1
**insurance** 33:14 38:10
**interact** 19:6,9 19:11 49:12 50:3,7
**interacted** 23:10
**interested** 53:21
**interject** 9:19 16:5
**internet** 46:11
**interpret** 4:2 9:21,22 10:7 16:5,7 17:11
**interpretation** 9:20 29:19
**interpreter** 1:12 4:2 6:21 9:19,24 10:9 10:12 14:22,22 16:4,4 17:10 17:10 29:14,17 32:13,13 37:4 37:8,19 39:17 40:19,22 50:5 53:7
**interpreter's** 39:17
**interrogatories** 4:8 53:12
**introduced** 47:23
**involved** 27:22
**involving** 46:3
**ipad** 35:4
**issue** 5:9 6:22 6:23 44:1
**issues** 12:19 22:15 23:15 24:1,6 25:8 27:15 43:4 49:9

**j**

**j** 4:17,18
**jesus** 21:10 23:18
**jin** 1:3,10 3:1 4:6,17,20 35:24 36:12
**job** 6:1 13:17 42:24
**jobs** 17:12
**join** 38:6,12 39:9
**joined** 33:21 34:17
**joining** 38:13

**k**

**kakao** 30:9,13
**keep** 26:16 27:11 47:3
**keeps** 47:7
**kent** 2:3
**keyline** 17:21
**kin** 53:22
**kind** 21:15 27:10,21 29:12 31:13,16 35:4 35:10 48:10
**kmlltdlaw.com** 2:5
**knee** 22:24 24:7 48:13,13,13,19 48:22
**knees** 21:12
**knew** 25:4 39:8 41:2 49:21
**know** 5:4,8,9 5:11,16 6:2,10 6:19 7:9 10:2,8 10:17,20 11:11 16:7 17:8 18:5 18:15,16,22 19:2,3,8,12,15 20:8,16 21:13 21:23 23:2 25:6,19,21 26:3,7,12 28:1 28:11 29:16,17 31:16,18 35:2 37:3,9,10 38:7 40:23 45:3 46:10 47:2,3,4 47:20,22,22,23 48:1,2,3,14 49:2,5,6,11,12 50:11,18,18 51:5,13
**knowledge** 49:19
**known** 24:13 24:23 25:10,18 27:19 41:8
**korea** 13:21 14:7,9,11,16,17 14:19 15:2 16:18 47:13
**korean** 1:12 4:3 4:4 14:2 16:6 17:6 18:17,18 18:19 19:2,3,4 19:13 20:21 28:1,2 30:8,10 32:1 49:12 53:6
**koreans** 19:6 31:21

**l**

**l** 12:2,8,8
**ladder** 25:22
**laid** 45:24
**lane** 12:7,7
**language** 18:18
**late** 8:3
**lately** 30:17 31:9,23
**law** 2:3
**layout** 40:17 41:1,5

**left** 12:15 49:19
**leg** 19:24 23:5 23:10 25:3,16 27:16,18,23
**legal** 11:11
**legally** 12:21
**legs** 20:18 21:12
**level** 15:1 24:1
**license** 47:12 47:14 54:7
**licensed** 47:21
**lie** 25:1
**life** 1:6 11:19 22:6,12 31:3 32:2,5,7,10,17 32:24 34:2,11 34:17,18 36:23 38:5 39:10 40:4 43:23 44:18 45:22,22 46:3,15 50:3,7 50:11,22
**light** 18:11,14 51:4
**liked** 39:15 40:1
**lined** 41:11
**listen** 30:4
**litchfield** 2:8
**litchfieldcav...** 2:10
**literally** 9:21 10:16 16:6
**little** 8:2 10:3 14:13 18:21,22 30:16 34:15
**live** 12:6,9,16 13:10 20:24 32:7,8
**lived** 12:4
**living** 12:17 13:1,8 17:17
**local** 4:22
**located** 41:3,4 41:9,16 45:13
**location** 32:18 32:20 33:2,3,8 33:12,16,19,21 34:1 37:11 38:1,8 39:15 39:20,21,23,24 40:2 41:1 44:5 44:6,7,16,20 45:7 49:8
**locker** 40:12,15 40:18 41:9,12 41:13,16,17 42:8 43:16,23 44:21 45:6,13 45:16,18,23 51:19
**lockers** 41:3
**long** 6:10 12:4 12:9 17:18 20:24 26:15 32:15 33:1 37:1,9,13 49:22 51:18
**longer** 27:9 47:8
**look** 14:22 20:11 26:13 34:6
**looking** 30:24
**lot** 19:18,19 31:20 36:24 46:17
**low** 42:14
**lucaccioni** 2:3
**lungs** 22:9 25:21

