# Exhibit G

*Jin Min v. Life Time Fitness, Inc.*
25-CV-01668
Exhibits to Defendant's Statement of Material Facts In Support of its Renewed Motion for Summary Judgment and Motion to Revise the Court's October 16, 2025 Interlocutory Order

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| LIFE TIME FITNESS, INC., a Minnesota Corporation, | ) | Judge Robert Gettleman |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

**AFFIDAVIT**

I, Brad Idelkope, having been duly sworn, state and depose that the statements set forth below are true, based upon my personal knowledge, and that I am competent to and would testify in accord with the statements if called to do so.

1. My name is Brad Idelkope and I am Associate General Counsel for LTF Club Operations Company Inc. ("LTF").

2. The following documents are true and correct copies of documents maintained in the regular course of business of LTF:

A. Member Usage Agreement (attached to Defendant's Statement of Material Facts in Support of its Motion for Summary Judgment as **Exhibit B**);

***Affiant Further Sayeth Not***

[signature]
Brad Idelkope

Subscribed and sworn to before me this 9th day of June, 2025

[signature]
Notary Public

NISSA A. MUNGER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2030