# Exhibit H

*Jin Min v. Life Time Fitness, Inc.*
25-CV-01668
Exhibits to Defendant's Statement of Material Facts In Support of its Renewed Motion for Summary Judgment and Motion to Revise the Court's October 16, 2025 Interlocutory Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:25-CV-01668 |
| | ) | |
| vs. | ) | Judge Robert Gettleman |
| | ) | |
| LIFE TIME FITNESS, INC, a | ) | Magistrate Judge |
| Minnesota Corporation, | ) | Daniel McLaughlin |
| | ) | |
| Defendant. | ) | |

---

VOLUME 2
CONTINUED DEPOSITION OF
JIN MIN
March 11, 2026
1:00 p.m.

Taken via Zoom by agreement

Diana G. Rodriguez, RPR, Certified Shorthand Reporter

APPEARANCES (all appearing remotely):
KENT M. LUCACCIONI, LTD
20 S. Clark St, Suite 1700
Chicago, IL 60603
team@kmlltdlaw.com
BY: MR. CRAIG GALASSO,
On behalf of the Plaintiff;

LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL 60606
PH: 312.781.6672
stillman@litchfieldcavo.com
BY: MR. ZACHARY STILLMAN,
On behalf of the Defendant.
ALSO PRESENT:
MS. JI YEON YOON, Korean interpreter.



I N D E X
WITNESSES


ALL WITNESSES: PAGE:
JIN MIN
Further Exam by Mr. Stillman 4:11

EXHIBITS
Retained by Mr. Stillman
NO.: DESCRIPTION: PAGE:
For Min:
Exhibit
2 locker room photo
For Identification 14:2




(Interpreter and witness sworn)
MR. STILLMAN: I just want to let the record reflect this is the continued discovery deposition of Plaintiff Jin Min taken in this matter pursuant to the Federal Rules of Civil Procedure and all other applicable local rules.

JIN MIN,

recalled as a witness herein, having been first duly sworn, was further examined and testified through an interpreter as follows:

EXAMINATION (Cont'd)
BY MR. STILLMAN:

Q Just starting off where we ended yesterday, you said before this you would use the hair dryer as the last thing in the locker room you would do after you got dressed, right?
A Yes.
Q And so at the time that you fell, would you have already been going over to the hair dryer to start using that where you would have already been dressed?
A No. Actually, I just got out of the shower room and I was actually returning to the locker room covering myself with the towel and this is before



I dressed.
Q So you would have been planning to leave the gym shortly after you got dressed and used the hair dryer, correct?
A So that as I said before, I was actually just got out of the shower room and I was going to the locker room to dress up so that at that time I was just covering my body with the towel and then as I was like turning to head to the locker room and then somebody just had the string or something so that I actually tripped and fell and at this time that I was not dressed.
Q So if you had not fallen you would have gotten dressed and left the gym, correct?
A Yes, of course. Then after you know I dry my hair and then just prepare just to leave and then of course I would leave the gym heading home.
Q Do you remember if there was anyone else in the locker room at the time when you were there?
A Other people? Who other people?
Q Other members using the locker room. Were there staff in there? Was there anyone else in there at all?
A I don't remember who was there but then





Exhibit H

Page 6

there were some people were there because like when I fell down, I got hurt, and then all of a sudden some people actually saw me and then some of them actually talked to me, though it was not a lot because it was in the evening or at night but, yeah, there were some people.
Q Do you remember if any staff members were in there?
A So that at the time the reason I fell that it hurt like crazy but then as I was like fell to the front so that my eyesight was rather low and then the one person who actually came up to me was kind of crouching down to make an eye contact with them and then she told me, oh, actually you fell because of the strings and that you should not move and because she told me all this I thought inside, oh, is she the staff, but then I don't remember her face or anything and at that time I was in grave pain because my bones were broken so that I got hurt and so then the only thing I remember is she telling me, I mean, her telling me do not move and that I will call the staff and all so that I just assumed that she is one of the staff but I don't remember much.
Q Did that woman ever tell you, and this is

Page 7

a yes or no question, I really don't need a long explanation, that she was a staff member?
A (In English): I didn't ask her but my guess maybe she is employed. That's it.
THE INTERPRETER: May the interpreter interpret this?
A (Through the interpreter): I did not ask her if she was employee but my guess is maybe.
Q Did you see her wearing like Life Time branded clothing or did she have an ID card that said she was an employee?
A No, I don't know. I was so distracted, preoccupied with my leg pain wondering why it hurt so bad. I was in such a shock so that I was just completely overwhelmed.
Q Okay. And, look, I'm going to try to ask questions in a way that are very simple yes or no questions. I would like to get you through this fast. Again, if you keep answering like this like you were doing yesterday, it's going to take us a long time.
A Yes. Sorry.
Q It's, really, it's okay, I understand, but I want you to be able to get out of here and not have to deal with this more and I want your son to be able

Page 8

to get back to work so I'm going to try and phrase these as yes or no or small amounts of detail needed.
So at the time before -- strike that.
Just before you fell, you were walking through the locker room back to your locker from the showers, right?
A Yes.
Q And the path that you were walking at that time was close by the vanity mirrors, correct?
A Yes. The pillar was wide so if you look at the photo that this side had the line in the corner but you wouldn't be able to see the line.
Q And that was an area you regularly saw other locker room guests using to walk through the locker room, correct?
A Of course. Everyone.
Q Before you fell did you see the cord on the floor or anything else blocking your path?
A When?
Q When you were walking from the showers to your locker and you fell, before you fell did you see the cord on the floor?
A If it was, why would I have fallen? If I could see it, why would I trip, because there is a

Page 9

corner and then the wall blocked it so that I couldn't see the line from the part that I was walking from. However, once you took a corner from the other side, other people could see that cord.
Q As you were walking would you have been looking straight ahead?
A So that locker room is on the other side so then when I started walking I was walking straight and then I was turning toward the locker room and that's when I fell.
Q So I was asking like where you were looking. Would you have been looking straight ahead? Would you have been looking down? Would you have been looking somewhere off to the side?
A So the shower room, you know, in the Life Time always wet so if you slip there you're in big trouble like old people like me because once you break your bones you can be in trouble so I always 100 percent walk like I would walk on the thin ice so then stumbling along so that I always am hundred percent careful.
MR. GALASSO: She said "looking down" in English. Did the court reporter get that?
THE INTERPRETER: Looking down, sorry. Maybe the

Page 10

interpreter missed that part. Yeah. Looking down.
BY MR. STILLMAN:
Q Would you have been holding anything in your hands?
A Yes. Actually one of my hands was holding a bag that contained my shower items.
Q And would you have been wearing shoes on your feet at the time?
A I always wear a rubber made shoes because it's anti-slip slippers.
Q The locker room was fully lit like the lights were all on at the time you fell, right?
A Yes. The light was very bright.
Q There would have been nothing preventing you as far as the level of light in the room from seeing the floor in front of you, right?
MR. GALASSO: Object to form.
BY THE WITNESS:
A No, no. No such thing.
BY MR. STILLMAN:
Q So on that day, March 26, 2023, when you fell, would you say the locker room appeared to be operating normally, there were no other issues other than the cord?

Page 11

A Yes, that must have been because there was no strange things that I could notice.
Q Nothing was unusual or different about the layout of the locker room that day from other previous times you had been there, correct?
A Well, because it was a long time ago I'm not sure.
Q The sinks, the vanity sinks and mirrors and the hair dryers that are plugged in there were where they always are on other occasions, right?
A Yes. It was the same building that had the same setups so yes.
Q And on the other occasions you were at the Romeoville Life Time location would you say the locker room was usually like good and in a clean condition?
A So that, you know, as I mentioned yesterday, I used to go to Warrenville location but then when I moved to this location it was actually much less people so I liked it and also what I liked the most about this new location was that it has a better hot tub with two warming faucets so that I loved it.
Q So going to the -- just I'd like you to put yourself kind of back in your head right before the fall as you're walking through the locker room real

Page 12

quick and I'm going to ask you a couple questions.
You were essentially next to the sinks at the time you fell, right?
A Yes, so that when you are turning toward the corner, that's essentially a wall and then the rest of it is just a sink with the mirror.
Q So I want you to describe now -- strike that.
So it's kind of now like what I was saying before how there's going to be a time for you to explain everything. I would like you now to describe exactly what happened when you fell.
A So that I worried the moment I fell over it was a struggle not to fall but I eventually fell like on my knee and then I kind of bended my left leg but then it actually ended up hitting the bottom so hard that it ended up being broken in the crack because I was struggling not to fall.
Q Do you remember the moment you first felt your foot or leg get caught in something?
A Same time, almost same time. So I felt something thinking that what is this but then as soon as I felt that I just immediately fell. It's the same time.

Page 13

Q So it was a pretty immediate fall as soon as you kind of felt the cord on your leg, right?
A Yes, same time.
Q And do you know what part of your leg, was it your foot, was it like higher up on your leg that actually got tripped up on the cord, got caught on the cord?
A Yeah, it's near my foot.
Q And was that your left foot or your right foot that got caught?
A So that it's not hundred percent because I kind of knelt down on my left knee so then because I don't want to like lie when I'm not sure but I'm assuming that since I could have knelt on my left side of knee so that probably left foot was caught.
Q Do you remember what color those hair dryer cords were?
A I don't remember because although I've been to those places for years that I never paid attention to the colors of the cords so I'm just assuming maybe dark gray but, oh, I remember that I actually took a picture of it so that maybe I could find it.
Q Okay. I'm going to see if I can put up

Page 14

that picture for you.
(Exhibit 2 marked for identification.)
MR. STILLMAN: Are we going off the same exhibits as yesterday because I marked an exhibit yesterday? I'll just assume we are and call this Exhibit 2.
BY MR. STILLMAN:
Q Are these the images you were referring to that you took?
A Actually, I took the pictures but I went to the Warrenville one and took pictures because both locations have similar layout so that I visited Warrenville location and then took some pictures but in my picture there was no trash can.
Q Could she have meant in her situation or in her picture do you mean?
MR. GALASSO: Aren't these pictures taken by Life Time?
THE INTERPRETER: May the interpreter ask the attorney to repeat question.
MR. STILLMAN: I believe these are the pictures we received from Ms. Min, are these not?
MR. GALASSO: Zachary, I thought these were attached to your interrogatory answers as what your people took but I'm not sure.

Page 15

MR. STILLMAN: Let me check.
BY MR. STILLMAN:
Q Did you produce or give your attorney any images you actually took to produce in this case?
A No, because I think I've only given these pictures to my son to explain the situation via the platform.
MR. STILLMAN: Craig, I would appreciate it if you guys, I believe we had requested any pictures you guys had and I don't think we received any so I might have gotten my pictures mixed up so if you guys could produce that after this deposition.
THE WITNESS: (in English) I did what? I took a picture, you mean?
BY MR. STILLMAN:
Q You said that you took pictures, correct?
MR. GALASSO: She took a picture.
BY THE WITNESS:
A (In English): Not same place, different place, Warrenville place, but similar, that's why I'm going to explain to my son that's why he must know about to explain to here that's why I show -- I sent the photo but I took picture but not the same but almost 99 percent same style, you know, everything so I

Page 16

took different side but this one very close for explain--
MR. GALASSO: Hang on. Ms. Interpreter, before we go, let the attorneys have a conversation if you don't mind.
THE INTERPRETER: Not at all.
MR. GALASSO: It will probably save a lot of time.
She sent me a photo I believe of Warrenville which I can send to you. My understanding is that's the photo she is speaking of. I think these are from your folks.
MR. STILLMAN: Yeah, I think that I was confused as well. There's a lot of confusion going on. I would appreciate it if you guys could send that to me.
MR. GALASSO: It's a photo, not those.
MR. STILLMAN: Yeah, that's fine.
MR. GALASSO: I'm going to send it to you right now.
MR. STILLMAN: It's really fine especially since it's the Warrenville location you can send it after.
MR. GALASSO: It looks very similar except as she explained yesterday the trash can that you see in this photograph was not -- I'll have to send you the photo.

