# Exhibit I

*Jin Min v. Life Time Fitness, Inc.*
25-CV-01668
Exhibits to Defendant's Statement of Material Facts In Support of its Renewed Motion for Summary Judgment and Motion to Revise the Court's October 16, 2025 Interlocutory Order

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JIN MIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:25-CV-01668 |
| | ) | |
| LIFE TIME FITNESS, INC., | ) | Judge Robert Gettleman |
| a Minnesota Corporation, | ) | |
| | ) | Magistrate Judge Daniel McLaughlin |
| Defendant. | ) | |

**AFFIDAVIT OF DOREEN HOLIC**

I, Doreen Holic, having been duly sworn, state and depose that the statements set forth below are true, based upon my personal knowledge, and that I am competent to and would testify in accord with the statements if called to do so.

1. I am employed by Life Time, Inc. as Membership Concierge Leader, and I am familiar with the operations of the Life Time club located at 1220 Lakeview Drive, Romeoville, Illinois (the "Club"). I have personal knowledge of the matters stated in this Affidavit and, if called to testify, could testify competently thereto.

2. I have been employed by Life Time for approximately 20 years and, through my employment and responsibilities, am familiar with the membership enrollment procedures utilized at the Club, including the electronic execution of membership agreements.

3. I am familiar with the electronic membership enrollment process in place at the Club in December 2021, including the procedures applicable to individuals enrolling through Medicare or Medicaid-related membership programs.

4. Individuals enrolling through such programs were required to complete the enrollment process in person at the Club, where a Life Time employee would assist them with completing and executing the applicable membership documents.

5. As part of the enrollment process, prospective members were presented with membership documents electronically, typically through an iPad. These documents included the General Terms Agreement ("GTA") and Member Usage Agreement ("MUA").

6. Life Time's standard enrollment procedure included informing prospective members that they were being presented with membership agreements for their review and signature. Employees were expected to explain the documents being signed rather than simply presenting an iPad without explanation. Throughout the enrollment process, prospective members were also afforded the opportunity to ask questions concerning the membership agreements, including the documents they were being asked to sign, and Membership Concierge employees were available to answer those questions.

7. The electronic enrollment process presented prospective members with the applicable membership agreements on the device, including the GTA and MUA. Members were required to scroll to the bottom of each agreement to reach the signature portion of the document.

8. Members executed the agreements by physically providing their signatures on the electronic device.

9. After signing one agreement, members would proceed to the next document for review and execution.

10. The electronic enrollment process therefore provided prospective members with an opportunity to view and review the terms of the membership agreements before signing them.

11. Following enrollment, members received an email containing their executed membership agreements. The agreements were also available to members for subsequent review and access through the Life Time mobile application.

12. The procedures described above were the standard electronic membership enrollment procedures in place at the Club in December 2021.

***Affiant Further Sayeth Not***

Doreen Holic

Subscribed and sworn to before
me this 13th day of October, 2026

Notary Public

OFFICIAL SEAL
REYNALDA MARTINEZ
Notary Public, State of Illinois
Commission No. 286171
My Commission Expires
June 11, 2029

Prepared By:

Michael L. Hahn
Zachary G. Stillman
**Litchfield Cavo LLP**
303 W. Madison Street, Suite 300
Chicago, IL 60606
312-781-6569 (Hahn)
312-781-6672 (Stillman)
Fax: 312-781-6630
Hahn@LitchfieldCavo.com
Stillman@LitchfieldCavo.com