**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jin Min

Plaintiff,

v.

Case No.: 1:25−cv−01668
Honorable Robert W. Gettleman

Life Time Fitness, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: Video status hearing held 10/29/26. The Court discussed settlement conference rescheduling with the parties. In−person settlement conference is reset for 12/14/26 at 10:00 a.m. in Courtroom 1350. Defendant's client representative is permitted to participate in the conference via video; all other participants must appear in−person. The Court will conduct ex parte telephone calls with counsel in advance of the settlement conference. The Court will hold ex parte attorneys−only calls on 12/11/26. The call with Plaintiff's counsel will take place at 1:00 p.m. and the call with Defendant's counsel will take place at 1:30 p.m. The ex parte calls will be noted on the docket. The fact that the settlement conference has been scheduled does not mean that the parties should stop engaging in settlement discussions amongst themselves. The Court expects that the parties will have multiple discussions about settlement between now and the date of the conference, particularly given the fact that the conference has been rescheduled. The parties should expect the Court to inquire into the status of continued negotiations during the ex parte calls. If the parties reach a settlement prior to the settlement conference, they shall promptly notify the Court. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.