File No.: 2472

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIN MIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2025-cv-01668 |
| | ) |
| LIFE TIME FITNESS, INC., | ) |
| a Minnesota Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Jin Min, respectfully requests an extension to file her response to Defendant's renewed Motion for Summary Judgment to a date after the rescheduled settlement conference now scheduled for of 12/14/2026. Plaintiff respectfully requests seven (7) days and/or until 12/21/2026 to file her response to Defendant Life Time Fitness, Inc's Renewed Motion for Summary Judgment and a like extension, to January 11, 2027, for Defendant to file its reply. In support, Plaintiff states as follows:

1. On 7/31/2026, pursuant to the parties advising the Court of a mutual interest in a settlement conference, the Court ordered a settlement conference before the Hon. Judge Daniel P. McLaughlin. (See Exhibit A.) Said in-person settlement conference was set for 10/29/2026 before Judge McLaughlin. (See Exhibit B.)

2. The parties timely exchanged settlement statements and submitted same to the Court. Unfortunately, Due to a family emergency, Plaintiff, Jin Min, needed to travel out of the country on

10/24/2026 and she returned on 11/06/2026. Counsel for Plaintiff advised the Hon. Daniel P. McLaughlin of the family situation. (See Exhibit C.) The in-person settlement conference is now scheduled for 12/14/2026. (See Exhibit D.)

3. On 10/13/2026, Defendant Life Time, Inc. filed a Renewed Motion for Summary Judgment. This Honorable Court entered a briefing Order for Plaintiff to respond to said motion by 11/12/2026 - a date after the in-person settlement conference. Defendant to file a Reply brief on 12/3/2026. (See Exhibit E.)

4. Plaintiff respectfully requests the briefing schedule be reset for Plaintiff to file her response brief after the scheduled 12/14/2026 settlement conference. Plaintiff respectfully requests seven (7) days and/or until 12/21/2026 to file her response to Defendant Life Time Fitness, Inc's Renewed Motion for Summary Judgment, and a like extension, to January 11, 2027, for Defendant to file its reply brief.

5. Plaintiff requests this amended briefing schedule for the following reasons: (1) the parties have agreed to a settlement conference and the attorney time required to file a response brief may be unnecessary; (2) the Defendant has asserted a breach of contract counterclaim seeking recovery for attorney fees per the Life Time Member Usage Agreement; (3) Plaintiff's counsel has been involved in a case in the Cook County Law Division, *Victoria Wilson, Independent Adm. of the Estate of Davonte Wilson, deceased v. Universal Protection Services, d/b/a Allied Universal Security Services, et al 2023 L 011459,* specially assigned for trial on 11/16/2026 before the Honorable Judge Scott D. McKenna. Plaintiff has filed multiple Motions for Sanctions against certain Defendants and has been involved in extended Court hearings before the assigned motion judge, the Honorable Judge Michael Barrett. On 10/23/2026, pursuant to Judge Barrett's order, a

Defendant turned over in excess of 17,000 pages of documents previously withheld. On 11/03/2026, following an extended court hearing, the same Defendant has been ordered to prodiuce additional documents by 11/5/2026 and produce certain employees for depositions and/or to be re-deposed by 11/13/2026.

6. Accordingly, Plaintiff's counsel requests an extension until 12/21/2026 to file her response to Defendant Life Time Fitness, Inc's Renewed Motion for Summary Judgment, and a like extension, to January 11, 2027, for Defendant to file its reply brief.

7. Plaintiff's counsel has communicated with counsel for Defendant regarding the extension of the briefing schedule set forth herein. Counsel for Defendant does not object.

WHEREFORE, Jin Min respectfully requests that this Honorable Court grant plaintiff until 12/21/2026 to file her response to Defendant Life Time Fitness, Inc's Renewed Motion for Summary Judgment, and a like extension, to January 11, 2027, for Defendant to file its reply brief. and for such other and further relief as this Court deems just.

Dated: November 3, 2026

Respectfully submitted,

KENT M. LUCACCIONI, LTD.

*/s/ Kent M. Lucaccioni*
Attorney for Plaintiff

Kent M. Lucccioni
KENT M. LUCACCIONI, LTD.
20 South Clark Street
Suite 1700
Chicago, Illinois 60603
(312) 425-0401
TEAM@KMLLTDLAW.COM
ARDC No.: 6197689