# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jin Min
Plaintiff,
v.
Life Time Fitness, Inc.
Defendant.

Case No.: 1:25−cv−01668
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: The Court received a voicemail from Plaintiff's counsel on the afternoon of 10/27/26. According to the message, Plaintiff is out of the country due to a family situation and is no longer able to participate in the settlement conference scheduled for 10/29/26 at 12:30 p.m. As a result, the Court cancels the ex parte settlement calls that were scheduled for 10/28/26 and the settlement conference scheduled for 10/29/26. The Court will instead hold a video status hearing on 10/29/26 at 11:45 a.m. to discuss next steps and rescheduling the settlement conference. To the extent possible, Plaintiff's counsel should come with some sense of Plaintiff's availability. The hearing will be hosted on Webex, and the parties may join by using the link: https://us−courts.webex.com/meet/daniel_p_mclaughl in Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.