# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jin Min

Plaintiff,

v.

Life Time Fitness, Inc.

Defendant.

Case No.: 1:25−cv−01668
Honorable Robert W. Gettleman

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: The court sets the following briefing schedule on Defendant's Renewed Motion For Summary Judgment And To Revise The Court's October 16, 2025 Order [59]: plaintiff's response due 11/12/2026; defendant's reply due 12/3/2026. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.