**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jin Min
Plaintiff,
v.
Life Time Fitness, Inc.
Defendant.

Case No.: 1:25−cv−01668
Honorable Robert W. Gettleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable Robert W. Gettleman: Unopposed Motion for Extension of Time [63] is granted. The briefing schedule set on 10/15/2026 [60] on Defendant's Renewed Motion For Summary Judgment And To Revise The Court's October 16, 2025 Order [59] is modified as follow: The court sets the following briefing schedule: plaintiff's response due 12/21/2026; defendant's reply due 1/11/2027. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.