**m**

**m** 2:3 4:18 12:2
**machine** 21:5 29:17,17,19
**machinery** 21:5
**made** 21:11 53:17
**madison** 2:9
**make** 5:5,23 7:2 8:3 14:13 28:17,22 29:1 29:8
**malpractice** 27:22
**man** 34:21 35:1
**manually** 17:23 18:10
**march** 1:16 3:2 22:12,14 33:20 40:3 45:21 50:20 54:3
**married** 12:11 12:21 14:9
**master's** 15:24
**matter** 4:21 24:23
**mccormick** 15:14,22 16:2
**mean** 7:19 9:16 27:1 32:12 39:5 40:19 42:12,19 50:17
**meaning** 5:20
**meant** 16:7 42:20 48:5
**medal** 21:11
**medical** 27:21 29:10,15,18 47:10
**medication** 7:13 25:19 28:11
**medications** 25:9
**medicine** 23:15
**meet** 7:17 9:13 34:20
**meeting** 35:3 35:11 37:24 38:3,4,22 39:3
**member** 32:2,5 35:24 36:12 37:16 50:11

**members** 29:6 32:9 41:22
**membership** 3:8 31:3 32:9 32:17,19,22,24 33:3,6,7,12 34:14 35:19 36:11 38:14,23 38:24 39:3,6
**memory** 34:24 35:6
**men** 23:17 24:15
**mental** 12:14 12:19
**mention** 46:9
**mentioned** 21:17 28:15 47:4
**message** 26:19 30:13
**messages** 29:24
**met** 7:22 8:17 8:24 9:12,16 9:17 10:23
**michelle** 1:12 4:1 53:7
**min** 1:3,10 3:1 4:6,12,17,20,23 35:24 36:13 37:23
**ministry** 16:3 16:23 24:14
**minnesota** 1:7
**minute** 19:22 37:5,7,18
**mirrors** 41:19 45:6
**misheard** 41:15
**mission** 29:4
**missionary** 16:10,15,19,21 17:13 18:1 29:3
**mistake** 44:12
**mm** 6:3
**mom** 26:10
**money** 28:17 28:22,24 29:1 29:8
**morning** 21:10
**move** 15:16 50:4,8
**moved** 38:8 43:15
**moving** 10:21 11:13 26:2
**multiple** 34:8

**n**

**n** 4:18,18 12:8
**nail** 21:5
**nails** 21:4,6,7 21:11 25:23
**name** 4:13,15 4:17,17,18 11:17,19,22 12:3,13 17:19 31:18 34:21 38:17,20
**named** 53:10
**names** 11:16 48:3
**native** 18:17
**near** 22:10
**nearby** 13:1
**need** 6:9,14 19:21 24:21 26:21
**needed** 35:10
**needs** 10:6
**negative** 38:19
**never** 5:1 18:13 21:22,24 22:8 25:7,8,19 29:7 29:8 34:5 43:6 44:16,23 45:10 45:21 46:2,5 49:5,21 50:18
**night** 30:23
**normal** 20:18
**north** 54:7
**northern** 1:1 15:13,21 16:1
**notary** 1:11 53:6,14 54:2,6
**notice** 45:20
**nowadays** 29:16

**o**

**o** 12:2
**o'clock** 1:15 27:2,3
**oath** 7:3
**obtain** 15:4,18 15:21
**obtained** 47:12 47:12
**occasion** 44:13 45:18
**occasions** 31:14 40:8,13 43:20 43:22 45:7,10 49:7
**office** 2:3 7:22 7:23 34:19,20 38:5
**official** 54:1
**oftentimes** 13:1 42:17
**oh** 43:7
**okay** 5:2,7 6:21 6:22,24 7:1,11 7:12,16 8:4 9:16 10:9,19 11:13 14:6,22 15:16,17 18:16 19:21,23 24:21 25:10 26:13,24 27:6,8,14 29:10 32:2 33:5 34:1