Page 17

It may be the trash can is in the same situation but I'll send it to you. I don't remember it from my mind's eye.
MR. STILLMAN: So going back on.
THE INTERPRETER: Can interpreter ask one question that I'm actually supposed to interpret everything that a person has uttered so that should I complete the interpretation?
MR. STILLMAN: You can skip the attorney conversation. We're going to keep going.
THE INTERPRETER: Not that part but the part that Ms. Min actually mentioned something about the photo has not been interpreted.
MR. STILLMAN: It's fine. Yeah.
BY MR. STILLMAN:
Q Let's get back to it then.
So, Ms. Min, this is the locker room at the Romeoville location, correct?
A I didn't take a photo of this location.
Q I understand. Do you recognize that this image of these photos is the locker room from the Romeoville location now?
A Yes. Correct.
Q And you say that this trash can right here

Page 18

prominently shown in both images was not there when you were there, correct?
A Yeah, never. I remember that when I went to Life Time they did not have those trash cans. There were trash cans like this in Warrenville they always had them.
Q And these right here would be like next to the trash can in this image would be the hair dryers that you're referring to, right?
MR. GALASSO: Hang on, one second. My MacBook just received an email and I've got to expand this so we can see the image again. Give me a moment.
Okay. We're back on the photo so go ahead, Ms. Interpreter, if you want to repeat that question, please.
THE INTERPRETER: May the interpreter ask the attorney to repeat the question.
BY MR. STILLMAN:
Q Yeah. So the hair dryers right here hanging from the vanity counter right next to the trash can in this image, those would be the hair dryers we have been discussing, correct?
A Yes, must be, however, I know that they occasionally change hair dryers, however, that I would

Page 19

not know that those are exactly same dryers or I don't remember if the colors are the same or not.
Q So if they changed them out, would you say the ones that have been there at other times have had longer cords or something that came out further than this?
A I wouldn't know because I'm assuming, yes, hair dryers could have a longer or shorter cord but that's something that I would not possibly know.
Q And if it was right around the corner that you turned and tripped at that point, would it have been right kind of right as you pass that corner that you tripped?
A Yes. So as soon as I was turning, that's when I actually fell right there.
Q And do you know about how far you would have been from the wall or from that wall of sinks when you passed by?
A Right here, right here that as soon as I was turning that this is where I fell right here.
MR. GALASSO: Pointing to where the trash can--
THE WITNESS: (In English) trash not there so just inside very low they have other picture.
MR. GALASSO: So she's pointing to where the

Page 20

trash can is and saying I think. Did you get that?
THE WITNESS: (In English) Other picture is better to look at.
THE INTERPRETER: Other picture -- may the interpreter ask what other picture is she referring to?
MR. GALASSO: Referring to the photograph I just sent Mr. Stillman via email.
THE INTERPRETER: Oh.
MR. GALASSO: She indicated I think it was taken at Warrenville.
BY THE WITNESS:
A Because I wouldn't actually be able to clearly see the part that I actually fell on because of this trash bin like blocking the site, however, from the picture that I took which was taken from the side so that picture can show more clearly.
BY MR. STILLMAN:
Q I mean, would you say it was right about where the trash bin is in these images that you fell kind of right at that corner?
A Yes, because this wall is rather thick so that as I was turning toward it that's when I fell.
MR. GALASSO: Zachary did you get that photo I sent you?

Page 21

MR. STILLMAN: Yeah, I'll look at it later. It's not this location so it's not really that relevant.
MR. GALASSO: I mean, it looks like they have the same configuration, I would be surprised if they didn't, but it's taken from a different angle as she explained.
MR. STILLMAN: I'm not going to mark this image but I will just put it up real quick.
MR. GALASSO: Are you talking about the one I just sent you?
MR. STILLMAN: Yeah.
BY MR. STILLMAN:
Q This is the image you were referring to that you took, Ms. Min?
A Similar, yes.
Q And it would have been on this hair dryer like right at the corner hanging that you think you would have tripped?
A So I wouldn't know if that's the same hair dryer, it's not hundred percent, however, that it, you know, as I fell down that I was in immense pain and I looked back to check at what I was stumbled upon and then I saw that like hanging dryer so that it was like long cord so I thought, oh, that's what I tripped over,

Page 22

but then at the time I had no idea that I'm going to be deposed so I just looked at the pictures but at that time that there was no trash bin when I fell.
Q And I know you said this before, you know, you did not look down, you did not -- strike that.
I know you said before that you did not see the cord on the floor in front of you but if you had looked down at that corner would you have seen it?
A No, not at all, because as you can see in the photo that the wall was rather thick so then as you're turning having the wall next to you that there is no way I could have seen the cord.
Q And you don't know who placed that cord there, who last used the hair dryer, right?
MR. GALASSO: Asked and answered.
BY THE WITNESS:
A Of course not I would not know because many people use this locker room. If we were in Korea and I know some Korean people I might know but, however, in the USA I do not talk to anyone in the locker room so I would not know.
BY MR. STILLMAN:
Q And the part of your body that hit the

Page 23

floor first was your left knee, right?
A Yes. So then after I fell down, I just like sat down on the floor and then try to just touch the part that just hit the ground and then, you know, my hands are really sensitive because I did arts and stuff so that as I was caressing it then I could feel there was a crack I knew that it was broken.
Q So do you remember exactly how long you were on the ground after you fell?
A Until the ambulance arrived that I was on the floor.
Q Did anyone other than -- strike that.
Did anyone other than the one woman we've already discussed come over to you and assist?
A I don't know about the other people like assisting me that I just had like a couple of people who came by me and then saw me, I mean, looked at me.
Q At any point did any Life Time employees come over and speak with you?
A So that I'm not sure that if that was an employee but that one woman who told me that just stay put she was the one who actually came up to me as soon as I fell down and then I saw the glimpse of like kind of flabbergastedness [sic] in her face and then she

Page 24

immediately told me, oh, you just tripped over that cord and then do not move because I was like trying to stand up. I couldn't have but I tried so I could get dressed but then that woman said you just have to stay where you are, don't move, don't move, and that's why now I'm looking back and maybe that was an employee because she gave me all of this information and assisted me that don't move and that you have to stay put until ambulance come and you trip over the cord so I don't know but maybe.
Q But any guess or thoughts you had that woman might be an employee, that's just your guess, you don't have any evidence that's for sure, correct?
MR. GALASSO: Form.
BY THE WITNESS:
A Not at all. So, you know, I've been going to this brand for a long time for decades, however, that I would not know because these establishment chains has their workers there all the time and I do not have a conversation with them and I do not make friends so I wouldn't know.
BY MR. STILLMAN:
Q And that woman was the only person in the locker room who interacted with you while you were on

Page 25

the ground from your fall, correct?
MR. GALASSO: Form.
BY THE WITNESS:
A Yes, you're correct, so that I was not engaged with any other people but this woman who approached me first and then told me about the cord and then advised me not to move and then soon that I will actually -- my left knee was swelling up so that's why I was like following her advice in pain.
THE INTERPRETER: May this interpreter add that I actually missed one word earlier that because all of these people were foreigners so she did not engage with other people usually at Life Time. I missed the word "foreigner."
BY THE WITNESS:
A Yes, you're correct, because like all of the people are foreigners for me so I'm not interested in making friends with them so I don't pay attention usually.
BY MR. STILLMAN:
Q Do you have any knowledge of whether any employee prepared an incident report while you were still there on the floor?
A (In English): I always be careful walking

Life Time.
(Through the interpreter): So I don't think so I don't think anyone wrote an incident report as far as I knew what I did was that I was just grabbing my bag and then I managed to put on some clothes and then I got transported to the hospital and I was just in shock and pain because of my bones and also there is a saying in Korea when you fall and then get a broken bone in the old days then you might die within the year so that I had that fear so it's a big deal so that is why I had always been careful at the places like the gym and I always took great cautions not to fall but then no matter what I did -- so that's why it's so upsetting that I was so careful but then I fell so that it was just a shock.
Q At some point while you were still on the ground the emergency medical personnel EMS came and spoke with you or interacted with you, right?
A So I did not have much conversation with them rather that I was just like preparing just to get transported and that I follow their orders and then that's how I got transported and as we got out of that establishment it was a pitch dark night.
Q And I guess just going back for one



second, did you ever provide any statement to anyone, a Life Time employee or anyone with Life Time after the incident about what happened?
A I never talked to them and also they never reached out to me via phone or anything. All I did was got the treatment from the hospital and just attended to my getting better because they did not offer any help or reach out to me in any way possible.
Q Did you ever actually reach out to them to let them know about the incident?
A No, because I was in so much pain and I was transported to the ER and then that was like the last thing on my mind that I just didn't have the time to do that so no.
Q Do you remember how long after the fall that would have been until EMS got there?
A Not too long. I don't think it took that long time. I just waited a bit.
Q Was it over an hour?
A You know, I'm getting old so maybe it's because I'm getting old I can't remember what I just did just now sometimes but, however, I'm not sure if it had been an hour or two because I did not count honestly but it was at least 30 minutes for sure, maybe



an hour, maybe two, I'm not sure, yeah, more than 30 minutes.
Q And did they treat you at all on the scene?
A So at the time I thought it was bad news and I was so scared thinking if my bones broke that I would be done for that I was confused. I guess I just sort of tried to get it. Maybe. I think, I'm not sure, probably they must have brought something, they brought something so they could transport me so they must have done something to my leg. I think so.
Q So I know you said that you did not speak with them much but did anyone else in the locker room speak with them, maybe that woman who you spoke with who helped you on the floor?
A So I don't remember now, I can't remember now, but then I'm just guessing because I was lost in my thoughts but then since the very fact that the ambulance arrived so then someone must have said something to 9-1-1. That's why they came.
Q But you don't know if anyone told them once they got there what happened or what had happened to you, correct?
A No.



Q Were you placed onto a stretcher for transportation?
A Of course, of course.
Q And then EMS took you to the hospital, correct?
A Yes, yes, a hospital and emergency room.
Q And at that time I know you said your left knee was hurting and you noticed it was swelling. Like on a scale of 1 to 10 what would you rate the pain in your knee?
A When?
Q Let's say first right when you fell or when you were on the ground after falling.
A So at that time it did not swell up immediately but then as soon as I kind of sat down and touch it I knew there was a crack, however, that the pain started -- I could like feel the pain soon.
Q At the time the EMS was taking you on the stretcher what would you rate your level of pain from 1 to 10?
A I thought that actually by then my heart was more in shock than my physical pain because my bones were broken and mentally I was just so worried, however, once I got to the hospital then I could





Exhibit H

actually feel the immense pain and then it got swollen up so bad.
Q What hospital did the EMS take you to?
A So that I was in a new location for me at the Life Time and then I did not know that area that well so that when I was transported to the hospital I had no idea what hospital and what area that I was transported to until I got discharged and then went home in the daylight that I could figure it out, oh, this is the hospital in the Bolingbrook area and also that I was going back and forth for the outpatient treatment so that's when I got to know the hospital later.
Q So sitting here today, though, you know that you went to Advent Health Bolingbrook, right?
A Of course I know, yeah, because I went to the hospital often and even after post surgery I went there for further treatment so I know.
Q Do you know if you refused any treatment from the paramedics at Life Time?
A When?
Q At the Life Time.
A Why would I have refused help or treatment because I was hurt and then I was in pain? Of course I



would have needed the help. Why would I refuse the help?
Q Did they give you an IV while they were treating you?
A I don't know much about medical. I was actually scared of general anesthesia so I asked the doctors to put in less anesthesia like let us say when other people get anesthesia can ask for just a little bit less during surgery but I don't think the doctor understood what I was asking and also my hemoglobin level is lower than others so when I have surgery at the hospital I ask for a weaker dose but I did not get it.
Q So I'm not asking you about at the hospital. I'm asking you about the paramedics at the Life Time when you were still at the Life Time. Did they try to give you any kind of injections or IV?
A (In English): I don't know. I don't think so.
(Through the interpreter): To get an IV, well, I don't remember exactly what kind of medical treatment I received from them because I don't pay attention to those things and also it's been years ago so that I don't remember but I don't think I got the



injection.
Q You never passed out or lost consciousness or anything at any point after you fell and while waiting for the paramedics, right?
A No. I was mentally clear because at that time I was healthy.
Q And during the transport to the hospital you were also the same way?
A Yeah, my mind was perfectly fine, it's just my heart was pounding and I was just emotionally worried because thinking that my bone was broken of course I was like my mind was just fine because I was healthy.
Q Do you remember at the hospital were X-rays and other imaging studies done on your knee?
A So imaging what part?
Q Do you remember getting any kind of X-rays or anything on your knee?
A Of course I got X-ray and everything.
Q And do you remember doctors diagnosing that there was a fracture of your left patella?
A Of course I know because at that time I could even feel it with my hand by touching it.
Q Okay, but I'm not asking if you knew from



feeling it. I'm asking if you remember the doctors formally diagnosing there was a fracture of your left patella.
A Yes, of course I know because the doctor actually showed me the imaging and then explained to me how I got that fracture.
Q And did the doctor speak Korean?
A No. Never.
Q Following that imaging and your treatment in the ER you were admitted to the hospital for surgery, correct?
A Yes, because I was told that a surgery must be done next day.
Q And that surgery was done at Bolingbrook at Advent Health Bolingbrook, correct?
A Yes, I have the name of the hospital.
Q Do you remember the name of the doctor who did your surgery?
A (In English): Dr. Paik.
MR. GALASSO: P-a-i-k for the court reporter.
BY THE WITNESS:
A (Through the Interpreter): Yes, that I know him, Dr. Paik, but he doesn't speak Korean at all.
BY MR. STILLMAN:

Page 34

Q And do you know if that surgery involved using hardware to fix your fracture?
A Yes, so I'm guessing something got stuck in there, even now I felt something is pulling, that's a sensation that I felt, but the doctor doesn't speak the language, speak my language, so that I had a ton of questions but I couldn't like ask him that much so that I felt frustrated because I felt like something like metal wires in there so I had a pain whenever I walk and that's the situation.
Q And you were hospitalized for several days after that surgery, right?
A Yes, of course.
Q And you were discharged from the hospital on March 30, correct?
A So that I was receiving treatment but from other hospital after being discharged from this hospital following surgery that I just visited like other hospital so actually this is the hospital right across from the surgery hospital.
MR. GALASSO: Meadowbrook Bolingbrook.
BY MR. STILLMAN:
Q And you were at that Meadowbrook Manor Bolingbrook location for almost a month, correct?