35:23 40:22 47:1 49:11 51:18,22
**old** 13:3 19:1 20:3,16,23 46:12 47:5
**older** 46:10
**once** 10:24
**opened** 32:11
**opine** 47:15
**opinion** 23:3 24:24 25:11
**oral** 4:8 53:12
**order** 19:9
**original** 21:17
**outline** 29:12
**outside** 20:17 51:6
**overnight** 17:1
**own** 42:23 43:6 44:24

**p**

**p.m.** 1:16
**page** 3:4,8,12 35:23 36:10
**paid** 33:13
**pain** 11:24
**pandemic** 23:19
**part** 1:10 3:1
**parties** 53:23
**partner** 12:18
**partner's** 12:13
**past** 27:3 31:10
**pastor** 26:9,11
**patients** 48:11
**patrons** 44:21
**pay** 17:21 36:24 49:24
**pelvic** 48:7,12 48:16
**pending** 6:11
**people** 18:23,24 19:13 23:24 26:5 42:10,16 44:8,10 46:11 48:7 49:16,17
**percent** 22:7 25:5 36:21
**perfect** 30:16
**period** 22:19
**person** 9:17 10:23 17:6,9 46:10,20
**pertaining** 1:14
**phone** 29:23 34:11
**photo** 21:9
**photos** 21:9
**physical** 20:9
**physically** 24:17
**physicians** 21:20 48:21
**pick** 42:10
**picking** 43:4
**piece** 23:18 28:19
**pieces** 20:12
**place** 39:16 50:8 53:7,18
**placed** 21:11
**plaintiff** 1:4 2:7 4:20 53:20
**planning** 51:9
**please** 4:15 5:8 5:16,23
**plugged** 18:4 18:12
**plus** 28:11 37:10
**pneumonia** 20:4 30:4
**point** 5:7,15 6:9 7:7 20:4 28:16
**pointed** 38:17 38:20 39:3
**polite** 35:1
**pool** 46:16,17 51:9,15
**poor** 35:7
**position** 49:20 49:23
**possible** 5:5 36:17 47:15
**possibly** 31:20 31:21 36:22 46:23 48:1
**prayed** 26:11
**praying** 16:24
**preaching** 20:13
**preface** 47:1
**prefer** 10:16
**preparation** 31:1
**prepare** 29:18 30:23
**present** 2:1 53:9
**presented** 35:9
**pressure** 23:16
**prevent** 27:2
**prevented** 44:10
**preventing** 44:8
**previous** 13:12 48:5 49:7
**previously** 45:5 45:10 53:10
**printed** 31:24
**prior** 23:14 36:22 42:7 45:7,21
**privilege** 8:8,12
**prize** 21:6
**probably** 12:22 14:5
**problem** 12:15 19:24 20:10,13 22:1,8,9 23:20

25:3,7,20 45:11 49:17
**problems** 20:6 20:15 21:18
**procedure** 1:13 4:22 24:7 28:7
**programs** 20:22
**public** 1:11 14:24 53:6,14 54:2,6
**purpose** 29:6 38:22 39:2
**purposes** 44:20
**pursuant** 1:12 4:21
**put** 24:8 27:3 28:7 35:14 42:11,11,17,17 42:18
**putting** 42:24 43:1

**q**

**qualified** 47:21
**qualifies** 47:15
**question** 3:11 5:8,10,12,15,19 5:21,23 6:11 6:17,18 8:14 8:15,18 9:8,10 9:11,22,23 10:6,15,18 21:17 24:4 32:23 37:7 39:2 45:3 49:1 50:5
**questions** 4:3 7:14 10:2 11:14 26:14,20 27:11 47:2,7 53:12,16
**quick** 35:14
**quickly** 26:5
**quite** 34:4 39:17