Page 35

A Almost.
Q And that was for additional rehabilitation after the surgery?
A Yes.
Q And they provided treatment regarding rehabilitation and physical therapy, correct?
A Yes.
Q After you were discharged from the Meadowbrook Manor Bolingbrook on April 26, 2023, you had additional home healthcare services, correct?
A Yes, correct. So a nurse and a male therapist visited my house.
Q And those visits occurred between April 29, 2023, and May 11, 2023. Does that sound right?
A Yes.
Q And then after that you also did some outpatient physical therapy through Advent Health Bolingbrook, right?
A Yes.
Q That would have been between May and July of 2023, correct?
A So, yes, but then it must have been all recorded because I was looking for the right place for me because I did not like the treatment that fit my

Page 36

needs like some places just like provide me painful massage and stuff so I just had to look for the one that works for me so off the top of my head I don't know what dates I visited what facility but I'm sure that it's all recorded.
Q And do you remember if that physical therapy would have focused on improving your strength, range of motion, and walking ability?
A Yes, and also that one of the regimens was like riding a bicycle and that hurt very bad. I felt very uncomfortable and I was in so much pain.
Q You had some follow-up visits with your orthopedic physician after your surgery, correct?
A Yeah, I just followed all of the doctors' orders because I was told to come back so I came back.
Q And do you remember potentially or would you have reason to believe that it's not -- strike that.
Do you remember if there was one of those follow-up visits on June 6, 2023?
A When and who and where? What doctor?
Q Do you remember if there would have been a follow-up visit on June 6, 2023, with Dr. Paik?
A Why? Because like something went wrong?

Page 37

Did I do something wrong? Because I followed all of the orders and I went whenever I was told to.
(In English) I tried best to go there.
BY MR. STILLMAN:
Q It's a simple question just do you remember that there was a visit with Dr. Paik on June 6, 2023? If you don't remember, that's fine. I'm just asking do you remember.
A I don't remember. How can I remember that day?
Q Do you remember at any of the follow-up visits with Dr. Paik that they did additional imaging of your knee, additional X-ray scans?
A Medically that I do everything that I was told to.
Q I asked if you remembered that at any follow-up visits with Dr. Paik if there were follow-up imaging X-ray scans of your knee. Do you remember that?
A I don't remember what I did, what treatment happened, but I just know that I did everything that I was told to do.
Q At the follow-up visits with Dr. Dr. Paik do you remember him telling you that your leg was





Exhibit H

Page 38

healing?
A When I visited Dr. Paik I did everything that he asked me to, everything. When he asked me to show up at certain date then I went.
Q Look, I'm not asking what you did or didn't do. I'm just asking if you remember if he told you that your leg was healing at any of those follow-up visits.
A Dr. Paik doesn't make such comments like at all. He's a Korean but he doesn't speak Korean so that our first few visits every time he saw my knee and then he asked me to go take an X-ray so I took X-ray always for the first few visits and then he told me that, oh, come back on this date and then I went.
Q You also saw another physical therapy provider, Doctors of Physical Therapy Naperville, right?
A Yes.
Q And you saw them only on September 6th and September 9th of -- or September 8, 2023, correct?
A Who? When? Physical therapy?
Q Yes.
A I visited their office several times, many times.

Page 39

Q Were there two different physical therapists you saw in Naperville?
A So I'm trying to remember that. I have been to several physical therapy places, the one in DK and then this one and also I've been to the one that's across from the theater and that location is missing maybe here.
Q Are you referring to Doctors of Physical Therapy Naperville where you went twice?
A I think that there is one other place that is missing from this list.
MR. GALASSO: I think she's talking about the list of providers that we -- medical provider list.
MR. STILLMAN: Is she looking at the medical provider list right now?
BY THE WITNESS:
A Yes, I just roughly looked at this list and I think one place is missing and I've been to that place many times.
MR. GALASSO: I'm sorry, Zachary. The medical providers list you said two visits for Doctors of Physical Therapy but I've got from 9/6 through 10/16 of 2023.
BY THE WITNESS:

Page 40

A Yeah, there is one physical therapy provider that I visited and that I've been there, I went there, so I went to that place the most which is missing from the list.
BY MR. STILLMAN:
Q Did you ever go to DK Chiropractic Wellness Center Naperville?
A Yes. It is run by a Korean.
Q And you went there beginning December 27, 2023, through February 5, 2024?
A Yes.
Q And that treatment involved chiropractic adjustments and therapy?
A Are you talking about DK.
Q Yes.
A (In English): Therapist place is different so DK I remember they have -- oriental style first time, that's why I went there.
(Through the interpreter): So all physical therapy places offer some types of different treatments and when I went to DK they worked on my backbone and also on my legs and for the first time that I could receive the oriental acupuncture therapies there and focusing on my knees.

Page 41

Q So during, like you just said, during the physical therapy they were working with you on strengthening your mobility and the strength of your knee?
A Yes.
Q Do you feel that the physical therapy helped your recovery?
A Sure.
Q And did the physical therapist give you exercises to do at home after your treatment?
A They provided me the paperwork that contained the pictures and photos of exercises I'm supposed to do.
Q And did you do them at home?
A Yes, I did. I try my best.
Q After your surgery you were not able to walk right away normally, correct?
A Of course not.
Q And during the early part of your recovery you were using a walker for walking, correct?
A Even at home that I have walker. My son bought my walker.
Q That's now you're still using a walker?
A Until a couple months ago I used it even

Page 42

at home because it was kind of more comfortable walking with the walker around the house. Very comfortable.
Q As you participated in the physical therapy and rehabilitation treatment your ability to walk improved, correct?
A Yeah, I definitely would and as time went by then of course I could get better, however, it's not completely because I still feel the pain.
Q Are you able to walk now without a walker at all?
A Usually I'm using a cane, I show you right here, because especially whenever I visit the places that I have never been to I'm afraid I will fall again so as a precaution I would use my cane and also that I'm limping so that it's kind of not good to show to other people so I use a cane.
Q During your recovery were you able to get around your home using that walker?
A Yes, using the walker.
Q Were you able to move between rooms on your own?
A So later on that I could move from room to room, however, until now that I always holding onto the rail on the staircase because I still feel

Page 43

uncomfortable in my left knee because now the doctor actually should have told me that I have become disabled in my leg so this is actually from other doctor because I cannot actually bend my knee, bend my leg, or I cannot like totally stretch my legs either.
Q What doctor told you that you are disabled?
A So Dr. Paik is located pretty far and I had knee pain so that I started visiting another hospital in my neighborhood and then he's an American doctor and then he actually saw me in the doctor's room and he asked me to, hey, stretch your leg and bend your leg and then he ended up seeing, oh, she could not stretch her legs all the way and then I told him that I cannot actually drive well and then I asked if I'm qualified for disability mark and he said yes so that's why I got that disability mark, the sign.
Q Do you know the name of that doctor?
A Of course I know.
Q What is that doctor's name?
A (In English): I have at home the paperwork, you know, I can check.
(Through the Interpreter): I can check the spelling of this name. I have it at home.

Page 44

MR. STILLMAN: Yeah, Craig, I would like the name of that doctor.
MR. GALASSO: Okay. Sure. We'll update that and get it to you as soon as I get it from her.
BY MR. STILLMAN:
Q That doctor, was he treating you for your leg issues or for other issues?
A So that after surgery my body had weakened like I suffered pneumonia, my heart grew weak, too. I was supposed to take an X-ray for pneumonia but because of today's interview that I had to postpone but after the surgery my body has become in so much pain because I think it's weakened. After the surgery and the general anesthesia I'm suspecting that after all this time I couldn't exercise at all because of my leg and I couldn't meet people as much as I used to because I'm limited so that's why I think I suffered the mental and physically and I had pneumonia last year, too, but this year as well so I'm taking antibiotics right now and my leg has just ruined me, my everyday life, because table tennis, other exercises, especially my favorite sport is table tennis, I used to play table tennis every single day, I loved it, but then ever since the fall that I could not enjoy it so also the big one is that I

Page 45

cannot drive long distances but thankfully I can drive with my right foot just nearby places so now I could drive to like close CVS and other pharmacy but I cannot drive a long distance because I'm afraid of getting into an accident with my left knee not being that mobile so that's why I actually found a doctor who is located more closer to me in Aurora because it's in a nearby area.
Because you did not interpret yesterday, so you didn't hear that, but what I shared yesterday my mission that I received from God is art ministry yet I am failing at it completely because I want to fulfill my calling as an art ambassador but I just cannot do that which greatly makes me sad because I cannot even create my art because not being able to bend my knees, I mean, bend my legs freely so I'm very, very sad.
Q So that was a very detailed answer to a simple question. Were you seeing that doctor for any issues related to your leg?
A So that is why, yes, and of course, because that's my main reason that I visited this new doctor and also that, you know, I'm in so much pain in my knees but I have been hiding from my son because

Page 46

he's supposed to live his own life freely, I didn't want to be a burden for him or bother him with worries, so even like he's over 40 so now he has a whole life ahead of him so I did not want to make him worry so every night I think it's because while I'm in sleep I kind of maybe move around, I wake from crazy pain, and then I would just have a hot pad and then maybe just put some ointments that I got from Korea and try to tend to my knees but I'm in so much pain every night so I wake up. It's not every night but often times that I wake up and then not being able to sleep so what I'm trying to do is I'm trying to look for a new physical therapist in a nearby location but I haven't been able to locate a good therapist in nearby location but I want to visit them by driving because it was such a hassle and trouble for me finding a ride through my insurance.

Q Was this doctor a physical therapist or was he a physician?

A He's a family doctor. So beginning now what I want to do is actually go to physical therapy more to get rid of pain.

MR. STILLMAN: Craig, do you know if this doctor she is referring to would have been included in the

Page 47

treater list you guys produced?

MR. GALASSO: Let me look at it.

BY THE WITNESS:

A I think two are missing. This family doctor is missing from this list but also the other physical therapist location I've been to a lot so I think two are missing right now and also another female family doctor that I used to visit who is from Iran maybe she's also missing. She's a family doctor. And also she prescribed some medicine for my knees before but I think she's missing, too.

Q When did she prescribe medication for your knees?

A So after I was released from the hospital then I visited her because she was a long time family doctor for me so that she gave me some like socks and also the medicine. So she actually advised me to buy these special socks that would help me walk around. I bought them but it was too painful.

MR. STILLMAN: Craig, I'm going to ask you another question again. This doesn't have to be translated, it's taking a lot of time.

Are you guys claiming that her heart problems and the general health decline, weakness,

Page 48

throat issues are injuries as a result of this injury?

MR. GALASSO: Are we going to go off the record for a moment and have a 201K conversation, is that what you want to do?

MR. STILLMAN: I need to know if I need to ask about it. Sure, if you would like to go off the record.

MR. GALASSO: Off the record for a moment.

(Whereupon, a discussion was had off the record)

MR. STILLMAN: Just for the record, we were just off the record discussing that counsel for plaintiff will be getting us an updated specials list updated to have the American doctor, Dr. Chen maybe his name is, and the Iranian family doctor and the additional PT and that they will be giving the records related to the cardiac event and the anemia and breathing problems and general weakness if they are going to be claiming those damages.