**r**

**r** 12:2,7,7,8,8
**rate** 26:13,17 27:1
**reach** 16:19
**react** 19:19
**read** 8:13,15 19:14 30:10,14 31:20,21
**reading** 19:15
**readjust** 12:1
**real** 35:14
**realize** 7:7
**realized** 44:11
**really** 18:13 26:16 45:4
**reason** 37:1 44:2
**recall** 34:3,21
**receive** 29:24 39:7
**received** 15:24 16:2,11
**recognize** 35:16,21
**record** 4:16,19 5:5 6:2,6 7:10 21:8 29:22 34:13 37:22 51:24 52:4 53:16
**records** 25:12
**redo** 5:14
**referred** 53:18
**referring** 31:13 48:6,6,10
**reflect** 4:19 21:8 29:22 34:13 35:18
**regina** 1:11 8:13 51:23 53:5 54:6
**regular** 11:20 48:6 51:15
**rejoin** 38:6
**related** 21:19 22:6,23 23:7 23:10 24:6,7 24:19,20,24 25:6 27:16 28:13,13 38:21 39:5
**relation** 27:15
**relationship** 26:4
**relevance** 7:24
**remember** 11:3 11:4,5,22 16:22 17:18 18:15 34:22 35:3,6,8,9 36:21,22 37:11 37:13,15,17,23 50:10 51:1,3,5 51:16,18
**repeat** 9:22,23 10:1,14,16,17 32:22 50:5
**repeated** 10:6
**rephrase** 5:9,16
**reported** 46:2
**reporter** 5:24 6:13
**require** 27:11 29:14
**research** 44:4
**restaurant** 19:10
**return** 29:11 49:1
**returning** 21:16 27:14 45:2
**review** 10:21
**reviewed** 9:2,3
**right** 4:12 9:9 10:9,21 11:10 14:4 18:18 21:16 24:3

25:13 31:12 32:3,20 33:3,8 33:17 37:18,21 38:1,15 41:4 42:8 45:2,8,11 45:24 46:4 47:10,11 48:23 50:19,23 51:7
**romeoville** 32:19 33:3,8 33:12,16,21 37:24 38:5 39:11,15,20,24 40:4 43:23 44:6,15 45:7 49:8 50:22
**room** 18:14 25:17 39:19 40:12,15,18 41:9,12,14,16 41:17 42:8 43:16,23 44:21 45:7,23 51:19
**rules** 1:13 4:21 4:22 5:3

**s**

**safety** 43:4
**sauna** 39:14,19 39:19,24 40:10 51:10,15
**saw** 20:21 24:9 25:4,17 34:16 42:9,10 44:7 44:11,16
**saying** 6:5 10:3 25:2,18 43:21
**says** 10:17 35:24 36:12
**school** 15:12,15 15:18 17:3,4,6 17:14 19:4
**schools** 14:15
**scissors** 18:5,6
**screen** 35:14,18
**seal** 54:1
**second** 6:23
**see** 18:16 34:15 43:18 46:23 49:3 50:3,7
**seen** 42:1,6,16 42:21 46:6,15 46:16
**seminary** 15:13 15:14,14,22,23 16:1,2 19:5
**send** 29:24 30:13
**sense** 11:11
**sensitive** 28:10
**sent** 21:9
**seoul** 14:24
**separate** 19:5 32:18,22 33:5
**setup** 18:15
**seventh** 26:9
**several** 20:21 26:8,11 36:20 36:23 38:7 40:24 41:6
**shorthand** 53:13
**shortly** 51:24
**show** 25:12
**showed** 23:18
**shower** 43:15 50:2,15
**shown** 35:5
**sign** 31:15,18 35:11,13 36:16 38:1,17,20,22 39:1,4,7
**signature** 35:24 36:1,5,7,12,13 53:19 54:1,5
**signed** 31:11 35:13,24 36:3 36:12 37:10,12 37:16 39:1
**signing** 31:22 36:18 37:11 38:14 39:8 40:5
**simple** 27:10
**simply** 36:4
**sinks** 41:3,18
**sit** 18:3,9 21:13
**sitting** 7:19 17:23 44:8
**situation** 38:9
**skip** 29:5
**slip** 46:12 47:5 47:16 48:14
**slowly** 9:24
**smaller** 28:19
**smartphone** 29:20
**sns** 30:9
**sold** 28:23
**something's** 20:19
**son** 12:17,23 13:3,4,7,9,14 13:16
**sorry** 5:14 19:18 26:23 32:13,15,21 37:4 43:20 47:9 48:4
**sort** 18:14
**sound** 17:1 33:8
**south** 2:4 13:21 14:7,9
**speak** 8:5 9:23 10:13 18:20,21 18:24 19:2,7,7 19:13,19 28:2 47:15
**speaking** 8:20 17:2 19:1
**specifically** 8:19 16:14 24:12 25:2 26:21 50:20