BY MR. STILLMAN:

Q I would really like to get the rest of this done pretty fast. I don't have too much more but if you keep answering with unrelated things and on these expansive diatribes it's going to take another

Page 49

hour and it shouldn't take another hour, it should take another 10 minutes.

A I'll do my best.

Q So as you recovered from your surgery and your injury have you been able to walk outside the home more?

A So I'm actually trying my best to walk outside more on purpose because when I'm just like when I don't do that I can feel that it becomes more stiff so I'm trying my best so one thing is like the weather hasn't been helping, it was cold, but I'm actually trying my best.

Q And since you're now able to drive short distances you said like to CVS, are you able to walk the distance from your vehicle to the building?

A So that, you know, because I'm afraid that I will fall again if I don't use it so, yes, I often use my cane and one thing that I'm really thankful for vehicle is because of my right leg is okay so that I could at least drive some places though I have a crazy pain in my left leg and so that when I'm using my cane though that I try not to do so much in front of the people that I know because I'm still embarrassed but they could tell that I walk differently and I need a





Exhibit H

Page 50

cane.
Q Are you now able to walk around stores or similar locations?
A Mainly with pain, yes.
Q Are you able to move around your home and cook and change clothes and use the bathroom?
A Yes, because my house I have some things and objects I can actually lean onto like desk or countertops so, yes, tables and dining tables, sofa and walls.
Q And you said before that you're not -- you're only driving short distances and not longer distances because you're afraid of getting into an accident. It's not because of the pain in your knee with driving, is it?
A Yes, because of my right, you know, I use my right foot to drive but because I have a pain in my left leg so then if I were to drive longer distance that I'm afraid.
Q You still experience some pain and stiffness in your left knee, correct?
A A lot.
Q And that discomfort is -- strike that.
But the pain and discomfort that you

Page 51

feel today is much more improved than what you would have felt after the accident and immediately after the surgery, correct?
A Of course.
Q As part of this lawsuit do you know that you're seeking recovery of all of these medical expenses from the treatment we've discussed related to your injury?
A Where would I recover?
Q So I'm going to ask the question again.
As part of this lawsuit do you know that you're seeking recovery of the costs related to the medical treatment we've discussed that was from your injury?
A Yes.
Q Did you pay your medical bills out-of-pocket or did insurance or some other entity pay them for you?
MR. GALASSO: Form.
BY THE WITNESS:
A Of course the insurance company has helped a lot and also that I paid a lot of things out of my pocket like I bought like the instruments and stuff and also my son helped me out a lot. Other than that,

Page 52

yeah, it's just me and my son and of course the insurance company also helped.
BY MR. STILLMAN:
Q You're not claiming any kind of lost employment wages in this case, right?
A I don't know what that means.
Q You're not claiming that you weren't able to work and didn't get paid for that time in this lawsuit as part of your damages, right?
A So the employment, no, however, the reason that I'm pursuing this lawsuit is because it's unfair and exhausting that because I kept getting sick, my whole body, I felt like my whole being is destroyed mentally, physically, emotionally, because I feel like it's so unfair that I'm just going through this because I try my best not to fall, not to slip, but then it happened and I feel like honestly it's unfair because after that I kept getting sick, lung issues twice, three times, and after surgery I had to like take medicine because I was the one who was really healthy so that I did not have any chronic disease, I was not on like high blood medication or high blood pressure medication like other people so I feel like I should get compensated. You know, I'm not pursuing this for

Page 53

the sake of, oh, I must get the money, it's not like that, because I feel like because I felt the impact from this injury so I fell like it's just so unfair and I also spent money needlessly due to this injury.
Q Has any doctor or healthcare professional-- I know I've asked this repeatedly but -- strike that.
I know I've asked this repeatedly but has any doctor or healthcare professional ever told you that your current health issues and weakness, your lung issues, your pneumonia, your high blood pressure medication that you now have to take is related to your knee injury, the surgery you got and the anesthesia they put you under?
MR. GALASSO: Form.
BY THE WITNESS:
A I never asked any doctor if it's directly impacted by the surgery but I can feel it because ever since the accident and the surgery that's what I felt and also I could not go -- I could not do exercises. Oh, and one thing maybe this interpreter mentioned that earlier she mentioned that high blood pressure and then now she made the comment that she was just making an example that some people, you know, at my age go

Page 54

through chronic diseases including high blood pressure that they are on but she actually emphasizes she did not have any of those chronic issues including high blood pressure and she does not have it at the moment as well.

Q Would you agree that people your age tend to have some of these health issues that develop over time at this age?

MR. GALASSO: Relevance. Go ahead.

BY THE WITNESS:

A Aging I don't think so because I'm a highly sensitive person. I feel that aging sometimes does stuff but then I felt like after the surgery that my whole body has weakened for sure and I have a pain, I couldn't drive, no exercise, and because of this like leg situation that my whole body has weakened and also and that's why I had the heart problem and lung issues and also last year when doctor told me that I could die but then I believe in God, I think God saved me. I could actually share all of my medical records because I brought them in my car so that I have all of the medical records, I'm not making things up, so that records on my heart failure and then the opinions from the American doctors and Korean doctors and also I have

Page 55

pneumonia records as well so I can share everything with you.

BY MR. STILLMAN:

Q Well, I mean, I would ask you to share it with your attorney and they can share it with us later on.

MR. GALASSO: She will do that. Do you have any more questions, Zach?

MR. STILLMAN: I do, yeah.

BY MR. STILLMAN:

Q So you didn't answer my question before, though. You went on about yourself. I asked you generally is it true that do people your age tend to have certain health issues that pop up and the body gets weaker? Do you think that is generally true of people your age and of the elder?

MR. GALASSO: Relevance.

BY THE WITNESS:

A When you go to YouTube you can find this information that people between 70 to 75 age they are at high risk of like developing serious health issues from general anesthesia, that's what I heard, and that is why so many of my friends from LA also reach out to me warning if you're old you don't want to actually go

Page 56

through the general anesthesia because then you can actually die earlier than expected so that's why I'm worried and I'm still worried about me developing any serious issue.

Q Are any of those friends that have told you that you can die from going under general anesthesia medical doctors?

A The channels I followed was also from doctors and also the friend that called me and warned me was also a nurse and I was seeing also doctors' comments on YouTube about older people going through general anesthesia has a higher risk as well.

Q So we talked a little bit about this yesterday but none of those doctors on YouTube you've watched are doctors you've confirmed their medical licensure or have treated you, correct?

A Yes, of course, I have not been able to check their credentials, however, these are the doctors I followed on YouTube are the doctors who actually say that I'm a doctor from this reputable hospital so that's it and I trust them.

Q These are not doctors that have actually treated you, correct?

A No, they haven't treated me, however, now

Page 57

because you have me and you have asked me a lot of like questions so maybe I will like go ahead and check with those doctors if like my developing heart attacks and all these health issues are somehow related from my surgery.

Q So you're going to go check with the YouTube doctors if your heart attacks and other issues are related to the surgery?

A Not from these doctors on the YouTube but then the doctor that I can find in my area maybe in the directory I could reach out.

Q You didn't die from your anesthesia, correct?

A So I did not die and I thank God for that but, you know, also it is true that after the surgery that my whole body has weakened and I have so much pain here and there and I developed heart attacks and also the lung related issues including pneumonia so that's why was their opinion right because it's really true that I have heard that like elderly patients age 70 to 75 or older may die sooner after undergoing surgery under like general anesthesia or they could get weaker so that's why I'm like -- because also you're asking me all of these questions so now I'm thinking that maybe I

should go around and like ask the expert opinions.
Q I just want to confirm, and we're almost done, one last time, you have no medical experience or training or education other than the dietician's license you talked about yesterday, correct?
A So, you know, everyone who knows me knows this that I'm a highly sensitive person and I'm an artist so more than others I feel things more and also sometimes like I have a better intuition than most and sometimes it's kind of hard to put it because if I say it it sounds weird but I'm more prophetic and I have premonitions and it's a personal story but I also wanted to be a doctor because I felt like, oh, I could make a good doctor.
Q In your opinion does your experience as an artist or your increased intuition give you medical knowledge or experience or ability on par with an actual medical physician?
MR. GALASSO: Form, relevance. Go ahead.
MR. STILLMAN: Your client is the one who mentioned it so I'm asking.
BY THE WITNESS:
A You know, why do I feel this way, again, is when I graduated from my seminary they had us take



an MBTI test and one of my gifts was prophecy and my intuition is sharp and sharper than others and I'm speculating, just I'm speculating on my own prophetics so often times my feeling is kind of correct. I don't want to tell you this but I'm just sharing my personal experience because you're asking me.
BY MR. STILLMAN:
Q But that's not -- I didn't ask you that, though, so I'm going to ask you the same question again. I'm going to ask you do you have any formal medical training or education or experience outside of your dietician's license?
A No, I don't have that.
Q So sitting here today are you offering any formal medical opinion about whether your heart and later health issues are related to your leg procedure and the anesthesia they put you under?
MR. GALASSO: Form.
BY THE WITNESS:
A No, no, I don't have any formal medical credentials and I'm not giving you the medical opinion, however, what I say is that your body, you know your body the best so that's why I'm telling you.
MR. STILLMAN: I didn't ask a question. There is



no question asked.
MR. GALASSO: Are you done?
MR. STILLMAN: Yeah, I'm done.
MR. GALASSO: All right. Signature is waived because she wouldn't be able to read it anyway.
MR. STILLMAN: We'll take a copy.
MR. GALASSO: Everybody have a good afternoon.
MR. STILLMAN: Thank you.
MR. GALASSO: And We'll have a copy as well.
(Adjourned at 3:41 p.m.)



C E R T I F I C A T E

I, Diana G. Rodriguez, an RPR and Certified Shorthand Reporter do certify that heretofore said witness appeared before me produced as a witness for examination in said cause.

I further certify that the said witness was first duly sworn; that the testimony was reduced to writing by means of machine shorthand and afterwards transcribed into typewriting via computer-aided transcription under my personal direction; and that the foregoing is a true and correct record of the testimony given by said witness.

I further certify that my certificate annexed hereto applies to the original transcript and copies thereof, signed and certified under my hand only. I assume no responsibility for the accuracy of any reproduced copies not made under my control or direction.

Diana G. Rodriguez, RPR
CSR No. 084-002945

Case: 1:25-cv-01668 Document #: 59-9 Filed: 10/13/26 Page 18 of 41 PageID #:302




**0**

**01668** 1:4
**084-002945** 61:21

**1**

**1** 29:9,19
**10** 29:9,20 49:2
**10/16** 39:22
**100** 9:18
**11** 1:13 35:14
**12510** 61:19
**1700** 2:2
**1:00** 1:14
**1:25** 1:4

**2**

**2** 1:10 3:9 14:2 14:5
**20** 2:2
**201k** 48:3
**2023** 10:21 35:9,14,14,21 36:20,23 37:7 38:20 39:23 40:10
**2024** 40:10
**2026** 1:13
**26** 10:21 35:9
**27** 40:9
**29** 35:14

**3**

**30** 27:24 28:1 34:15
**300** 2:7
**303** 2:7
**312.781.6672** 2:8
**3:41** 60:10

**4**

**40** 46:3

**5**

**5** 40:10

**6**

**6** 36:20,23 37:7
**60603** 2:3
**60606** 2:7
**6th** 38:19

**7**

**70** 55:20 57:20
**75** 55:20 57:21

**8**

**8** 38:20

**9**

**9-1-1** 28:20
**9/6** 39:22
**99** 15:24
**9th** 38:20

**a**

**ability** 36:8 42:4 58:17
**able** 7:23,24 8:12 20:12 41:16 42:9,17 42:20 45:15 46:11,13 49:5 49:13,14 50:2 50:5 52:7 56:17 60:5
**accident** 45:5 50:14 51:2 53:19
**accuracy** 61:16
**actual** 58:18
**actually** 4:22 4:23 5:5,10 6:3 6:3,12,14 10:5 11:18 12:16 13:6,22 14:9 15:4 17:6,12 19:15 20:12,13 23:22 25:8,11 27:9 29:21 30:1 31:6 33:5 34:19 43:2,3,4 43:11,15 45:6 46:21 47:17 49:7,11 50:8 54:2,20 55:24 56:2,19,22
**acupuncture** 40:23
**add** 25:10
**additional** 35:2 35:10 37:12,13 48:15
**adjourned** 60:10
**adjustments** 40:13
**admitted** 33:10
**advent** 30:15 33:15 35:17
**advice** 25:9
**advised** 25:7 47:17
**afraid** 42:13 45:4 49:16 50:13,19
**afternoon** 60:7
**age** 53:24 54:6 54:8 55:13,16 55:20 57:20
**aging** 54:11,12
**ago** 11:6 31:23 41:24
**agree** 54:6
**agreement** 1:16
**ahead** 9:6,12 18:14 46:4 54:9 57:2 58:19
**aided** 61:9
**ambassador** 45:13
**ambulance** 23:10 24:9 28:19