**speed** 27:10
**spell** 4:15
**spelling** 4:18
**spirit** 17:2
**spite** 46:21
**spoken** 25:5
**ss** 53:1
**start** 4:16 5:3 11:13 16:21 27:5
**started** 16:23 25:20 29:1 31:9 32:11 33:9,11 44:3
**starting** 6:16
**starve** 29:7
**state** 4:15 21:15 53:1
**statement** 48:14
**states** 1:1,14 13:19 14:16
**status** 22:3 25:24
**staying** 48:9
**stenographer** 53:14
**stillman** 2:8,10 3:5 4:11,13,19 7:1 8:4,9,13,22 9:4,9,18,21 10:5,10,19 11:6 15:1 16:8 17:12 21:16 23:8 26:13 29:22 30:19 31:7 32:17 33:7 34:16 36:6,10,16 37:3,6,9,21 40:3,21 41:2 50:6 51:22
**stopped** 17:11
**stopping** 44:20
**store** 19:9
**strange** 17:1,9
**street** 2:4,9 54:7
**strict** 10:16
**strictly** 10:16
**strike** 5:13 6:8 13:6 14:6 16:20 29:11 33:11 38:19 42:2 44:13
**strong** 23:17 24:15 28:9,11 28:12
**structure** 46:22
**stub** 17:21
**student** 17:6
**students** 16:18 20:14
**stuff** 42:9
**subject** 27:14
**sudden** 17:2
**suffer** 48:12
**suffered** 20:3 22:1 48:7
**suffering** 23:4 23:5
**suite** 2:4,9 54:8
**super** 49:15
**sure** 5:5,24 7:2 8:3 21:23 37:16 39:17 47:22
**surgery** 20:1,2 20:7,9,15,16,22 20:23 21:19,24 22:1 23:5,11 23:21 24:16 25:16 26:5,11 27:16,18,23 35:6
**surprised** 17:5
**swim** 39:13 40:9
**swimming** 51:10
**sworn** 4:2,8 53:11

**t**

**t** 12:2,7
**tablet** 35:4,12 36:4,17 38:18 38:21 39:4
**take** 6:1,10 19:21,22 25:9 25:19 26:24 37:5,7
**taken** 1:10 4:20 4:23 11:7 24:10 51:6 53:5,13
**takes** 51:20
**talk** 30:13 50:19
**talked** 8:9
**talking** 6:15 20:22 36:2 37:23
**tangled** 46:7 49:3,10
**teaching** 20:14
**team** 2:5
**teens** 18:23
**tell** 11:3 23:10 24:5,24 43:3 44:18 49:8
**temperature** 40:1
**ten** 17:3
**tend** 30:16
**tends** 19:19
**tens** 28:20
**terminology** 29:18
**terms** 35:20,21
**testified** 4:9 36:3
**testify** 7:4
**testifying** 7:5

**testimony** 7:3
**text** 29:24 30:8 30:14 31:20
**thank** 5:18 6:12 7:11 10:9 15:17 27:13 37:8,19 48:18
**thankful** 31:24
**thankfully** 48:18
**theological** 15:13,14,22,22 16:1,2 19:4
**thing** 5:14 21:3 43:16 45:12 46:9
**things** 6:3 25:1 27:10 29:13 31:12 47:4,7
**think** 6:18,21 6:23 7:16 10:4 12:10 16:24 22:20 23:7 26:22 27:24 31:14,23 33:10 34:10 47:14 50:16 51:22,24
**thinking** 42:13 42:23 43:2,6 44:3,24
**thought** 18:13 25:11 27:6 42:23 44:24
**thousands** 28:20
**throat** 19:23 20:5 21:18 24:6
**tidy** 42:22
**tidying** 42:24
**till** 27:1
**time** 1:6 7:23 8:1,2 9:17 10:14 12:5 17:18,20,22,24 19:21 22:6,12 24:13 27:9 31:3 32:2,3,6,7 32:9,10,15,17 32:24 33:22 34:2,11,17,18 36:23 37:2,4,9 37:13 38:5,13 39:10 40:5 43:23 44:18 45:22,22 46:3 46:11,15 50:3 50:7,11,22 51:1,3,20,23 53:8,17
**times** 19:11,13 26:9,12 34:8 40:5
**today** 6:14 7:2 7:12,17 11:7,9 51:23
**today's** 9:13
**together** 10:23 14:12
**told** 7:21 20:5 21:2,20 22:2,4 24:22 25:23 26:2,7 28:6 35:12 39:1 46:5 47:6 48:22
**took** 30:5
**totally** 21:23
**training** 47:11
**transfer** 30:12
**translates** 30:13
**translation** 5:10 6:20 30:21
**translator** 18:17 30:6,12 31:4
**trash** 44:7,9,12 44:15,16,19
**trauma** 34:6 44:5
**treating** 21:20 23:9 48:21
**treatment** 22:23
**tried** 28:3,8,12
**trip** 46:6 49:3
**tripped** 49:10 50:4
**trouble** 10:3 19:1 23:24 26:6
**true** 53:15
**truthful** 7:14
**try** 7:9 9:23 26:21 27:10
**trying** 16:10 26:18 28:4 47:3
**tub** 39:14 40:9 51:10,15
**turned** 35:7 46:22
**two** 21:9 22:3 26:1,4 39:16 39:20,21 51:21 51:21
**type** 30:15
**typed** 6:2
**types** 39:11
**typing** 6:14