Exhibit H

**american** 43:10 48:14 54:24
**amounts** 8:2
**anemia** 48:17
**anesthesia** 31:6 31:7,8 44:14 53:13 55:22 56:1,7,12 57:12,22 59:17
**angle** 21:5
**annexed** 61:14
**answer** 45:18 55:11
**answered** 22:16
**answering** 7:19 48:23
**answers** 14:23
**anti** 10:10
**antibiotics** 44:19
**anyway** 60:5
**appearances** 2:1
**appeared** 10:22 61:4
**appearing** 2:1
**applicable** 4:6
**applies** 61:14
**appreciate** 15:8 16:15
**approached** 25:6
**april** 35:9,13
**area** 8:13 30:5 30:7,10 45:8 57:10
**arrived** 23:10 28:19
**art** 45:11,13,15
**artist** 58:8,16
**arts** 23:5
**asked** 22:16 31:6 37:16 38:3,3,12 43:12,15 53:6 53:8,17 55:12 57:1 60:1
**asking** 9:11 31:10,14,15 32:24 33:1 37:8 38:5,6 57:23 58:21 59:6
**assist** 23:14
**assisted** 24:8
**assisting** 23:16
**assume** 14:5 61:16
**assumed** 6:22
**assuming** 13:14 13:21 19:7
**attached** 14:23
**attacks** 57:3,7 57:17
**attended** 27:6
**attention** 13:20 25:18 31:23
**attorney** 14:19 15:3 17:9 18:17 55:5
**attorneys** 16:4
**aurora** 45:7

**b**

**back** 8:1,5 11:23 17:4,16 18:13 21:22 24:6 26:24 30:11 36:15,15 38:14
**backbone** 40:22
**bad** 7:14 28:5 30:2 36:10
**bag** 10:6 26:5
**bathroom** 50:6
**beginning** 40:9 46:20
**behalf** 2:5,10
**believe** 14:20 15:9 16:9 36:17 54:19
**bend** 43:4,4,12 45:16,16
**bended** 12:15
**best** 37:3 41:15 49:3,7,10,12 52:16 59:23
**better** 11:20 20:3 27:7 42:7 58:9
**bicycle** 36:10
**big** 9:16 26:10 44:24
**bills** 51:16
**bin** 20:14,19 22:3
**bit** 27:18 31:9 56:13
**blocked** 9:1
**blocking** 8:18 20:14
**blood** 52:22,22 53:11,22 54:1 54:4
**body** 5:8 22:24 44:8,12 52:13 54:14,16 55:14 57:16 59:22,23
**bolingbrook** 30:10,15 33:14 33:15 34:21,24 35:9,18
**bone** 26:9 32:11
**bones** 6:18 9:18 26:7 28:6 29:23
**bother** 46:2
**bottom** 12:16
**bought** 41:22 47:19 51:23

**brand** 24:17
**branded** 7:10
**break** 9:17
**breathing** 48:17
**bright** 10:13
**broke** 28:6
**broken** 6:19 12:17 23:7 26:9 29:23 32:11
**brought** 28:9 28:10 54:21
**building** 11:11 49:15
**burden** 46:2
**buy** 47:17

**c**

**c** 61:1,1
**call** 6:21 14:5
**called** 56:9
**calling** 45:13
**cane** 42:11,14 42:16 49:18,21 50:1
**cans** 18:4,5
**car** 54:21
**card** 7:10
**cardiac** 48:17
**careful** 9:21 25:24 26:11,14
**caressing** 23:6
**case** 15:4 52:5
**caught** 12:20 13:6,10,15
**cause** 61:5
**cautions** 26:12
**cavo** 2:6
**center** 40:7
**certain** 38:4 55:14
**certificate** 61:13
**certified** 1:23 61:3,15
**certify** 61:3,6 61:13
**chains** 24:19
**change** 18:24 50:6
**changed** 19:3
**channels** 56:8
**check** 15:1 21:22 43:22,23 56:18 57:2,6
**chen** 48:14
**chicago** 2:3,7
**chiropractic** 40:6,12
**chronic** 52:21 54:1,3
**civil** 4:5
**claiming** 47:23 48:18 52:4,7
**clark** 2:2
**clean** 11:15
**clear** 32:5
**clearly** 20:13 20:16
**client** 58:20
**close** 8:9 16:1 45:3
**closer** 45:7
**clothes** 26:6 50:6
**clothing** 7:10
**cold** 49:11
**color** 13:16
**colors** 13:20 19:2
**come** 23:14,19 24:9 36:15 38:14
**comfortable** 42:1,2
**comment** 53:23
**comments** 38:9 56:11
**company** 51:21 52:2
**compensated** 52:24
**complete** 17:8
**completely** 7:15 42:8 45:12
**computer** 61:9
**condition** 11:15
**configuration** 21:4
**confirm** 58:2
**confirmed** 56:15
**confused** 16:13 28:7
**confusion** 16:14
**consciousness** 32:2
**cont'd** 4:11
**contact** 6:13
**contained** 10:6 41:12
**continued** 1:11 4:3
**control** 61:17
**conversation** 16:4 17:10 24:20 26:19 48:3
**cook** 50:6
**copies** 61:15,17
**copy** 60:6,9
**cord** 8:17,22 9:4 10:24 13:2 13:6,7 19:8 21:24 22:7,13 22:14 24:2,9 25:6
**cords** 13:17,20 19:5

**corner** 8:11 9:1 9:3 12:5 19:10 19:12 20:20 21:17 22:8
**corporation** 1:6
**correct** 5:4,14 8:9,15 11:5 15:16 17:18,23 18:2,22 24:13 25:1,4,16 28:23 29:5 33:11,15 34:15 34:24 35:6,10 35:11,21 36:13 38:20 41:17,20 42:5 50:21 51:3 56:16,23 57:13 58:5 59:4 61:11
**costs** 51:12
**counsel** 48:12
**count** 27:23
**counter** 18:20
**countertops** 50:9
**couple** 12:1 23:16 41:24
**course** 5:15,17 8:16 22:18 29:3,3 30:16 30:24 32:12,19 32:22 33:4 34:13 41:18 42:7 43:19 45:21 51:4,21 52:1 56:17
**court** 1:1 9:23 33:20
**covering** 4:24 5:8
**crack** 12:17 23:7 29:16
**craig** 2:4 15:8 44:1 46:23 47:20
**crazy** 6:10 46:6 49:20
**create** 45:15
**credentials** 56:18 59:21
**crouching** 6:13
**csr** 61:21
**current** 53:10
**cv** 1:4
**cvs** 45:3 49:14

**d**

**d** 3:1
**damages** 48:19 52:9
**daniel** 1:6
**dark** 13:21 26:23
**date** 38:4,14
**dates** 36:4
**day** 10:21 11:4 33:13 37:10 44:23
**daylight** 30:9
**days** 26:9 34:11
**deal** 7:24 26:11
**decades** 24:17
**december** 40:9
**decline** 47:24
**defendant** 1:7 2:10
**definitely** 42:6
**deposed** 22:2
**deposition** 1:11 4:3 15:12
**describe** 12:7 12:11
**description** 3:7
**desk** 50:8
**destroyed** 52:13
**detail** 8:2
**detailed** 45:18
**develop** 54:7
**developed** 57:17
**developing** 55:21 56:3 57:3
**diagnosing** 32:20 33:2
**diana** 1:23 61:2 61:21
**diatribes** 48:24
**die** 26:9 54:18 56:2,6 57:12 57:14,21
**dietician's** 58:4 59:12
**different** 11:3 15:19 16:1 21:5 39:1 40:17,20
**differently** 49:24
**dining** 50:9
**direction** 61:10 61:18
**directly** 53:17
**directory** 57:11
**disability** 43:16 43:17
**disabled** 43:3,7
**discharged** 30:8 34:14,17 35:8
**discomfort** 50:23,24
**discovery** 4:3
**discussed** 23:14 51:7,13
**discussing** 18:22 48:12
**discussion** 48:9
**disease** 52:21
**diseases** 54:1
**distance** 45:4 49:15 50:18
**distances** 45:1 49:14 50:12,13

**distracted** 7:12
**district** 1:1,1
**division** 1:2
**dk** 39:4 40:6,14 40:17,21
**doctor** 31:9 33:4,7,17 34:5 36:21 43:1,4,6 43:11,18 44:2 44:6 45:6,19 45:23 46:18,20 46:23 47:5,8,9 47:16 48:14,15 53:5,9,17 54:18 56:20 57:10 58:13,14
**doctor's** 43:11 43:20
**doctors** 31:7 32:20 33:1 36:14 38:16 39:8,21 54:24 54:24 56:7,9 56:10,14,15,18 56:19,22 57:3 57:7,9
**doing** 7:20
**dose** 31:12
**dr** 33:19,23 36:23 37:6,12 37:17,23,23 38:2,9 43:8 48:14
**dress** 5:7
**dressed** 4:16,21 5:1,3,12,14 24:4
**drive** 43:15 45:1,1,3,4 49:13,20 50:17 50:18 54:15
**driving** 46:15 50:12,15
**dry** 5:15
**dryer** 4:15,19 5:4 13:17 21:16,20,23 22:15
**dryers** 11:9 18:8,19,21,24 19:1,8
**due** 53:4
**duly** 4:8 61:7

**e**

**e** 3:1 61:1,1
**earlier** 25:11 53:22 56:2
**early** 41:19
**eastern** 1:2
**education** 58:4 59:11
**either** 43:5
**elder** 55:16
**elderly** 57:20
**email** 18:11 20:7
**embarrassed** 49:23
**emergency** 26:17 29:6
**emotionally** 32:10 52:14
**emphasizes** 54:2
**employed** 7:4
**employee** 7:8 7:11 23:21 24:6,12 25:22 27:2
**employees** 23:18
**employment** 52:5,10
**ems** 26:17 27:16 29:4,18 30:3
**ended** 4:13 12:16,17 43:13
**engage** 25:12
**engaged** 25:5
**english** 7:3 9:22 15:13,19 19:22 20:2 25:24 31:18 33:19 37:3 40:16 43:21
**enjoy** 44:24
**entity** 51:17
**er** 27:12 33:10
**especially** 16:20 42:12 44:21
**essentially** 12:2 12:5
**establishment** 24:18 26:23
**evening** 6:5
**event** 48:17
**eventually** 12:14
**everybody** 60:7
**everyday** 44:20
**evidence** 24:13
**exactly** 12:12 19:1 23:8 31:21
**exam** 3:4
**examination** 4:11 61:5
**examined** 4:9
**example** 53:24
**except** 16:22
**exercise** 44:15 54:15
**exercises** 41:10 41:12 44:21 53:20
**exhausting** 52:12
**exhibit** 3:9 14:2 14:4,5
**exhibits** 3:5 14:3

**expand** 18:11
**expansive** 48:24
**expected** 56:2
**expenses** 51:7
**experience** 50:20 58:3,15 58:17 59:6,11
**expert** 58:1
**explain** 12:11 15:6,21,22 16:2
**explained** 16:23 21:6 33:5
**explanation** 7:2
**eye** 6:13 17:3
**eyesight** 6:11