**u**

**u.s.** 13:22 14:1 14:10,12 15:9
**uh** 6:3
**under** 7:2 20:1 24:8 28:7 32:21,24
**undergo** 20:1
**undergraduate** 15:7,20

**undersigned** 53:14,21
**understand** 5:4 5:8,12,15,20,20 6:5 7:2,5,14 9:20 10:6 11:9 18:22 26:18 27:6,13 30:22 38:3,18,21 47:8,9
**understanding** 28:3
**understood** 5:13 38:14 39:2,5
**united** 1:1,13
**usage** 35:19 36:11
**use** 11:19,20 18:7 19:12 28:9 29:20 30:9,11,16,18 30:18,21 31:8 31:9 40:9,9,12 41:22 50:13 51:9
**used** 11:16,18 20:9 31:4 32:7 32:8 34:11,12 40:4 41:6 43:9 43:12,24
**uses** 30:6
**using** 17:20 21:4,4,7 50:12 50:15
**usual** 18:9
**usually** 40:12 42:10 43:15 51:20

**v**

**v** 12:8
**vanity** 41:3,18 41:22 43:24 45:5
**verbally** 5:24
**verify** 48:2
**visit** 27:17 40:13,18,19
**visiting** 43:23
**visits** 42:8 43:10
**voice** 6:4
**volume** 6:22
**vs** 1:5

**w**

**w** 12:8
**wait** 6:15
**waived** 53:19
**wake** 26:5,6
**waking** 23:24
**walk** 22:20
**walked** 43:24 45:5 46:18,19
**walking** 21:14 44:21
**wall** 18:7 42:4 42:7 43:17
**want** 7:1 10:13 17:9 25:1 26:16,24 28:17 28:22 29:1 34:6 47:1 48:4 49:17 51:23
**wanted** 28:18 29:8 48:10
**warrenville** 12:8 13:12 32:7,18 33:2 36:23 37:11 38:8 39:21,22 44:5,7,20
**watched** 20:20
**water** 22:9 25:20 46:18
**way** 10:12 16:11 39:18 45:14,19 46:7 46:18
**we've** 41:17
**weak** 20:2,4
**weakened** 19:18
**weakness** 20:6 21:18
**week** 11:2 34:9
**went** 17:5,6 33:23 34:3,4,5 34:19 38:6,11 38:24 39:13 44:4,6 46:15 49:6 50:22 51:19
**west** 2:9
**wet** 46:17
**witness** 4:7 8:1 9:16,19 10:15 11:5 14:24 17:11 21:12 23:2 25:15 30:8 31:6 32:15 33:5 36:9,15,20 39:18,21 40:23 53:5,11,17,19 54:1
**woke** 26:10
**woman** 28:11
**women** 41:22
**women's** 40:15 40:18 41:17 45:6
**wondering** 49:16
**word** 6:14
**words** 30:22
**work** 10:15 13:14 16:11,15 16:21 17:13,16 21:5,7 24:18 25:22 47:24
**worked** 16:18 17:14
**working** 20:19
**works** 13:15,16

**worried** 42:15
**write** 19:17 30:11
**written** 31:2,17
**wrong** 20:19 46:20

**y**

**yeah** 9:9 10:5 32:24 37:6 50:6 52:3
**year** 13:22 16:23 22:10,19 25:20 29:5 46:14 47:6,16 48:15,23
**years** 17:3,15 19:1 20:16,22 32:14,16 33:1 36:20 37:10
**youtube** 20:20 47:19,20

**z**

**zachary** 2:8 3:5 4:13
**zoom** 1:10 10:23

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.