**f**

**f** 61:1
**face** 6:17 23:24
**facility** 36:4
**fact** 28:18
**failing** 45:12
**failure** 54:23
**fall** 11:24 12:14 12:18 13:1 25:1 26:8,13 27:15 42:13 44:23 49:17 52:16
**fallen** 5:13 8:23
**falling** 29:13
**family** 46:20 47:4,8,9,15 48:15
**far** 10:15 19:16 26:4 43:8
**fast** 7:18 48:22
**faucets** 11:21
**favorite** 44:21
**fear** 26:10
**february** 40:10
**federal** 4:5
**feel** 23:6 29:17 30:1 32:23 41:6 42:8,24 49:9 51:1 52:14,17,23 53:2,18 54:12 58:8,23
**feeling** 33:1 59:4
**feet** 10:8
**fell** 4:18 5:11 6:2,9,10,14 8:4 8:17,21,21 9:10 10:12,22 12:3,12,13,14 12:23 19:15,20 20:13,19,22 21:21 22:3 23:2,9,23 26:15 29:12 32:3 53:3
**felt** 12:19,21,23 13:2 34:4,5,8,8 36:10 51:2 52:13 53:2,19 54:13 58:13
**female** 47:7
**figure** 30:9
**find** 13:23 55:19 57:10
**finding** 46:16
**fine** 16:17,20 17:14 32:9,12 37:7
**first** 4:8 12:19 23:1 25:6 29:12 38:11,13 40:18,22 61:7
**fit** 35:24
**fitness** 1:6
**fix** 34:2
**flabbergasted...** 23:24
**floor** 8:18,22 10:16 22:7 23:1,3,11 25:23 28:15
**focused** 36:7
**focusing** 40:24
**folks** 16:12
**follow** 26:21 36:12,20,23 37:11,17,17,23 38:7
**followed** 36:14 37:1 56:8,19
**following** 25:9 33:9 34:18
**follows** 4:10
**foot** 12:20 13:5 13:8,9,10,15 45:2 50:17
**foregoing** 61:11
**foreigner** 25:14
**foreigners** 25:12,17
**form** 10:17 24:14 25:2 51:19 53:15 58:19 59:18
**formal** 59:10 59:15,20
**formally** 33:2
**forth** 30:11
**found** 45:6
**fracture** 32:21 33:2,6 34:2
**freely** 45:16 46:1
**friend** 56:9
**friends** 24:21 25:18 55:23 56:5
**front** 6:11 10:16 22:7 49:22

**frustrated** 34:8
**fulfill** 45:13
**fully** 10:11
**further** 3:4 4:9 19:5 30:18 61:6,13

**g**

**g** 1:23 61:2,21
**galasso** 2:4 9:22 10:17 14:16,22 15:17 16:3,7,16,18,22 18:10 19:21,24 20:6,9,23 21:3 21:9 22:16 24:14 25:2 33:20 34:21 39:12,20 44:3 47:2 48:2,8 51:19 53:15 54:9 55:7,17 58:19 59:18 60:2,4,7,9
**general** 31:6 44:14 47:24 48:18 55:22 56:1,6,12 57:22
**generally** 55:13 55:15
**getting** 27:7,20 27:21 32:17 45:4 48:13 50:13 52:12,18
**gettleman** 1:5
**gifts** 59:1
**give** 15:3 18:12 31:3,17 41:9 58:16
**given** 15:5 61:12
**giving** 48:16 59:21
**glimpse** 23:23
**go** 11:17 16:4 18:13 37:3 38:12 40:6 46:21 48:2,6 53:20,24 54:9 55:19,24 57:2 57:6 58:1,19
**god** 45:11 54:19,19 57:14
**going** 4:19 5:6 7:16,20 8:1 11:22 12:1,10 13:24 14:3 15:21 16:14,18 17:4,10,10 21:7 22:1 24:16 26:24 30:11 47:20 48:2,18,24 51:10 52:15 56:6,11 57:6 59:9,10
**good** 11:15 42:15 46:14 58:14 60:7
**gotten** 5:14 15:11
**grabbing** 26:5
**graduated** 58:24
**grave** 6:18
**gray** 13:21
**great** 26:12
**greatly** 45:14
**grew** 44:9
**ground** 23:4,9 25:1 26:17 29:13
**guess** 7:4,8 24:11,12 26:24 28:7
**guessing** 28:17 34:3
**guests** 8:14
**guys** 15:9,10,11 16:15 47:1,23
**gym** 5:3,14,17 26:12

**h**

**hair** 4:14,19 5:3,16 11:9 13:16 18:8,19 18:21,24 19:8 21:16,19 22:15
**hand** 32:23 61:15
**hands** 10:4,5 23:5
**hang** 16:3 18:10
**hanging** 18:20 21:17,23
**happened** 12:12 27:3 28:22,22 37:21 52:17
**hard** 12:17 58:10
**hardware** 34:2
**hassle** 46:16
**head** 5:9 11:23 36:3
**heading** 5:17
**healing** 38:1,7
**health** 30:15 33:15 35:17 47:24 53:10 54:7 55:14,21 57:4 59:16
**healthcare** 35:10 53:5,9
**healthy** 32:6,13 52:20
**hear** 45:10
**heard** 55:22 57:20
**heart** 29:21 32:10 44:9

47:23 54:17,23 57:3,7,17 59:15
**help** 27:8 30:23 31:1,2 47:18
**helped** 28:15 41:7 51:21,24 52:2
**helping** 49:11
**hemoglobin** 31:10
**hereto** 61:14
**heretofore** 61:3
**hey** 43:12
**hiding** 45:24
**high** 52:22,22 53:11,22 54:1 54:3 55:21
**higher** 13:5 56:12
**highly** 54:12 58:7
**hit** 22:24 23:4
**hitting** 12:16
**holding** 10:3,5 42:23
**home** 5:17 30:9 35:10 41:10,14 41:21 42:1,18 43:21,24 49:5 50:5
**honestly** 27:24 52:17
**hospital** 26:6 27:6 29:4,6,24 30:3,6,7,10,12 30:17 31:12,15 32:7,14 33:10 33:16 34:14,17 34:18,19,19,20 43:10 47:14 56:20
**hospitalized** 34:11
**hot** 11:21 46:7
**hour** 27:19,23 28:1 49:1,1
**house** 35:12 42:2 50:7
**hundred** 9:20 13:11 21:20
**hurt** 6:2,10,19 7:13 30:24 36:10
**hurting** 29:8

**i**

**ice** 9:19
**idea** 22:1 30:7
**identification** 3:10 14:2
**il** 2:3,7
**illinois** 1:1
**image** 17:21 18:8,12,21 21:7,13
**images** 14:7 15:4 18:1 20:19
**imaging** 32:15 32:16 33:5,9 37:12,18
**immediate** 13:1
**immediately** 12:23 24:1 29:15 51:2
**immense** 21:21 30:1
**impact** 53:2
**impacted** 53:18
**improved** 42:5 51:1
**improving** 36:7
**incident** 25:22 26:3 27:3,10
**included** 46:24
**including** 54:1 54:3 57:18
**increased** 58:16
**indicated** 20:9
**information** 24:7 55:20
**injection** 32:1
**injections** 31:17
**injuries** 48:1
**injury** 48:1 49:5 51:8,14 53:3,4,13
**inside** 6:16 19:23
**instruments** 51:23
**insurance** 46:17 51:17,21 52:2
**interacted** 24:24 26:18
**interested** 25:17
**interpret** 7:5 17:6 45:9
**interpretation** 17:8
**interpreted** 17:13
**interpreter** 2:12 4:1,10 7:5 7:5,7 9:24 10:1 14:18,18 16:3 16:6 17:5,5,11 18:14,16,16 20:4,5,8 25:10 25:10 26:2 31:20 33:22 40:19 43:23 53:21
**interrogatory** 14:23
**interview** 44:11
**intuition** 58:9 58:16 59:2

**involved** 34:1 40:12
**iran** 47:8
**iranian** 48:15
**issue** 56:4
**issues** 10:23 44:7,7 45:20 48:1 52:18 53:10,11 54:3 54:7,17 55:14 55:21 57:4,7 57:18 59:16
**items** 10:6
**iv** 31:3,17,20

**j**

**ji** 2:12
**jin** 1:3,12 3:4 4:4,7
**judge** 1:5,6
**july** 35:20
**june** 36:20,23 37:6

**k**

**k** 33:20
**keep** 7:19 17:10 48:23
**kent** 2:2
**kept** 52:12,18
**kind** 6:12 11:23 12:9,15 13:2 13:12 19:12 20:20 23:23 29:15 31:17,21 32:17 42:1,15 46:6 52:4 58:10 59:4
**kmlltdlaw.com** 2:3
**knee** 12:15 13:12,15 23:1 25:8 29:8,10 32:15,18 37:13 37:18 38:11 41:4 43:1,4,9 45:5 50:14,21 53:13
**knees** 40:24 45:16,24 46:9 47:10,13
**knelt** 13:12,14
**knew** 23:7 26:4 29:16 32:24
**know** 5:15 7:12 9:15 11:16 13:4 15:21,24 18:23 19:1,7,9 19:16 21:19,21 22:4,4,6,14,18 22:20,20,22 23:4,15 24:10 24:16,18,21 27:10,20 28:12 28:21 29:7 30:5,12,14,16 30:18,19 31:5 31:18 32:22 33:4,23 34:1 36:4 37:21 43:18,19,22 45:23 46:23 48:5 49:16,23 50:16 51:5,11 52:6,24 53:6,8 53:24 57:15 58:6,23 59:22
**knowledge** 25:21 58:17
**knows** 58:6,6
**korea** 22:19 26:8 46:8
**korean** 2:12 22:20 33:7,23 38:10,10 40:8 54:24

**l**

**la** 55:23
**language** 34:6 34:6
**lawsuit** 51:5,11 52:9,11
**layout** 11:4 14:11
**lean** 50:8
**leave** 5:2,16,17
**left** 5:14 12:15 13:9,12,14,15 23:1 25:8 29:7 32:21 33:2 43:1 45:5 49:21 50:18,21
**leg** 7:13 12:15 12:20 13:2,4,5 28:11 37:24 38:7 43:3,5,12 43:13 44:7,15 44:20 45:20 49:19,21 50:18 54:16 59:16
**legs** 40:22 43:5 43:14 45:16
**level** 10:15 29:19 31:11
**license** 58:5 59:12
**licensure** 56:16
**lie** 13:13
**life** 1:6 7:9 9:15 11:14 14:16 18:4 23:18 25:13 26:1 27:2,2 30:5,20 30:22 31:16,16 44:20 46:1,3
**light** 10:13,15
**lights** 10:12
**liked** 11:19,19
**limited** 44:17
**limping** 42:15
**line** 8:11,12 9:2
**list** 39:11,13,13 39:15,17,21 40:4 47:1,5 48:13

**lit** 10:11
**litchfield** 2:6
**litchfieldcav...** 2:8
**little** 31:8 56:13
**live** 46:1
**llp** 2:6
**local** 4:6
**locate** 46:14
**located** 43:8 45:7
**location** 11:14 11:17,18,20 14:12 16:21 17:18,19,22 21:2 30:4 34:24 39:6 46:13,14 47:6
**locations** 14:11 50:3
**locker** 3:9 4:15 4:23 5:7,9,19 5:21 8:5,5,14 8:15,21 9:7,9 10:11,22 11:4 11:14,24 17:17 17:21 22:19,22 24:24 28:13
**long** 7:1,20 11:6 21:24 23:8 24:17 27:15,17,18 45:1,4 47:15
**longer** 19:5,8 50:12,18
**look** 7:16 8:10 20:3 21:1 22:5 36:2 38:5 46:12 47:2
**looked** 21:22 22:2,8 23:17 39:17
**looking** 9:6,12 9:12,13,14,22 9:24 10:1 24:6 35:23 39:14
**looks** 16:22 21:3
**lost** 28:17 32:2 52:4
**lot** 6:4 16:7,14 47:6,22 50:22 51:22,22,24 57:1
**loved** 11:21 44:23
**low** 6:11 19:23
**lower** 31:11
**lucaccioni** 2:2
**lung** 52:18 53:10 54:17 57:18

**m**

**m** 2:2
**macbook** 18:10
**machine** 61:8
**made** 10:9 53:23 61:17
**madison** 2:7
**magistrate** 1:6
**main** 45:22
**make** 6:13 24:20 38:9 46:4 58:14
**makes** 45:14
**making** 25:18 53:23 54:22
**male** 35:11
**managed** 26:5
**manor** 34:23 35:9
**march** 1:13 10:21 34:15
**mark** 21:7 43:16,17
**marked** 14:2,4
**massage** 36:2
**matter** 4:4 26:13
**mbti** 59:1
**mclaughlin** 1:6
**meadowbrook** 34:21,23 35:9
**mean** 6:20 14:15 15:14 20:18 21:3 23:17 45:16 55:4
**means** 52:6 61:8
**meant** 14:14
**medical** 26:17 31:5,21 39:13 39:14,20 51:6 51:13,16 54:20 54:22 56:7,15 58:3,16,18 59:11,15,20,21
**medically** 37:14
**medication** 47:12 52:22,23 53:12
**medicine** 47:10 47:17 52:20
**meet** 44:16
**member** 7:2
**members** 5:21 6:7
**mental** 44:17
**mentally** 29:23 32:5 52:14
**mentioned** 11:16 17:12 53:21,22 58:21
**metal** 34:9
**min** 1:3,12 3:4 3:8 4:4,7 14:21 17:12,17 21:14
**mind** 16:5 27:13 32:9,12

Case: 1:25-cv-01668 Document #: 59-9 Filed: 10/13/26 Page 28 of 41 PageID #:312



**mind's** 17:3
**ministry** 45:12
**minnesota** 1:6
**minutes** 27:24 28:2 49:2
**mirror** 12:6
**mirrors** 8:9 11:8
**missed** 10:1 25:11,13
**missing** 39:6,11 39:18 40:4 47:4,5,7,9,11
**mission** 45:11
**mixed** 15:11
**mobile** 45:6
**mobility** 41:3
**moment** 12:13 12:19 18:12 48:3,8 54:4
**money** 53:1,4
**month** 34:24
**months** 41:24
**motion** 36:8
**move** 6:15,21 24:2,5,5,8 25:7 42:20,22 46:6 50:5
**moved** 11:18

**n**

**n** 3:1
**name** 33:16,17 43:18,20,24 44:1 48:14
**naperville** 38:16 39:2,9 40:7
**near** 13:8
**nearby** 45:2,8 46:13,14
**need** 7:1 48:5,5 49:24
**needed** 8:2 31:1
**needlessly** 53:4
**needs** 36:1
**neighborhood** 43:10
**never** 13:19 18:3 27:4,4 32:2 33:8 42:13 53:17
**new** 11:20 30:4 45:22 46:12
**news** 28:5
**night** 6:5 26:23 46:5,9,10
**normally** 10:23 41:17
**northern** 1:1
**notice** 11:2
**noticed** 29:8
**nurse** 35:11 56:10

**o**

**object** 10:17
**objects** 50:8
**occasionally** 18:24
**occasions** 11:10 11:13
**occurred** 35:13
**offer** 27:7 40:20
**offering** 59:14
**office** 38:23
**oh** 6:14,16 13:21 20:8 21:24 24:1 30:9 38:14 43:13 53:1,21 58:13
**ointments** 46:8
**okay** 7:16,22 13:24 18:13 32:24 44:3 49:19
**old** 9:17 26:9 27:20,21 55:24
**older** 56:11 57:21
**once** 9:3,17 28:22 29:24
**ones** 19:4
**operating** 10:23
**opinion** 57:19 58:15 59:15,21
**opinions** 54:23 58:1
**orders** 26:21 36:15 37:2
**oriental** 40:17 40:23
**original** 61:14
**orthopedic** 36:13
**outpatient** 30:11 35:17
**outside** 49:5,8 59:11
**overwhelmed** 7:15
**own** 42:21 46:1 59:3

**p**

**p** 33:20
**p.m.** 1:14 60:10
**pad** 46:7
**page** 3:3,7
**paid** 13:19 51:22 52:8
**paik** 33:19,23 36:23 37:6,12 37:17,23 38:2 38:9 43:8
**pain** 6:18 7:13 21:21 25:9 26:7 27:11 29:9,17,17,19 29:22 30:1,24 34:9 36:11 42:8 43:9

44:12 45:23 46:6,9,22 49:21 50:4,14 50:17,20,24 54:14 57:16
**painful** 36:1 47:19
**paperwork** 41:11 43:22
**par** 58:17
**paramedics** 30:20 31:15 32:4
**part** 9:2 10:1 13:4 17:11,11 20:13 22:24 23:4 32:16 41:19 51:5,11 52:9
**participated** 42:3
**pass** 19:12
**passed** 19:18 32:2
**patella** 32:21 33:3
**path** 8:8,18
**patients** 57:20
**pay** 25:18 31:22 51:16,17
**people** 5:20,20 6:1,3,6 9:4,17 11:19 14:24 22:19,20 23:15 23:16 25:5,12 25:13,17 31:8 42:16 44:16 49:23 52:23 53:24 54:6 55:13,16,20 56:11
**percent** 9:19,20 13:11 15:24 21:20
**perfectly** 32:9
**person** 6:12 17:7 24:23 54:12 58:7
**personal** 58:12 59:5 61:10
**personnel** 26:17
**ph** 2:8
**pharmacy** 45:3
**phone** 27:5
**photo** 3:9 8:11 15:23 16:9,11 16:16,24 17:12 17:19 18:13 20:23 22:11
**photograph** 16:24 20:6
**photos** 17:21 41:12
**phrase** 8:1
**physical** 29:22 35:6,17 36:6 38:15,16,21 39:1,4,8,22 40:1,20 41:2,6 41:9 42:3 46:12,18,21 47:6
**physically** 44:18 52:14
**physician** 36:13 46:19 58:18
**picture** 13:22 14:1,13,15 15:14,17,23 19:23 20:2,4,5 20:15,16
**pictures** 14:9 14:10,12,16,20 15:6,9,11,16 22:2 41:12
**pillar** 8:10
**pitch** 26:23
**place** 15:19,20 15:20 35:23 39:10,18,19 40:3,16
**placed** 22:14 29:1
**places** 13:19 26:12 36:1 39:4 40:20 42:12 45:2 49:20
**plaintiff** 1:4 2:5 4:4 48:12
**planning** 5:2
**platform** 15:7
**play** 44:22
**please** 18:15
**plugged** 11:9
**pneumonia** 44:9,10,18 53:11 55:1 57:18
**pocket** 51:17 51:23
**point** 19:11 23:18 26:16 32:3
**pointing** 19:21 19:24
**pop** 55:14
**possible** 27:8
**possibly** 19:9
**post** 30:17
**postpone** 44:11
**potentially** 36:16
**pounding** 32:10
**precaution** 42:14
**premonitions** 58:12
**preoccupied** 7:13
**prepare** 5:16
**prepared** 25:22

**preparing** 26:20
**prescribe** 47:12
**prescribed** 47:10
**present** 2:11
**pressure** 52:22 53:11,22 54:1 54:4
**pretty** 13:1 43:8 48:22
**preventing** 10:14
**previous** 11:4
**probably** 13:15 16:7 28:9
**problem** 54:17
**problems** 47:24 48:17
**procedure** 4:5 59:16
**produce** 15:3,4 15:12
**produced** 47:1 61:4
**professional** 53:6,9
**prominently** 18:1
**prophecy** 59:1
**prophetic** 58:11
**prophetics** 59:3
**provide** 27:1 36:1
**provided** 35:5 41:11
**provider** 38:16 39:13,15 40:2
**providers** 39:13,21
**pt** 48:15
**pulling** 34:4
**purpose** 49:8
**pursuant** 4:4
**pursuing** 52:11 52:24
**put** 11:23 13:24 21:8 23:22 24:9 26:5 31:7 46:8 53:14 58:10 59:17

**q**

**qualified** 43:16
**question** 7:1 14:19 17:6 18:15,17 37:5 45:19 47:21 51:10 55:11 59:9,24 60:1
**questions** 7:17 7:18 12:1 34:7 55:8 57:2,24
**quick** 12:1 21:8

**r**

**r** 61:1
**rail** 42:24
**range** 36:8
**rate** 29:9,19
**rather** 6:11 20:21 22:11 26:20
**ray** 32:19 37:13 37:18 38:12,12 44:10
**rays** 32:15,17
**reach** 27:8,9 55:23 57:11
**reached** 27:5
**read** 60:5
**real** 11:24 21:8
**really** 7:1,22 16:20 21:2 23:5 48:21 49:18 52:20 57:19
**reason** 6:9 36:17 45:22 52:10
**recalled** 4:8
**receive** 40:23
**received** 14:21 15:10 18:11 31:22 45:11
**receiving** 34:16
**recognize** 17:20
**record** 4:2 48:2 48:7,8,10,11,12 61:11
**recorded** 35:23 36:5
**records** 48:16 54:20,22,23 55:1
**recover** 51:9
**recovered** 49:4
**recovery** 41:7 41:19 42:17 51:6,12
**reduced** 61:7
**referring** 14:7 18:9 20:5,6 21:13 39:8 46:24
**reflect** 4:3
**refuse** 31:1
**refused** 30:19 30:23
**regarding** 35:5
**regimens** 36:9
**regularly** 8:13
**rehabilitation** 35:2,6 42:4
**related** 45:20 48:16 51:7,12 53:12 57:4,8 57:18 59:16
**released** 47:14
**relevance** 54:9 55:17 58:19

**relevant** 21:2
**remember** 5:18 5:24 6:7,17,20 6:23 12:19 13:16,18,21 17:2 18:3 19:2 23:8 27:15,21 28:16,16 31:21 31:24 32:14,17 32:20 33:1,17 36:6,16,19,22 37:6,7,8,9,9,11 37:18,20,24 38:6 39:3 40:17
**remembered** 37:16
**remotely** 2:1
**repeat** 14:19 18:14,17
**repeatedly** 53:6 53:8
**report** 25:22 26:3
**reporter** 1:23 9:23 33:20 61:3
**reproduced** 61:17
**reputable** 56:20
**requested** 15:9
**responsibility** 61:16
**rest** 12:5 48:21
**result** 48:1
**retained** 3:6
**returning** 4:23
**rid** 46:22
**ride** 46:16
**riding** 36:10
**right** 4:16 8:6 10:12,16 11:10 11:23 12:3 13:2,9 16:18 17:24 18:7,9 18:19,20 19:10 19:12,12,15,19 19:19,20 20:18 20:20 21:17 22:15 23:1 26:18 29:12 30:15 32:4 34:12,19 35:14 35:18,23 38:17 39:15 41:17 42:11 44:19 45:2 47:7 49:19 50:16,17 52:5,9 57:19 60:4
**risk** 55:21 56:12
**robert** 1:5
**rodriguez** 1:23 61:2,21
**romeoville** 11:14 17:18,22
**room** 3:9 4:15 4:23,24 5:6,7,9 5:19,21 8:5,14 8:15 9:7,9,15 10:11,15,22 11:4,15,24 17:17,21 22:19 22:22 24:24 28:13 29:6 42:22,23 43:11
**rooms** 42:20
**roughly** 39:17
**rpr** 1:23 61:2 61:21
**rubber** 10:9
**ruined** 44:20
**rules** 4:5,6
**run** 40:8

**s**

**s** 2:2
**sad** 45:14,17
**sake** 53:1
**sat** 23:3 29:15
**save** 16:7
**saved** 54:19
**saw** 6:3 8:13 21:23 23:17,23 38:11,15,19 39:2 43:11
**saying** 12:10 20:1 26:8
**scale** 29:9
**scans** 37:13,18
**scared** 28:6 31:6
**scene** 28:4
**second** 18:10 27:1
**see** 7:9 8:12,17 8:21,24 9:2,4 13:24 16:23 18:12 20:13 22:7,10
**seeing** 10:16 43:13 45:19 56:10
**seeking** 51:6,12
**seen** 22:8,13
**seminary** 58:24
**send** 16:10,15 16:18,21,24 17:2
**sensation** 34:5
**sensitive** 23:5 54:12 58:7
**sent** 15:22 16:9 20:7,24 21:10
**september** 38:19,20,20
**serious** 55:21 56:4
**services** 35:10
**setups** 11:12
**several** 34:11 38:23 39:4

**share** 54:20 55:1,4,5
**shared** 45:10
**sharing** 59:5
**sharp** 59:2
**sharper** 59:2
**shock** 7:14 26:7 26:15 29:22
**shoes** 10:7,9
**short** 49:13 50:12
**shorter** 19:8
**shorthand** 1:23 61:3,8
**shortly** 5:3
**show** 15:22 20:16 38:4 42:11,15
**showed** 33:5
**shower** 4:23 5:6 9:15 10:6
**showers** 8:5,20
**shown** 18:1
**sic** 23:24
**sick** 52:12,18
**side** 8:11 9:3,7 9:14 13:14 16:1 20:15
**sign** 43:17
**signature** 60:4 61:19
**signed** 61:15
**similar** 14:11 15:20 16:22 21:15 50:3
**simple** 7:17 37:5 45:19
**single** 44:23
**sink** 12:6
**sinks** 11:8,8 12:2 19:17
**site** 20:14
**sitting** 30:14 59:14
**situation** 14:14 15:6 17:1 34:10 54:16
**skip** 17:9
**sleep** 46:5,11
**slip** 9:16 10:10 52:16
**slippers** 10:10
**small** 8:2
**socks** 47:16,18
**sofa** 50:9
**somebody** 5:9
**son** 7:24 15:6 15:21 41:21 45:24 51:24 52:1
**soon** 12:22 13:1 19:14,19 23:22 25:7 29:15,17 44:4
**sooner** 57:21
**sorry** 7:21 9:24 39:20
**sort** 28:8
**sound** 35:14
**sounds** 58:11
**speak** 23:19 28:12,14 33:7 33:23 34:5,6 38:10
**speaking** 16:11
**special** 47:18
**specials** 48:13
**speculating** 59:3,3
**spelling** 43:24
**spent** 53:4
**spoke** 26:18 28:14
**sport** 44:21
**st** 2:2
**staff** 5:22 6:7 6:17,21,22 7:2
**staircase** 42:24
**stand** 24:3
**start** 4:20
**started** 9:8 29:17 43:9
**starting** 4:13
**statement** 27:1
**states** 1:1
**stay** 23:21 24:4 24:8
**stiff** 49:9
**stiffness** 50:21
**stillman** 2:8,9 3:4,6 4:2,12 10:2,20 14:3,6 14:20 15:1,2,8 15:15 16:13,17 16:20 17:4,9 17:14,15 18:18 20:7,17 21:1,7 21:11,12 22:23 24:22 25:20 33:24 34:22 37:4 39:14 40:5 44:1,5 46:23 47:20 48:5,11,20 52:3 55:3,9,10 58:20 59:7,24 60:3,6,8
**stores** 50:2
**story** 58:12
**straight** 9:6,8 9:12
**strange** 11:2
**street** 2:7
**strength** 36:7 41:3
**strengthening** 41:3
**stretch** 43:5,12 43:14
**stretcher** 29:1 29:19
**strike** 8:3 12:7 22:5 23:12 36:17 50:23 53:7

**string** 5:10
**strings** 6:15
**struggle** 12:14
**struggling** 12:18
**stuck** 34:3
**studies** 32:15
**stuff** 23:6 36:2 51:23 54:13
**stumbled** 21:22
**stumbling** 9:20
**style** 15:24 40:17
**sudden** 6:2
**suffered** 44:9 44:17
**suite** 2:2,7
**supposed** 17:6 41:13 44:10 46:1
**sure** 11:7 13:13 14:24 23:20 24:13 27:22,24 28:1,9 36:4 41:8 44:3 48:6 54:14
**surgery** 30:17 31:9,11 33:11 33:12,14,18 34:1,12,18,20 35:3 36:13 41:16 44:8,12 44:13 49:4 51:3 52:19 53:13,18,19 54:13 57:5,8 57:15,21
**surprised** 21:4
**suspecting** 44:14
**swell** 29:14
**swelling** 25:8 29:8
**swollen** 30:1
**sworn** 4:1,9 61:7

**t**

**t** 61:1,1
**table** 44:20,22 44:22
**tables** 50:9,9
**take** 7:20 17:19 30:3 38:12 44:10 48:24 49:1,1 52:19 53:12 58:24 60:6
**taken** 1:16 4:4 14:16 20:9,15 21:5
**talk** 22:21
**talked** 6:4 27:4 56:13 58:5
**talking** 21:9 39:12 40:14
**team** 2:3
**tell** 6:24 49:24 59:5
**telling** 6:20,20 37:24 59:23
**tend** 46:9 54:6 55:13
**tennis** 44:21,22 44:22
**test** 59:1
**testified** 4:9
**testimony** 61:7 61:11
**thank** 57:14 60:8
**thankful** 49:18
**thankfully** 45:1
**theater** 39:6
**therapies** 40:23
**therapist** 35:12 40:16 41:9 46:13,14,18 47:6
**therapists** 39:2
**therapy** 35:6 35:17 36:7 38:15,16,21 39:4,9,22 40:1 40:13,20 41:2 41:6 42:4 46:21
**thereof** 61:15
**thick** 20:21 22:11
**thin** 9:19
**thing** 4:15 6:20 10:19 27:13 49:10,18 53:21
**things** 11:2 31:23 48:23 50:7 51:22 54:22 58:8
**think** 15:5,10 16:11,13 20:1 20:9 21:17 26:3,3 27:17 28:8,11 31:9 31:19,24 39:10 39:12,18 44:13 44:17 46:5 47:4,7,11 54:11,19 55:15
**thinking** 12:22 28:6 32:11 57:24
**thought** 6:16 14:22 21:24 28:5 29:21
**thoughts** 24:11 28:18
**three** 52:19
**throat** 48:1
**time** 1:6 4:18 5:7,11,19 6:9 6:18 7:9,20 8:3 8:9 9:16 10:8 10:12 11:6,14 12:3,10,21,21

12:24 13:3 14:17 16:8 18:4 22:1,3 23:18 24:17,19 25:13 26:1 27:2,2,13,18 28:5 29:7,14 29:18 30:5,20 30:22 31:16,16 32:6,22 38:11 40:18,22 42:6 44:15 47:15,22 52:8 54:8 58:3
**times** 11:5 19:4 38:23,24 39:19 46:10 52:19 59:4
**today** 30:14 51:1 59:14
**today's** 44:11
**told** 6:14,16 23:21 24:1 25:6 28:21 33:12 36:15 37:2,15,22 38:6,13 43:2,6 43:14 53:9 54:18 56:5
**ton** 34:6
**took** 9:3 13:22 14:8,9,10,12,24 15:4,13,16,17 15:23 16:1 20:15 21:14 26:12 27:17 29:4 38:12
**top** 36:3
**totally** 43:5
**touch** 23:3 29:16
**touching** 32:23
**toward** 9:9 12:4 20:22
**towel** 4:24 5:8
**training** 58:4 59:11
**transcribed** 61:9
**transcript** 61:14
**transcription** 61:10
**translated** 47:22
**transport** 28:10 32:7
**transportation** 29:2
**transported** 26:6,21,22 27:12 30:6,8
**trash** 14:13 16:23 17:1,24 18:4,5,8,20 19:21,22 20:1 20:14,19 22:3
**treat** 28:3
**treated** 56:16 56:23,24
**treater** 47:1
**treating** 31:4 44:6
**treatment** 27:6 30:12,18,19,23 31:22 33:9 34:16 35:5,24 37:21 40:12 41:10 42:4 51:7,13
**treatments** 40:21
**tried** 24:3 28:8 37:3
**trip** 8:24 24:9
**tripped** 5:11 13:6 19:11,13 21:18,24 24:1
**trouble** 9:17,18 46:16
**true** 55:13,15 57:15,19 61:11
**trust** 56:21
**try** 7:16 8:1 23:3 31:17 41:15 46:8 49:22 52:16
**trying** 24:2 39:3 46:12,12 49:7,10,12
**tub** 11:21
**turned** 19:11
**turning** 5:9 9:9 12:4 19:14,20 20:22 22:12
**twice** 39:9 52:18
**two** 11:21 27:23 28:1 39:1,21 47:4,7
**types** 40:20
**typewriting** 61:9

**u**

**uncomfortable** 36:11 43:1
**under** 53:14 56:6 57:22 59:17 61:10,15 61:17
**undergoing** 57:21
**understand** 7:22 17:20
**understanding** 16:10
**understood** 31:10
**unfair** 52:11,15 52:17 53:3
**united** 1:1
**unrelated** 48:23

**unusual** 11:3
**update** 44:3
**updated** 48:13 48:13
**upsetting** 26:14
**usa** 22:21
**use** 4:14 22:19 42:14,16 49:17 49:18 50:6,16
**used** 5:3 11:17 22:15 41:24 44:16,22 47:8
**using** 4:20 5:21 8:14 34:2 41:20,23 42:11 42:18,19 49:21
**usually** 11:15 25:13,19 42:11
**uttered** 17:7

**v**

**vanity** 8:9 11:8 18:20
**vehicle** 49:15 49:19
**visit** 36:23 37:6 42:12 46:15 47:8
**visited** 14:11 34:18 35:12 36:4 38:2,23 40:2 45:22 47:15
**visiting** 43:9
**visits** 35:13 36:12,20 37:12 37:17,23 38:8 38:11,13 39:21
**volume** 1:10
**vs** 1:5

**w**

**wages** 52:5
**waited** 27:18
**waiting** 32:4
**waived** 60:4
**wake** 46:6,10 46:11
**walk** 8:14 9:19 9:19 34:9 41:17 42:5,9 47:18 49:5,7 49:14,24 50:2
**walker** 41:20 41:21,22,23 42:2,9,18,19
**walking** 8:4,8 8:20 9:2,5,8,8 11:24 25:24 36:8 41:20 42:1
**wall** 9:1 12:5 19:17,17 20:21 22:11,12
**walls** 50:10
**want** 4:2 7:23 7:24 12:7 13:13 18:14 45:13 46:2,4 46:15,21 48:4 55:24 58:2 59:5
**wanted** 58:13
**warming** 11:21
**warned** 56:9
**warning** 55:24
**warrenville** 11:17 14:10,12 15:20 16:10,21 18:5 20:10
**watched** 56:15
**way** 7:17 22:13 27:8 32:8 43:14 58:23
**we've** 23:14 51:7,13
**weak** 44:9
**weakened** 44:8 44:13 54:14,16 57:16
**weaker** 31:12 55:15 57:22
**weakness** 47:24 48:18 53:10
**wear** 10:9
**wearing** 7:9 10:7
**weather** 49:10
**weird** 58:11
**wellness** 40:7
**went** 14:9 18:3 30:8,15,16,17 36:24 37:2 38:4,14 39:9 40:3,3,9,18,21 42:6 55:12
**west** 2:7
**wet** 9:16
**wide** 8:10
**wires** 34:9
**witness** 4:1,8 10:18 15:13,18 19:22 20:2,11 22:17 24:15 25:3,15 33:21 39:16,24 47:3 51:20 53:16 54:10 55:18 58:22 59:19 61:4,4,6,12
**witnesses** 3:2,3
**woman** 6:24 23:13,21 24:4 24:12,23 25:5 28:14
**wondering** 7:13
**word** 25:11,13
**work** 8:1 52:8
**worked** 40:21
**workers** 24:19
**working** 41:2
**works** 36:3

**worried** 12:13 29:23 32:11 56:3,3
**worries** 46:2
**worry** 46:4
**writing** 61:8
**wrong** 36:24 37:1
**wrote** 26:3

**x**

**x** 3:1 32:15,17 32:19 37:13,18 38:12,12 44:10

**y**

**yeah** 6:5 10:1 13:8 16:13,17 17:14 18:3,19 21:1,11 28:1 30:16 32:9 36:14 40:1 42:6 44:1 52:1 55:9 60:3
**year** 26:10 44:18,19 54:18
**years** 13:19 31:23
**yeon** 2:12
**yesterday** 4:14 7:20 11:17 14:4,4 16:23 45:10,11 56:14 58:5
**yoon** 2:12
**youtube** 55:19 56:11,14,19 57:7,9

**z**

**zach** 55:8
**zachary** 2:9 14:22 20:23 39:20
**zoom** 1:16

Illinois Code of Civil Procedure

Article II, Part E

Rule 207, Signing and Filing Depositions

**Signing and Filing Depositions**

(a) Submission to Deponent; Changes; Signing. Unless signature is waived by the deponent, the officer shall instruct the deponent that if the testimony is transcribed the deponent will be afforded an opportunity to examine the deposition at the office of the officer or reporter, or elsewhere, by reasonable arrangement at the deponent's expense, and that corrections based on errors in reporting or transcription which the deponent desires to make will be entered upon the deposition with a statement by the deponent that the reporter erred in reporting or transcribing the answer or answers involved. The deponent may not otherwise change either the form or substance of his or her answers. The deponent shall provide the officer with an electronic or physical address to which notice is to be sent when the transcript is available for examination and signing. When the deposition is fully transcribed, the officer shall deliver to the deponent, at the address supplied,

notice that it is available and may be examined at a stated place at stated times, or pursuant to arrangement. After the deponent has examined the deposition, the officer shall enter upon it any changes the deponent desires to make, with the reasons the deponent gives for making them. If the deponent does not appear at the place specified in the notice within 28 days after the mailing of the notice, or within the same 28 days make other arrangements for examination of the deposition, or after examining the deposition refuses to sign it, or after it has been made available to the deponent by arrangement it remains unsigned for 28 days, the officer's certificate shall state the reason for the omission of the signature, including any reason given by the deponent for a refusal to sign. The deposition may then be used as fully as though signed, unless on a motion to suppress under Rule 211(d) the court holds that the reasons given by the deponent for a refusal to sign require rejection of the deposition in whole or in part.

(b) Certification, Filing, and Notice of Filing.

(1) If the testimony is transcribed, the officer

shall certify within the deposition transcript that the deponent was duly sworn by the officer and that the deposition is a true record of the testimony given by the deponent. A deposition so certified requires no further proof of authenticity

(2) Deposition transcripts shall not be filed with the clerk of the court as a matter of course. The party filing a deposition shall promptly serve notice thereof on the other parties and shall file the transcript and any exhibits in the form and manner specified by local rule.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.